AMBIKA KUMAR (*pro hac vice* application forthcoming)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice* application forthcoming)
  bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice* application forthcoming)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice* application forthcoming)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861<br><br>**PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff NetChoice, LLC d/b/a NetChoice is a non-profit entity organized under Section 501(c)(6) of the Internal Revenue Code created in and existing under the laws of the District of Columbia. NetChoice is a national trade association of online businesses that share the goal of promoting free speech and free enterprise on the Internet.  The current membership list as of December 14, 2022, is listed below:

1. Airbnb
2. Alibaba.com
3. Amazon.com
4. AOL
5. eBay
6. Etsy
7. Expedia
8. Fluid Truck
9. Google
10. HomeAway
11. Hotels.com
12. Lime
13. Lyft
14. Meta
15. Nextdoor
16. Oath

1

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No 5:22-cv-08861

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| | |
|---|---|
| 1 | 17. OfferUp |
| 2 | 18. Orbitz |
| 3 | 19. PayPal |
| 4 | 20. Pinterest |
| 5 | 21. StubHub |
| 6 | 22. Swimply |
| 7 | 23. TikTok |
| 8 | 24. TravelTech |
| 9 | 25. Travelocity |
| 10 | 26. Trivago |
| 11 | 27. Turo |
| 12 | 28. Twitter |
| 13 | 29. Verisign |
| 14 | 30. VRBO |
| 15 | 31. VSBLTY |
| 16 | 32. Waymo |
| 17 | 33. Wing |
| 18 | 34. Yahoo! |

DATED: December 14, 2022

DAVIS WRIGHT TREMAINE LLP

By: /s/ Adam S. Sieff
    Adam S. Sieff

Attorneys for Plaintiff
NetChoice LLC, d/b/a NetChoice

2

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No 5:22-cv-08861

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899