UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETCHOICE, LLC d/b/a NetChoice,

Plaintiff(s),

v.

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Defendant(s).

Case No. 5:22-cv-08861

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ambika Kumar, an active member in good standing of the bar of Supreme Court of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff NetChoice, LLC in the above-entitled action. My local co-counsel in this case is Adam S. Sieff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 302030.

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Ave., #3300. Seattle, WA 98104 | DAVIS WRIGHT TREMAINE LLP<br>865 S. Figueroa St, 24th Flr, Los Angeles, CA 90017 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 206-757-8030 | 213-633-6800 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| ambikakumar@dwt.com | adamsieff@dwt.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38237.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court  One  times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/14/2022                              Ambika Kumar
                                               APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ambika Kumar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                               _____
                                               UNITED STATES DISTRICT/MAGISTRATE JUDGE

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 38237 |
| OF | ) | **CERTIFICATE** |
| AMBIKA KUMAR | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**AMBIKA KUMAR**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 16, 2006, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 1st day of November, 2022.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court