UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETCHOICE, LLC d/b/a NetChoice,

Plaintiff(s),

v.

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,

Defendant(s).

Case No. 5:22-cv-08861

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Ambika Kumar, an active member in good standing of the bar of Supreme Court of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff NetChoice, LLC in the above-entitled action. My local co-counsel in this case is Adam S. Sieff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 302030.

DAVIS WRIGHT TREMAINE LLP
920 Fifth Ave., #3300. Seattle, WA 98104
MY ADDRESS OF RECORD

DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St, 24th Flr, Los Angeles, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

206-757-8030
MY TELEPHONE # OF RECORD

213-633-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ambikakumar@dwt.com
MY EMAIL ADDRESS OF RECORD

adamsieff@dwt.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 38237.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court One times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/14/2022                                           Ambika Kumar
                                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Ambika Kumar is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: December 15, 2022

*Virginia K. DeMarchi*
UNITED STATES MAGISTRATE JUDGE
VIRGINIA K. DEMARCHI