| | |
|---|---|
| 1 | AMBIKA KUMAR (admitted *pro hac vice*)<br>  ambikakumar@dwt.com |
| 2 | DAVIS WRIGHT TREMAINE LLP<br>920 Fifth Avenue, Suite 3300 |
| 3 | Seattle, Washington 98104<br>Telephone: (206) 757-8030 |
| 4 | |
| 5 | ADAM S. SIEFF (CA Bar No. 302030)<br>  adamsieff@dwt.com |
| 6 | DAVIS WRIGHT TREMAINE LLP<br>865 South Figueroa Street, 24th Floor |
| 7 | Los Angeles, California 90017-2566<br>Telephone: (213) 633-6800 |
| 8 | ROBERT CORN-REVERE (admitted *pro hac vice*)<br>  bobcornrevere@dwt.com |
| 9 | DAVID M. GOSSETT (admitted *pro hac vice*)<br>  davidgossett@dwt.com |
| 10 | MEENAKSHI KRISHNAN (admitted *pro hac vice*)<br>  meenakshikrishnan@dwt.com |
| 11 | DAVIS WRIGHT TREMAINE LLP<br>1301 K Street NW, Suite 500 East |
| 12 | Washington, D.C. 20005<br>Telephone: (202) 973-4200 |
| 13 | |
| 14 | Attorneys for Plaintiff<br>NETCHOICE, LLC d/b/a NetChoice |

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| NETCHOICE, LLC d/b/a NetChoice, | | Case No. 5:22-cv-08861-VKD |
| Plaintiff, | | **PLAINTIFF'S CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |
| v. | | |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | | |
| Defendant. | | |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict to report.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Plaintiff NetChoice, LLC d/b/a NetChoice is a non-profit entity organized under Section 501(c)(6) of the Internal Revenue Code created in and existing under the laws of the District of Columbia. NetChoice is a national trade association of online businesses that share the goal of promoting free speech and free enterprise on the Internet. The current membership list as of December 14, 2022, is listed below:

1. Airbnb
2. Alibaba.com
3. Amazon.com
4. AOL
5. eBay
6. Etsy
7. Expedia
8. Fluid Truck
9. Google
10. HomeAway
11. Hotels.com
12. Lime
13. Lyft
14. Meta
15. Nextdoor
16. Oath

1

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No 5:22-cv-08861-VKD

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

17. OfferUp
18. Orbitz
19. PayPal
20. Pinterest
21. StubHub
22. Swimply
23. TikTok
24. TravelTech
25. Travelocity
26. Trivago
27. Turo
28. Twitter
29. Verisign
30. VRBO
31. VSBLTY
32. Waymo
33. Wing
34. Yahoo!

DATED: December 19, 2022            DAVIS WRIGHT TREMAINE LLP

                                    By: /s/ Adam S. Sieff
                                        Adam S. Sieff

                                    Attorneys for Plaintiff
                                    NetChoice LLC, d/b/a NetChoice

2
CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
Case No 5:22-cv-08861-VKD

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899