AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| NETCHOICE, LLC d/b/a NetChoice, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:22-cv-8861 VKD |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA
1300 I Street
Sacramento, CA 95814-2919
AGelectronicservice@doj.ca.gov

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam S. Sieff
Davis Wright Tremaine LLP
865 South Figueroa Street, 24th Floor
Los Angeles, CA 90017-2566

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Mark B. Busby

Date: 12/15/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:22-CV-8861

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Rob Bonta, Attorney General of the State of California, in his official capacity</u> was received by me on *(date)* <u>Dec 15, 2022, 1:31 pm</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Officer Mobando (H,M,40's,5'6", 190lbs) Guard</u>, who is designated by law to accept service of process on behalf of *(name of organization)* <u>Rob Bonta, Attorney General of the State of California, in his official capacity</u> on *(date)* <u>Thu, Dec 15 2022</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$0.00</u>.

I declare under penalty of perjury that this information is true.

Date: December 19, 2022

*Server's signature*

Stephen Glaeser, On Behalf of: (OnDemand Legal, Inc., RPS Corp Reg. No.: 2021-23, Sacramento County) RPS# 2013-44, Sacramento County

*Printed name and title*

901 H Street Suite 107, Sacramento, CA 95814

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 15, 2022, 1:55 pm PST at 1300 I St, Sacramento, CA 95814 received by Officer Mobando (H,M,40's,5'6", 190lbs) Guard Authorized to Accept.

Documents Served: Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Civil Case Cover Sheet; Proposed Summons; Plaintiff's Certification of Conflicts and Interested Entities or Persons; Application for Admission of Attorney Pro Hac Vice RE Ambika Kumar; Application for Admission of Attorney Pro Hac Vice RE David Gossett; Application for Admission of Attorney Pro Hac Vice RE Robert Corn-Revere; Application for Admission of Attorney Pro Hac Vice RE Meenakshi Krishnan; Notice of Electronic Filing – RE: Case Assigned to Magistrate Judge Virginia K. DeMarchi; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Assignment of Case to a United States Magistrate Judge for Trial; Standing Order All Judges of the Northern District of California; Special Procedures During COVID 19 Public Health Emergency Magistrate Judge Virginia K. Demarchi; Standing Order re-pretrial Preparation Magistrate Judge Virginia K. Demarchi; Standing Order Settlement conferences Magistrate Judge Virginia K. Demarchi; Standing Order for Civil Cases Magistrate Judge Virginia K. Demarchi