1  ROB BONTA
   Attorney General of California
2  ANYA M. BINSACCA
   Supervising Deputy Attorney General
3  ELIZABETH K. WATSON
   Deputy Attorney General
4  State Bar No. 295221
    455 Golden Gate Avenue, Suite 11000
5   San Francisco, CA  94102-7004
    Telephone:  (415) 510-3847
6   E-mail:  Elizabeth.Watson@doj.ca.gov
   *Attorneys for Rob Bonta, Attorney General*
7  *of the State of California, in his official capacity*

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,** | Case No. 5:22-cv-08861-VKD |
| Plaintiff, | **NOTICE OF APPEARANCE OF ELIZABETH K. WATSON** |
| v. | |
| **ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,** | |
| Defendant. | |

   PLEASE TAKE NOTICE THAT Deputy Attorney General Elizabeth K. Watson hereby enters an appearance as counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California.  Ms. Watson is a member in good standing of the California State Bar of California and is admitted to practice before this Court.  Ms. Watson's contact information is as follows:

   Elizabeth K. Watson, Deputy Attorney General
   455 Golden Gate Ave., Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 510-3847
   Email: Elizabeth.Watson@doj.ca.gov

| | | |
|---|---|---|
| 1 | Dated: December 27, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANYA M. BINSACCA<br>Supervising Deputy Attorney General |

*/s/ Elizabeth K. Watson*
ELIZABETH K. WATSON
Deputy Attorney General
*Attorneys for Rob Bonta, Attorney General of the State of California, in his official capacity*

SA2022305631/43520148.docx

# CERTIFICATE OF SERVICE

Case Name:  *NetChoice, LLC v. Rob Bonta*          Case No.  **5:22-cv-08861-VKD**

I hereby certify that on December 27, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF ELIZABETH K. WATSON**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 27, 2022, at San Francisco, California.

| G. Pang | *[signature]* |
|---|---|
| Declarant | Signature |

SA2022305631/43520258.docx