ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
ELIZABETH K. WATSON
Deputy Attorney General
State Bar No. 295221
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3847
  E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Rob Bonta, Attorney General
of the State of California, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br><br>                          Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br><br>                          Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |

The Parties stipulate and respectfully request in accordance with Local Rules 6-2 and 7-12 that the court enter an order extending the time for Defendant to respond to the Complaint.

WHEREAS, Plaintiff filed the Complaint on December 14 alleging that AB 2273 is unconstitutional and preempted by federal law (ECF No. 1).

WHEREAS, Plaintiff intends to file a Motion for Preliminary Injunction enjoining enforcement of AB 2273 pending this litigation.

WHEREAS, the Parties are continuing to negotiate a proposed briefing schedule for Plaintiff's forthcoming Preliminary Injunction Motion.

WHEREAS, the Parties agree that allowing Defendant to file a responsive pleading to the Complaint following the resolution of Plaintiff's forthcoming Preliminary Injunction Motion would be equitable and efficient.

NOW THEREFORE, the Parties hereby jointly stipulate and agree as follows:

Defendant's time to respond to the Complaint will be extended from January 5, 2023 to 30 days after this court enters an order resolving Plaintiff's forthcoming Preliminary Injunction Motion and all opportunity for appeal has been exhausted.

IT IS SO STIPULATED.

Dated: January 5, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

*/s/ Elizabeth K. Watson*
ELIZABETH K. WATSON
Deputy Attorney General
*Attorneys for Defendant*

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Ambika Kumar*
  Ambika Kumar

*Attorneys for Plaintiff*
NetChoice, LLC d/b/a NetChoice

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Elizabeth K. Watson, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: January 5, 2023

                                           Respectfully submitted,

                                           */s/ Elizabeth K. Watson*
                                           Elizabeth K. Watson
                                           Deputy Attorney General

# CERTIFICATE OF SERVICE

Case Name:   *NetChoice, LLC v. Rob Bonta*          Case No.   **5:22-cv-08861-BLF**

I hereby certify that on January 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **JOINT STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**
- **[PROPOSED] ORDER**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 5, 2023, at San Francisco, California.

G. Pang
Declarant

Signature

SA2022305631/43527496.docx