IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,** | Case No. 5:22-cv-08861-BLF |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,** | |
| Defendant. | |

The Parties have stipulated that Defendant's time to respond to the Complaint will be extended from January 5, 2023 to 30 days after this court enters an order resolving Plaintiff's forthcoming Preliminary Injunction Motion and all opportunity for appeal has been exhausted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
The Honorable Beth Labson Freeman