1  ROB BONTA
   Attorney General of California
2  R. MATTHEW WISE
   Supervising Deputy Attorney General
3  NICOLE J. KAU
   Deputy Attorney General
4  State Bar No. 292026
     300 South Spring Street, Suite 1702
5    Los Angeles, CA 90013-1230
     Telephone: (213) 269-6220
6    Fax: (916) 731-2125
     E-mail: Nicole.Kau@doj.ca.gov
7  *Attorneys for Rob Bonta, Attorney General
   of the State of California, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,** | Case No. 5:22-cv-08861-VKD |
| Plaintiff, | **NOTICE OF APPEARANCE OF NICOLE J. KAU** |
| v. | |
| **ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,** | |
| Defendant. | |

   PLEASE TAKE NOTICE THAT Deputy Attorney General Nicole J. Kau hereby enters an appearance as counsel for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California.  Ms. Kau is a member in good standing of the California State Bar of California and is admitted to practice before this Court.  Ms. Kau's contact information is as follows:

   Nicole J. Kau, Deputy Attorney General
   300 South Spring Street, Suite 1702
   Los Angeles, CA 90013-1230
   Telephone: (213) 269-6220
   Fax: (916) 731-2125
   E-mail: Nicole.Kau@doj.ca.gov

1

| | | |
|---|---|---|
| 1 | Dated: January 5, 2023 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | R. MATTHEW WISE<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | */s/Nicole J. Kau*<br>NICOLE J. KAU |
| 7 | | Deputy Attorney General<br>*Attorneys for Rob Bonta, Attorney General of the State of California, in his official* |
| 8 | | *capacity* |
| 9 | SA2022305631 | |

# CERTIFICATE OF SERVICE

Case Name:   **NetChoice, LLC v. Rob Bonta**       No.   **5:22-cv-08861-BLF**

I hereby certify that on January 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF APPEARANCE OF NICOLE J. KAU**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on January 5, 2023, at Los Angeles, California.

| C. Chow | /s/*C. Chow* |
|---|---|
| Declarant | Signature |

SA2022305631
65662606.docx