IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br><br>                                    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**ORDER APPROVING JOINT STIPULATION REGARDING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Parties have stipulated that Defendant's time to respond to the Complaint will be extended from January 5, 2023 to 30 days after this court enters an order resolving Plaintiff's forthcoming Preliminary Injunction Motion and all opportunity for appeal has been exhausted.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 5, 2023                           _____
                                                                  The Honorable Beth Labson Freeman