AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice*)
  bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, | Case No. 5:22-cv-08861-BLF |
| Plaintiff, | **JOINT STIPULATION PROPOSING BRIEFING SCHEDULE AND ENLARGEMENT OF PAGE LIMITS** |
| v. | |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | Action Filed: December 14, 2022 |
| Defendant. | |

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court approve the following briefing schedule and page limits.

WHEREAS, the Complaint alleges that thirteen separate provisions of AB 2273, and AB 2273 as a whole, violate the First Amendment of the United States Constitution and Article I, Section 2(a) of the California Constitution in seven separate respects;

WHEREAS, the Complaint alleges that AB 2273 also violates the Fourth Amendment, the Due Process Clause, and the Commerce Clause of the United States Constitution and Article I, Section 7(a) of the California Constitution;

WHEREAS, the Complaint further alleges that AB 2273 is preempted by the Children's Online Privacy Protection Act (COPPA), 15 U.S.C. §§ 6501 *et seq.,* and the COPPA Rule, 16 C.F.R. § 312.1 *et seq.,* as well as Section 230 of the Communications Decency Act, 47 U.S.C. § 230;

WHEREAS, Plaintiff intends to file a Motion for a Preliminary Injunction enjoining enforcement of AB 2273 pending this litigation;

WHEREAS, the Parties have met and conferred and, in view of the nature of the claims and the issues presented, have agreed to a proposed briefing schedule and page limit enlargement with respect to the contemplated Motion;

WHEREAS, the Parties agree that doing so would be equitable, efficient, and aid the Court's adjudication of the contemplated Motion by permitting counsel to more comprehensively present the issues to the Court for decision;

NOW THEREFORE, the Parties hereby jointly stipulate and agree as follows:

1. Plaintiff's Motion for a Preliminary Injunction and Memorandum of Points and Authorities in Support will be due on **February 17, 2023**, and the Memorandum of Points and Authorities will be no longer than **45 pages**. This reflects an enlargement of 20 pages. *See* Local Rules 7-2(b), 7-4(b).

1

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

2. Defendant's Response to Plaintiff's Motion for a Preliminary Injunction, if any, will be due on **April 21, 2023**, and will be no longer than **45 pages**. This reflects a 49-day extension, and an enlargement of 20 pages. *See* Local Rules 7-2(b), 7-3(a), 7-4(b).

3. Plaintiff's Reply in Support of its Motion for a Preliminary Injunction will be due on **May 19, 2023**, and will be no longer than **25 pages**. This reflects a 21-day extension, and an enlargement of 10 pages. *See* Local Rules 7-3(a), (c), 7-4(b).

IT IS SO STIPULATED.

Dated:  January 24, 2023          Respectfully submitted,

                                  DAVIS WRIGHT TREMAINE LLP

                                  By:  */s/ Ambika Kumar*
                                           Ambika Kumar

                                  Attorneys for Plaintiff
                                  NetChoice, LLC d/b/a NetChoice

Dated:  January 24, 2023          Respectfully submitted,

                                  ROB BONTA
                                  Attorney General of California
                                  ANYA M. BINSACCA
                                  Supervising Deputy Attorney General


                                  */s/ Elizabeth K. Watson*
                                  ELIZABETH K. WATSON
                                  Deputy Attorney General
                                  *Attorneys for Defendant*

2

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: January 24, 2023

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

          By: /s/ *Ambika Kumar*
                    Ambika Kumar

          Attorneys for Plaintiff
          NetChoice, LLC d/b/a NetChoice

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899