IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>  Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS**<br><br>Action Filed: December 14, 2022 |

## [PROPOSED] ORDER

The Parties have jointly stipulated and agreed to the following briefing schedule and page limits regarding Plaintiff's forthcoming Preliminary Injunction Motion:

1. Plaintiff's Motion for a Preliminary Injunction and Memorandum of Points and Authorities in Support will be due on February 17, 2023, and the Memorandum will be no longer than 45 pages;

2. Defendant's Response to Plaintiff's Motion for a Preliminary Injunction, if any, will be due on April 21, 2023, and will be no longer than 45 pages;

3. Plaintiff's Reply in Support of its Motion for a Preliminary Injunction will be due on May 19, 2023, and will be no longer than 25 pages;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                  The Honorable Beth Labson Freeman

2

[PROPOSED] ORDER
Case No. 5:22-cv-08861- BLF