UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROB BONTA,<br><br>        Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER GRANTING IN PART STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND ENLARGE PAGE LIMITS**<br><br>[Re: ECF 27] |

The parties' stipulated request to set a briefing schedule and enlarge page limits with respect to Plaintiff's intended motion for preliminary injunction is GRANTED IN PART, as follows:

(1) Plaintiff's motion for preliminary injunction is due on February 17, 2023 and is limited to 30 pages;

(2) Defendant's response is due on April 21, 2023 and is limited to 30 pages;

(3) Plaintiff's reply is due on May 19, 2023 and is limited to 17 pages;

(4) When setting a hearing date, the parties shall allow at least four weeks for the Court's review of the fully briefed motion; and

(5) The parties' briefing shall not contain any footnotes.

**IT IS SO ORDERED.**

Dated: January 26, 2023

                                                    BETH LABSON FREEMAN<br>
                                                    United States District Judge