AMBIKA KUMAR (*pro hac vice*)
 ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
 adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice*)
 bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice*)
 davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
 meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**DECLARATION OF AMBIKA KUMAR IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   June 22, 2023<br>Time:   9:00 a.m.<br>Dept.:  Courtroom 3 – 5th Floor<br><br>Action Filed:  December 14, 2022 |

I, Ambika Kumar, declare:

1. I am a partner at the law firm Davis Wright Tremaine LLP, counsel for Plaintiff NetChoice LLC, d/b/a NetChoice. I make this Declaration from personal knowledge and review of the files and records in this matter.

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of an August 2019, California Office of the Attorney General report, *Standardized Regulatory Impact Assessment: California Consumer Privacy Act of 2018 Regulations*, available at https://web.archive.org/web/20220216085558/https:/www.dof.ca.gov/Forecasting/Economics/Major_Regulations/Major_Regulations_Table/documents/CCPA_Regulations-SRIA-DOF.pdf. My office obtained this document—and all other exhibits to this Declaration—by visiting the URL listed on February 9, 2023, unless otherwise noted.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of a December 13, 2021, Stanford University Institute for Human-Centered Artificial Intelligence article, *Can't Unsubscribe? Blame Dark Patterns*, which my office obtained by visiting https://hai.stanford.edu/news/cant-unsubscribe-blame-dark-patterns.

4. Attached as **Exhibit 3** to this Declaration is a true and correct copy of the *Reddit Content Policy*, which my office obtained by visiting https://www.redditinc.com/policies/content-policy.

5. Attached as **Exhibit 4** to this Declaration is a true and correct copy of Truth Social's *The Moderation FAQ*, which my office obtained by visiting https://help.truthsocial.com/moderation/moderation-faq/.

6. Attached as **Exhibit 5** to this Declaration is a true and correct copy of the New York Times's *User Generated Content Terms of Service*, which my office obtained by visiting https://www.nytimes.com/2017/08/18/science/space/nyteclipsewatch-terms-of-service.html#:~:text=By%20The%20New%20York%20Times%20Aug.%2018%2C%202017,defamatory%2C%20obscene%2C%20pornographic%2C%20abusive%2C%20or%20otherwise%20illegal%20material.

7. Attached as **Exhibit 6** to this Declaration is a true and correct copy of the

Washington Post's *Discussion and Submission Guidelines*, which my office obtained by visiting https://www.washingtonpost.com/discussions/2021/11/23/discussion-submission-guidelines/.

8. Attached as **Exhibit 7** to this Declaration is a true and correct copy of a February 1, 2023, The Center for Growth and Opportunity at Utah State University article, *Poll: Americans Don't Want To Share Their Photo ID To Tweet*, which my office obtained by visiting https://www.thecgo.org/benchmark/poll-americans-dont-want-to-share-their-photo-id-to-tweet/ on February 15, 2023.

9. Attached as **Exhibit 8** to this Declaration is a true and correct copy of an August 29, 2022, Techdirt article, *Age Verification Providers Say Don't Worry About California Design Code; You'll Just Have To Scan Your Face For Every Website You Visit*, which my office obtained by visiting https://www.techdirt.com/2022/08/29/age-verification-providers-say-dont-worry-about-california-design-code-youll-just-have-to-scan-your-face-for-every-website-you-visit/ on February 10, 2023.

10. Attached as **Exhibit 9** to this Declaration is a true and correct copy of a February 27, 2022, Wall Street Journal article, *Why Age Verification Is So Difficult for Websites*, which my office obtained by visiting https://www.wsj.com/articles/why-age-verification-is-difficult-for-websites-11645829728 on February 10, 2023.

11. Attached as **Exhibit 10** to this Declaration is a true and correct copy of an October 14, 2021, United Kingdom Information Commissioner's opinion, *Age Assurance for the Children's Code*, which my office obtained by visiting https://cy.ico.org.uk/media/4018659/age-assurance-opinion-202110.pdf on February 15, 2023.

12. Attached as **Exhibit 11** to this Declaration is a true and correct copy of a September 22, 2022, Commission Nationale de l'Informatique et des Libertés report, *Online age verification: balancing privacy and the protection of minors*, which my office obtained by visiting https://www.cnil.fr/en/online-age-verification-balancing-privacy-and-protection-minors.

13. Attached as **Exhibit 12** to this Declaration is a true and correct copy of the U.S. Census Bureau's *2020 ACS Survey: California: Families and Household Characteristics*, which my office obtained by visiting

KUMAR DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  https://data.census.gov/table?t=Families+and+Household+Characteristics&g=0400000US06&y=2020&tid=ACSST5Y2020.S1101 on February 10, 2023.

14. Attached as **Exhibit 13** to this Declaration is a true and correct copy of a September 14, 2015, The Atlantic, *President Obama on Political Correctness*, which my office obtained by visiting https://www.theatlantic.com/politics/archive/2015/09/president-obama-on-political-correctness/626626/.

15. Attached as **Exhibit 14** to this Declaration is a true and correct copy of a September 15, 2022, press release from the Office of the Governor, *Governor Newsom Signs First-in-Nation Bill Protecting Children's Online Data and Privacy*, which my office obtained by visiting https://www.gov.ca.gov/2022/09/15/governor-newsom-signs-first-in-nation-bill-protecting-childrens-online-data-and-privacy/ on February 10, 2023.

16. Attached as **Exhibit 15** to this Declaration is a true and correct copy of a July 1, 2022, POLITICO article, *Push to Rein in Social Media Sweeps the States*, which my office obtained by visiting https://www.politico.com/news/2022/07/01/social-media-sweeps-the-states-00043229.

17. Attached as **Exhibit 16** to this Declaration is a true and correct copy of a July 2020, Federal Trade Commission article, *Complying with COPPA: Frequently Asked Questions*, which my office obtained by visiting https://www.ftc.gov/business-guidance/resources/complying-coppa-frequently-asked-questions on February 15, 2023.

18. Attached as **Exhibit 17** to this Declaration is a true and correct copy of a September 2008, Review of Network Economics article, *The Economics of the Online Advertising Industry*, which my office obtained by visiting https://doi.org/10.2202/1446-9022.1154 on February, 16 2023.

19. Attached as **Exhibit 18** to this Declaration is a true and correct copy of a July 30, 2018, Forbes article, *Understanding Influencer Marketing And Why It Is So Effective*, which my office obtained by visiting https://www.forbes.com/sites/theyec/2018/07/30/understanding-influencer-marketing-and-why-it-is-so-effective/?sh=a47089571a94 on February 16, 2023.

20. Attached as **Exhibit 19** to this Declaration is a true and correct copy of a February

KUMAR DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

15 2022, Journal of Marketing Research article, *The Research Behind Influencer Marketing*, which my office obtained by visiting https://www.ama.org/wp-content/uploads/2022/02/Influencer-Marketing.pdf on February 16, 2023.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

      Executed on February 17, 2023, in Seattle, Washington.

_____
Ambika Kumar

4

KUMAR DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899