# EXHIBIT 4

TRUTH. Help Center

Home  ›  Moderation  ›  Moderation Faq

# The Moderation FAQ

Answers to questions you may have about the process

## Do you suppress viewpoints simply for contradicting the prevailing narrative or the views of President Trump on topics of public interest?

No. TRUTH Social seeks to create a free speech haven in the social media sphere and encourages your unencumbered free expression.

## Why do you moderate content?

We cherish free expression. TRUTH Social must prevent illegal and other prohibited content from contaminating our platform. We maintain and apply our Terms of Service accordingly.

## Why don't I see my post?

We use artificial intelligence (AI) to assist our hardworking moderators, and some posts are flagged for deletion or marked "sensitive" by AI. Human moderators oversee this process, conduct multi-level reviews, and are empowered to reinstate posts that comply with our Terms of Service.

## Why did you delete my post or mark it as sensitive?

While the AI we use is very good, it is not error-proof. Assisted by technology, our moderators use their best judgment to ensure compliance with our Terms of Service. We are constantly refining and improving this process—including by identifying and correcting mistakes.

## What does it mean when I receive an email stating that "my status has been removed?"

This means your post has been deleted, usually after being flagged by AI (see above.)

## What is the specific reason my post was removed?

We haven't built that functionality out yet. Rest assured, it's in the works!

## Is my account automatically penalized if my post is deleted or marked as sensitive?

No.

## Why did you suspend me?

While we hope to rarely suspend an account, we do suspend accounts for violating our Terms of Service. If your account is suspended, you will receive a notification email from our support team.

## Could you please suspend a user I dislike?

Generally not, provided the users' posts comply with our Terms of Service. You can mute or block users whose content you'd prefer not to see.

## How can I appeal a suspension?

If you feel our decision to suspend you was unjust, immoral, or downright wrong, you are encouraged to appeal. Please send an email to **support@truthsocial.com.** In the subject line, please write "@Appeal" along with your username. Please give our team 24 hours to review your suspension appeal. Our team will take a close look and reverse or uphold the suspension.

## How long do suspensions last?

Your first suspension is for 48 hours, and the length of each successive suspension increases from there.

## What does it mean if I receive an email letting me know that I'm banned?

Indefinite bans are a rare and severe sanction, and are generally reserved for the most egregious violations of our Terms of Service. Examples include threatening violence, posting pornography, or infringing on intellectual property rights. Users may also receive a ban following repeated account suspensions.

## How do I get verified?

We are currently working to scale and standardize our verification process. Watch this space to learn more.

📞 Contact Support          System Status          ©2023 Truth Social