# EXHIBIT 5

*The New York Times* | https://www.nytimes.com/2017/08/18/science/space/nyteclipsewatch-terms-of-service.html

# User Generated Content Terms of Service

By The New York Times

Aug. 18, 2017

*Before sharing your photo, please review our Terms of Service for User Generated Content.*

3.1 You shall not upload to, or distribute or otherwise publish on to the Services any libelous, defamatory, obscene, pornographic, abusive, or otherwise illegal material.

Be courteous. You agree that you will not threaten or verbally abuse other Members, use defamatory language, or deliberately disrupt discussions with repetitive messages, meaningless messages or "spam."

Use respectful language. Like any community, the online conversation flourishes only when our Members feel welcome and safe. You agree not to use language that abuses or discriminates on the basis of race, religion, nationality, gender, sexual preference, age, region, disability, etc. Hate speech of any kind is grounds for immediate and permanent suspension of access to all or part of the Services.

Debate, but don't attack. In a community full of opinions and preferences, people always disagree. NYT encourages active discussions and welcomes heated debate on the Services, but personal attacks are a direct violation of these Terms of Service and are grounds for immediate and permanent suspension of access to all or part of the Service.

3.2 The Services shall be used only in a noncommercial manner. You shall not, without the express approval of NYT, distribute or otherwise publish any material containing any solicitation of funds, advertising or solicitation for goods or services.

3.3 You acknowledge that any submissions you make to the Services (i.e., user-generated content including but not limited to: comments, forum messages, reviews, text, video, audio and photographs, as well as computer code and applications) (each, a "Submission") may be edited, removed, modified, published, transmitted, and displayed by The New York Times Company and you waive any rights you may have in having the material altered or changed in a manner not agreeable to you. Submissions made to the Services may also be included in our RSS feeds, APIs and made available for republishing through other formats.

3.4 You grant NYT a perpetual, nonexclusive, world-wide, royalty free, sub-licensable license to the Submissions, which includes without limitation the right for NYT or any third party it designates, to use, copy, transmit, excerpt, publish, distribute, publicly display, publicly perform, create derivative works of, host, index, cache, tag, encode, modify and adapt (including without limitation the right to adapt to streaming, downloading, broadcast, mobile, digital, thumbnail, scanning or other technologies) in any form or media now known or hereinafter developed, any Submission posted by you on or to the Services or any other Web site owned by NYT, including any Submission posted on or to the Services through a third party.

3.5 You are solely responsible for the content of your Submissions. However, while NYT does not and cannot review every Submission and is not responsible for the content of these messages, NYT reserves the right to delete, move, or edit Submissions that it, in its sole discretion, deems abusive, defamatory, obscene, in violation of copyright or trademark laws, or otherwise unacceptable.

3.6 By making a Submission, you are consenting to its display and publication on the Site and in the Services and for related online and offline promotional uses.

3.7 Any person involved in or affiliated with the production of a work reviewed on NYTimes.com or elsewhere in the Services may not submit a Readers' Review for that work or competing works.

*The complete Terms of Service can be read here.*