# EXHIBIT 6

# Discussion and Submission Guidelines

We invite you to submit your videos, photos, articles, and comments in certain areas of our website. It is our hope that you'll take the opportunity to contribute to these interactive forums and share your original content with our community. In order to keep these interactive forums enjoyable and interesting for all of our users, we ask that you follow the rules outlined below.

By submitting content, you are consenting to these rules:

1. **You agree not to submit inappropriate content.** Inappropriate content includes any content that:

- infringes upon or violates the copyrights, trademarks or other intellectual property rights of any person
- is libelous or defamatory
- is obscene, pornographic, sexually explicit, or vulgar
- violates a person's right to privacy
- violates any local, state, national, or international law
- contains or advocates illegal or violent acts
- degrades others on the basis of gender, race, class, ethnicity, national origin, religion, sexual orientation, disability, or other classification
- is predatory, hateful, or intended to intimidate or harass, or contains derogatory name-calling
- is a duplicate or repost of something you've already posted on the site
- contains advertising
- contains a solicitation of any kind
- misrepresents your identity or affiliation
- impersonates others
- is in poor taste or is otherwise objectionable

2. **You agree that you are fully responsible for the content that you submit.** You will promptly remove any content that you have posted should you discover that it violates these rules or that it is otherwise inappropriate. You will indemnify The Washington Post and its affiliates and their subsidiaries, and its and their directors, officers, managers, employees, shareholders, agents, and licensors, from and against losses, expenses, damages, and costs, including reasonable attorneys' fees, resulting from any claim brought by any third party relating to content you have posted.

3. **You understand and agree that we are not responsible for any user submitted content.** You further understand that we have the right, but not the obligation, to monitor submissions and we may remove content that we deem inappropriate for any reason whatsoever without consent. We further reserve the right, in our sole discretion, to remove a user's privilege to post content on our site. We may reject or remove any comment at any time, with or without notice to you.

4. **You certify that you are at least 13 years of age.** If you are under the age of 13, please do not submit any content to us. If you are under the age of 18 but at least 13 years of age, you may submit content only with the permission of, and under the supervision of, a parent or legal guardian. If you are a parent or legal guardian agreeing to these rules for the benefit of an individual between the ages of 13 and 18, please be advised that you are fully responsible for his or her submissions and any legal liability that he or she may incur.

5. **You certify that you have the permission of others who have contributed to or are featured in any content that you submit.** If there are any individuals under the age of 18 in any photos, video, or other content that you submit, you must obtain the permission of each such individual's parent or legal guardian prior to submitting the content.

6. **You acknowledge and agree any use and/or reliance on any information obtained through the interactive forums is at your own risk.** We are not in any manner endorsing the content of the interactive forums and cannot and will not vouch for its reliability.

7. **By applying for highlighted comment placement, you are consenting to abide by the overall discussion policy when submitting content.** The Washington Post highlights comments from commenters who are directly involved in a particular story. Highlighted placement is approved on a story-by-story basis and verified by a Post community manager. Once approved, users may submit content and share information relevant to particular stories on washingtonpost.com for which they are approved. In all cases, users must still adhere to the Post's Discussion and Submission Guidelines.

8. **For any content that you submit, you give us permission to use such content**. Except as otherwise provided herein, You hereby grant to The Washington Post a royalty-free, irrevocable, perpetual, worldwide, exclusive, and fully sublicensable license to use, reproduce, modify, adapt, publish, translate, create derivative works from, incorporate into other works, distribute, perform, display, and otherwise exploit such content, in whole or in part in any form, media or technology now known or later developed. With respect to any photos submitted to the Capital Weather Gang flickr page, located at https://www.flickr.com/groups/capitalweather/, The Washington Post's rights to such content shall be non-exclusive, instead of exclusive.

9. **You have read and agree to abide by our Terms of Service and Privacy Policy.**