# EXHIBIT 13



Subscribe

POLITICS

# President Obama on Political Correctness

By Matt Ford

SEPTEMBER 14, 2015                                   SHARE ∨

***Editor's Note:*** *This article previously appeared in a different format as part of The Atlantic's Notes section, retired in 2021.*

Trigger warnings, "P.C. culture," and their impact on American higher education have received considerable attention in recent months. Greg Lukianoff and Jonathan Haidt explored the topic in their September cover story, "The Coddling of the American Mind." My colleague Conor Friedersdorf also grappled with the concepts of microaggressions and "victimhood culture" last week.

Now President Obama has weighed in on the "new political correctness" during a Iowa town hall on college affordability:

> It's not just sometimes folks who are mad that colleges are too liberal that have a problem. Sometimes there are folks on college campuses who are liberal, and maybe even agree with me on a bunch of issues, who sometimes aren't listening to the other side, and that's a problem too. I've heard some college campuses where they don't want to have a guest speaker who is too conservative or they don't want to read a book if it has language that is offensive to African-

Americans or somehow sends a demeaning signal towards women. I gotta tell you, I don't agree with that either. I don't agree that you, when you become students at colleges, have to be coddled and protected from different points of view. I think you should be able to — anybody who comes to speak to you and you disagree with, you should have an argument with 'em. But you shouldn't silence them by saying, "You can't come because I'm too sensitive to hear what you have to say." That's not the way we learn either.

Both articles produced a deluge of reader responses and discussion, which I invite you to read here (for the Lukianoff and Haidt article) and here (for Conor's article). Obama's response will likely re-energize the debate.

Matt Ford is a former associate editor at *The Atlantic*.

 Twitter



### GET THE NEWS, WITHOUT THE NOISE.

Subscribe to The Atlantic Daily for our editors' guide to what matters in the world.

| Enter your email | Sign Up |

Your newsletter subscriptions are subject to The Atlantic's Privacy Policy and Terms and Conditions.

## MOST POPULAR

A 'Distinctly Human' Trait That Might Actually Be Universal

KATHERINE J. WU



## Originalism Is Going to Get Women Killed
MADIBA DENNIE



## Is This The Week AI Changed Everything?
CHARLIE WARZEL



## The Masterpiece No One Wanted to Save
GEORGE PACKER



## How Florida Beat New York
JERUSALEM DEMSAS



## Dear Therapist: My Boyfriend Loves Me, but He's Not Affectionate Enough
LORI GOTTLIEB



## The Films Steven Soderbergh Watches on a Loop
DAVID SIMS



## What ChatGPT Can't Teach My Writing Students
JONATHAN MALESIC



## The Bizarre Relationship of a 'Work Wife' and a 'Work Husband'

The Bizarre Relationship of a "Work Wife" and a "Work Husband"

STEPHANIE H. MURRAY



The Most Important Job Skill of This Century

CHARLIE WARZEL



Make your inbox more interesting.

Each weekday evening, get an overview of the day's biggest news, along with fascinating ideas, images, and people. See more newsletters

Enter your email          Sign Up



Ideas that matter.

Subscribe and support over 160 years of independent journalism.

Subscribe

ABOUT

CONTACT

PODCASTS

SUBSCRIPTION

**FOLLOW**

Privacy Policy    Do Not Sell Or Share My Personal Information    Advertising Guidelines    Terms Conditions    Responsible Disclosure
Site Map

TheAtlantic.com Copyright (c) 2023 by The Atlantic Monthly Group. All Rights Reserved.

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply