AMBIKA KUMAR (*pro hac vice*)
 ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
 adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice*)
 bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice*)
 davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
 meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>  Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**DECLARATION OF GIANCARLO CAIRELLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:  June 22, 2023<br>Time:  9:00 A.M.<br>Dept.:  Courtroom 3 – 5th Floor<br><br>Action Filed: December 14, 2022 |

1

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Giancarlo Cairella, declare:

1. **Identity of Declarant**. I am Risk Manager for IMDb.com, Inc. ("IMDb"). I make this declaration from personal knowledge and a review of IMDb's records kept in the ordinary course of business.

2. **IMDb's Service.** IMDb is the world's largest online database of information related to films, television programs, streaming content, and video games. IMDb provides a breadth of information on the entertainment industry that is unparalleled by any other source. IMDb contains individual pages for both titles (e.g., a movie or television program) and people in the entertainment industry (e.g., an actor, crew member, or industry executive). Pages for individual people generally contain biographical information, trivia (such as personal quotes), and a list of titles with which that individual was involved. Clicking on a title will take a user to the dedicated page for that title, which can also be accessed directly through a search or the IMDb directory. Title pages can include information on cast, production crew, plot summaries, trivia, soundtrack information, box office numbers and user reviews, as well as multimedia content such as posters, behind-the-scenes photos, and movie trailers. In addition, IMDb publishes original content, such as video programs, podcasts, and news about movies and the entertainment industry. IMDb also offers a subscription service known as IMDbPro that provides users with additional services and features, such as the ability to claim their own pages, post resumes and photos, and access rank and agent information for entertainment professionals. Through these services, IMDb serves as a trusted "one-stop shop" for entertainment-related information that is relevant to both the general public and the entertainment industry.

3. As of 2022, IMDb was estimated to be one of the most visited websites in the world,[1] with more than 250 million unique visitors a month,[2] more than 12.1 million pages for individual actors and crew members, and more than 12.6 million title pages for movie, television, and entertainment programs.[3]

4. IMDb's core service is free and publicly available. IMDb earns revenue

---

[1] https://ahrefs.com/blog/most-visited-websites/
[2] https://www.imdb.com/pressroom/press-pull-quotes/
[3] https://www.imdb.com/pressroom/stats/

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

predominantly from advertisements displayed directly on the IMDb site. Advertising revenues enable IMDb to keep the vast majority of the information on its site free and available to the public. IMDb also earns revenue, to a lesser extent, from IMDbPro subscription fees and data licensing, and to a much smaller extent from referral fees (collected when users click through to stream or purchase movie tickets from other services linked from IMDb).

5. From its inception as a fan-operated movie database in 1990, IMDb has relied on contributions and input from users around the world to maintain the accuracy of its database. Among other things, users can add new titles to the database; contribute plot summaries, reviews, and ratings; add iconic quotes from a film or television title; and edit filmmakers' biographies. The majority of the information on IMDb is submitted by IMDb users.

6. IMDb's goal is to be as comprehensive as possible in providing information about the broadest range of movies, television programs, and other content—from educational children's television shows like *Sesame Street* to controversial, boundary pushing works, such as Martin Scorsese's *The Last Temptation of Christ*, Stanley Kubrick's *A Clockwork Orange*, and John Waters' *Pink Flamingos*. IMDb likewise includes information about certain morally abhorrent but historically significant works, such as the Nazi propaganda film *Triumph of the Will* and the Ku Klux Klan-glorifying *Birth of a Nation*.

7. **Means of Accessing Service.** The majority of the content on IMDb is available for free to anyone who accesses the site or downloads the IMDb mobile app. Users have the option of registering to create a personal account on the site, but they are not required to do so. Most visitors to IMDb are unregistered, meaning that they do not have an IMDb account. Such users can browse the site and look at most of the information on it but cannot take advantage of any personalization features, such as creating a watchlist of titles, voting on movies, or contributing information.

8. Registering for and logging into an account—which requires providing an email address—enables users to access IMDb's personalization features and contribute to or interact with content posted on IMDb.com, such as through title ratings and reviews, plot summaries, quotes, and trivia for individual titles, and credits and biographies for individual cast and crew members.

3

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Registered users may also interact with the content that other users have contributed by, for example, flagging content as "helpful" or "interesting." Logging into an account also enables users to customize their experience by tracking which titles they have seen and creating a "Watchlist" for titles they wish to see, which enables users to receive personalized recommendations for content in which they may be interested. IMDbPro subscribers also must have an account.

9. As stated explicitly in IMDb's Privacy Notice, IMDb is not intended for use by children under the age of 13, and users may not sign up for an account, submit information about themselves, or contribute information about films and shows if they are under the age of 13. Only users age 18 and above are eligible for IMDbPro accounts.

10. IMDb does, however, permit users between the ages of 13 and 18 to access its services. To assist parents to help guide or oversee IMDb's use by these younger users, if they so choose, many title pages contain a "Parents Guide" section that provides the age ratings for the title in different countries and descriptions of elements within the title that may be of concern, such as the use or depiction of violence, sex, nudity, or profanity. IMDb also restricts the display of pages related to adult titles (including individual pages for adult performers) in search results unless a registered user expressly opts-in to have titles of that genre displayed.

11. Many filmmakers, writers, and other users have talked about how they used IMDb in their youth to learn about film and television and to develop their tastes, as they first read information about works they already loved and then clicked through to find other works involving the same actors or filmmakers.

12. *Age Verification.* I understand that AB 2273 will require IMDb to verify the ages of its users with reasonable certainty relative to the risks that IMDb services and content might pose. I find this standard vague and confusing as to what type of age verification is required.

13. Currently, IMDb does not have technology in place to verify the age of every visitor to the site. Users who register for an account may choose to provide a birthdate, but account holders are not required to provide their birthdates, nor does IMDb verify that birthdates entered by account holders are accurate.

4

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

14. Altering IMDb's user interface to accommodate the submission, collection, and secure storage of individual birthdates and identity information would take time and consume significant resources. More broadly, doing so would require IMDb to fundamentally reconfigure its service from a generally accessible website to one that requires all users to sign up and submit sensitive personal information and/or identification documentation. This would undermine IMDb's core mission to be the default "go to" online resource for anyone seeking information about movies and television. And since the majority (more than 80 percent during the period from January 1-February 7, 2023) of IMDb page views come from unregistered users, a requirement that users submit extensive personal information in order to access the site is likely to reduce IMDb's audience.

15. ***Conditions of Use and Review Guidelines***. I also understand that AB 2273 requires businesses to "[e]nforce published terms, policies, and community standards established by the business." IMDb currently has in place a number of policies governing how users may interact with the site, including Conditions of Use ("Conditions") and user review and image guidelines ("Guidelines") that address the type of content that users may and may not upload to the site. True and correct copies of these policies are attached as **Exhibit 1** and **Exhibit 2** to this declaration. Under the Conditions, users may not post content that is "illegal, obscene, threatening, defamatory, invasive of privacy, infringing of intellectual property rights, or otherwise injurious to third parties." The Guidelines also preclude posting certain types of content such as full or partial nudity and excessive gore, but users are permitted to upload images that are relevant to a title, even if they include violence, horror-themed content, or sexually suggestive non-nude images. Users may also upload quotes from movies containing profanity or other content that some may find offensive. And users may upload information, such as detailed plot summaries, imagery or quotes, from works that contain adult or controversial subject matter.

16. IMDb's Guidelines and Conditions are central to the online community and knowledge base that IMDb seeks to foster. IMDb acts expeditiously to assess reports of content that violates these standards and removes content where the complaints are found to be valid. But IMDb users contribute more than one million items of content every week, and actively reviewing

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

5

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

every item to ensure in advance that it does not violate these provisions would be impossible. In general, IMDb's primary concern about title and person contributions is accuracy. IMDb does not routinely screen these contributions based on whether or not they might be offensive or otherwise objectionable. If someone submitted a quote from a film that is accurate (i.e. faithfully reproduces the dialogue of the film), IMDb would almost certainly allow it, even if it could be offensive. For example, the Quotes section for Pulp Fiction (1994) features quotes that some would consider to contain racist, sexist, or otherwise offensive language.[4]

17. IMDb does exercise more editorial discretion over user-submitted reviews, and (for example) does not tolerate profanity, racist, or otherwise discriminatory reviews. But assessing whether reviews actually violate the Conditions or the Guidelines can be a nuanced and subjective task, which requires careful thought and judgment and counsels against a rigid and inflexible application. In one recent example, moderating user-submitted reviews of a gay-themed film presented judgment calls as to when critical commentary crossed the line into discrimination. For these reasons, IMDb's Conditions expressly provide that "IMDb reserves the right to refuse service, terminate accounts, or remove or edit content in its sole discretion."

18. **Content Requirements of AB 2273**. I understand that AB 2273 will require businesses like IMDb to evaluate and mitigate the risk that "potentially harmful content" or "contacts" will reach users under 18 and to self-report those hypothetical risks to the California Attorney General. I understand that AB 2273 further requires IMDb to either ensure that each individual user is over 18 or else to remove any service, feature, or product that could expose a user under age 18 to "material detriment" or that might be considered a "dark pattern" that encourages minors to provide information.

19. I do not understand how to comply with these requirements because AB 2273 provides no concrete definitions for key terms, such as "material detriment" and "potentially harmful." Therefore, to be absolutely certain that the Attorney General will not conclude that IMDb has violated the law, IMDb would have to assess whether information or commentary in IMDb's podcasts, newsfeeds, or profile and title pages could, in some way or another expose a

---

[4] https://www.imdb.com/title/tt0110912/quotes/?ref_=tt_trv_qu

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

6

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

minor to any type of harm, even if that harm is unlikely to occur. This would be an immense and unrealistic undertaking because there are millions of titles and pages for actors and crew members within IMDb, which—as noted—are user-generated. IMDb also would need to review its news features, which aggregate headlines, stories, and content from a variety of entertainment news sources and cover a wide range of topics that someone might argue could be harmful to children, such as celebrity weight loss, plastic surgery, substance abuse, infidelity, and mental health issues. In addition, IMDb would need to review its podcasts to attempt to ensure that their content and topics could not be deemed potentially harmful to minors. Such compliance efforts would be a highly subjective, burdensome and infeasible exercise. They would also conflict with IMDb's core goal of offering truly comprehensive information and commentary about movies, shows, and the entertainment industry, and not just those that are universally agreed as being appropriate for children. And they would force IMDb to err on the side of caution where there is any doubt about how the State might react to particular content.

20. ***Use of Data.*** IMDb collects and uses certain data from its users. That data includes the information provided by users when they register, the content users contribute about individual titles and filmmakers, and the ratings and viewing activity that users record, as well as IP addresses and website visitation information. This information enables IMDb to provide a range of services, deliver content, process payments, communicate with users, generate revenue from advertising, make recommendations, personalize the user experience, identify and fix errors on the website, remove and minimize "bot" activity, and improve IMDb services.

21. I understand that AB 2273 generally restricts websites from collecting, using, and sharing information from users unless the website verifies that those users are over 18 or the information is "necessary." IMDb does not specifically collect data from its users aged 13-17, nor does it target content to such users. But the across-the-board nature of the restrictions imposed by AB 2273 would degrade the user experience and potentially hamper IMDb's ability to generate revenue through advertising, which is how IMDb is able to offer such a wide array of information to the public free of charge.

22. ***Preparing for AB 2273.*** To prepare for compliance with AB 2273, IMDb must

7

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

determine whether to either (a) restrict its services to individuals over 18, or (b) modify IMDb's services to comply with AB 2273's numerous requirements and prohibitions. Both options will require IMDb to redesign its services; develop and implement the software necessary to verify users' ages; revise and rewrite significant portions of software; review and amend contracts with third parties; and review and likely revise its revenue model. If IMDb chooses to continue to permit 13-17 year old users to access its services, I anticipate that IMDb will need to further review and potentially modify IMDb's personalization services; review and revise IMDb's Guidelines and Conditions; develop new protocols around enforcement of those Guidelines and Conditions; consider whether to comprehensively review and remove content that could be considered "potentially harmful" to those under 18; and complete DPIAs for its many services and features. I anticipate that these processes will take six to nine months, at a minimum, and require the expenditure of considerable resources.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at SEATTLE, WA this 16 day of February 2023.

_____
Giancarlo Cairella

8

CAIRELLA DECL. ISO MOT. FOR PRELIM. INJ.
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800