# **<u>EXHIBIT 2</u>**

IMDb.com  IMDbPro.com                                                                                      Login

## Help Center

How can we help?

All help topics                    Contribution:  Contribution Information

**Contribution Information**

- Submission Guides: A - Z
- How do I contribute data to IMDb?
- Contribution of gender identity
- Contribution of birthdate
- I'm adding data for the first time; what are the top five things I should know?
- When will my update be added?
- Correcting existing data
- I tried to delete data, but it still appears on IMDb. Why?
- I submitted several data items at the same time. Why did you add only some of them?
- Contribution History
- How are user reviews displayed on IMDb?
- User review guidelines
- How do I add my review to IMDb?
- How do I edit or remove a review?
- Why didn't you post my review?
- Why would you display such a negative user review on a title page?
- How do you choose the review displayed on a title's main page?
- How can I submit additional verification for a credit submission?
- Adding new data
- Contributor top-tips
- I made a mistake with a submission. How can I correct it before it goes live?
- IMDb Update Status FAQ
- User Profile Badges
- I'm missing a badge. What should I do?
- How do I report copyrighted material?
- Collaborative editing services Terms & Conditions of use

## User review guidelines

The **minimum length for reviews is 600 characters** to ensure the most value to our users. Reviews which are padded with junk text will be discarded.

**What to include:**

IMDb is pleased to provide this forum for you to air your opinions on your favorite (or not-so-favorite) movies and TV-series.

Your reviews should focus on the title's content and context. The best reviews include not only whether you liked or disliked a movie or TV-series, but also why. Feel free to mention other titles you consider similar and how this one rates in comparison to them.

Reviews that are not specific to the title will not be posted on our site. Please write in English only and note that we do not support any mark-up (HTML, XML etc.) within the reviews apart from linking names and titles.

**What not to include:**

Resist the temptation to review on other reviews or features visible on the page. This information (and its position on the page) is subject to change without notice. A review form is not an appropriate place to tell us there are errors in the database. If you'd like to tell us about a specific problem, please click the '**Edit page**' button near the bottom of the title page.

Also, please **do not include** the following:

- Profanity, obscenities, or spiteful remarks in either the body or header of your review.
- Expressions of hatred or intolerance for people on the basis of race, ethnicity, nationality, gender or gender identity, religion, sexual orientation, age, or disability, including by promoting organizations with such views.
- Time-sensitive material (i.e. mentions of events, promotional tours, seminars, lectures, etc.).
- Avoid unannounced spoilers! Please don't reveal crucial plot elements, if you include spoilers without warning readers in advance, your review may be subject to removal. To label a spoiler make sure you check the '**contains spoilers**' checkbox. Also, please never include spoilers in your review header as this is always visible.
- Square brackets [ and ] are not allowed apart from when used to link names and titles
- Phone numbers, mail addresses, URLs, email addresses, links to Twitter or Facebook pages etc.
- Availability, price, or ordering/shipping information.
- Advertising, promotions or solicitations of any kind
- Writing in ALL-CAPS! Writing sentences in all-uppercase characters is considered "SHOUTING" and must be avoided.
- Content in languages other than English
- Do not include personal opinions on real life events or subject matter on which a film is based.
- Do not reference or comment on other reviews or users. Reviews should be stand-alone works.

Any review in violation of these guidelines will not be posted or may be edited to conform to the guidelines. In addition, IMDb reserves the right not to post any review for any reason.

**Sort by:**

You can now sort by Review Rating on title/reviews and user/reviews pages as well as Review Date, Total Votes and Prolific Reviewer . For example, if you go to the title page user reviews section you can choose the Sort option "Review Rating" and see all reviews that include a rating of 10, 9, etc. You can also sort in the opposite direction by clicking the arrow ⬇ and see reviews that include a rating of 1, 2 etc. Unrated reviews always appear at the bottom.

**Additional Notes:**

- All submitted reviews become the licensed property of IMDb as set forth in our copyrights page.
- Your submission must be your own original work.
- You may only have one published user review per title.
- Please write in English only. HTML is not supported though paragraph breaks will be inserted if you leave a blank line between paragraphs.
- The maximum length for a user review is 10,000 characters.

**Frequently asked questions:**

- How do I add my film reviews to the site?
- Why didn't you post my review?
- How do I edit or remove a review?
- How do you choose the review displayed on a title's main page?
- Why would you display such a negative user review on a title page?

Did this answer your question?

## IMDb general support

Our support community is always around to help

- Need more help? Visit the official IMDb support community powered by Sprinklr.
- Issues logging in to IMDb? Get login help.

Industry professional, not a member yet? Join IMDbPro.

© 1990-2023 IMDb.com, Inc. or its affiliates. IMDb Conditions of Use | IMDbPro Subscriber Agreement | Privacy Policy | Jobs

IMDb.com   IMDbPro.com                                                                                                                                                                   Login

## Help Center

How can we help?

 All help topics          Contribution:  Images & Videos

 **Images & Videos**              ## Image Guidelines

IMDb Image FAQs                  You can upload images and tag names, movies, series, episodes, languages, and countries.
How can I add video content to IMDb?
                                 - Images
Featured Video Page Display FAQs - Name Tags
Image Guidelines                 - Title Tags
How do I update my poster?       - Language Tags
How do I report a photo issue to IMDb?  - Country Tags
Can I submit screen grabs from my film?  - Title Poster Images
                                 - Track My Contribution

## Image Uploads

Below are the guidelines regarding image uploads, although all cases are subject to the discretion of IMDb per our full terms and conditions, which are available at https://www.imdb.com/conditions. IMDb reserves the right to decline or remove an image in our sole discretion. Should you notice any material that contravenes the following guidelines, please use the 'Report Image' feature to let us know about it.

The definition of 'prurient' according to the Oxford English Dictionary is: "Having or encouraging an excessive interest in sexual matters."

**We allow the following:**

- Sexually suggestive, but non-nude *(e.g. the cover for Sante D'Orazio Photographs)*
- Renowned illustrations containing nudity which are tasteful and relevant to the title and gallery
- Tasteful adult bottoms (e.g. the cover for White Women by Helmut Newton)
- Non-prurient child partial nudity (e.g. Sally Mann)
- Mild infrequent drug use
- Infrequent or mild medical or treatment-focused content
- Infrequent or mild references to alcohol, tobacco, or drug use
- Simulated gambling
- Frequent or intense profanity relevant to the title and gallery
- Frequent or intense realistic violence relevant to the title and gallery
- Frequent or intense horror-themed content relevant to the title and gallery

**We do not allow the following:**

- Images that promote, incite or glorify hatred, violence, racial, sexual or religious intolerance or promote organizations with such views.
- Partial nudity *(e.g. female nipples)* regardless of context, excluding renowned illustrations
- Frontal pelvic nudity
- Anuses - tasteful adult bottoms *(e.g. buttocks/cheeks are ok)*
- Prurient nudity *(e.g. fondling, implied masturbation, or implied sexual contact between two or more people)*
- Sexually suggestive or prurient images containing children
- Blatant prurient activity
- Pornography, or images related to pornographic titles, whether they contain nudity or not
- Realistic sex toys, sex toys in an erotic context, or implied use
- Excessive gore. Yes, we allow frequent or intense realistic violence relevant to the title and gallery, but we have our limits

- Feces or urine
- Real life death
- Book or Magazine covers
- Soundtrack covers
- Paparazzi photos
- " Selfie" photos
- Fan art
- Customization of any kind
- Leaked images, 'revenge porn', or any images taken under the agreement/reasonable assumption that they would remain private
- Personal contact information
- Any personal information about children under 13
- Product or service advertisements
- Images for which you do not own the copyright or have the necessary rights
- Images displaying third-party ownership or branding, such as watermarks. Watermarks of the title's creators, such as the production company or TV channel, are acceptable
- Poor quality images. Please refer to the in-depth guidelines on this below
- Unnecessary quantities of very similar still images from the same scene
- Spoilers, e.g. an image revealing a major plot twist from later in the film, such as a dead main character

## Image Quality

We are concerned only with the quality of the 'representation' of the image. This means if the original poster was poor quality, but we have a high quality scan or copy of that poor quality poster, the image is totally eligible for display on IMDb. We allow the following:

- Acceptable quality scans of old physical media with fold marks, dog-eared corners, creases, fading, light stains or poor printing artefacts such as low DPI (dots per inch). If a copy of the same image is available with the same scan quality, but without these physical artefacts, obviously the version without the artefacts is preferred.
- Acceptable quality copies of poor quality digital source media. For example, if the film was originally mastered in poor digital quality, in a low bitrate or highly compressed, but the copy at hand isn't significantly further degraded.

We **do not** allow scans or copies with the following:

- Noticeable pixelation or noise
- Bars or framing around the outside of the image
- Stretched aspect ratio
- Observable moiré effect

## Name Tags

### Tagging Names

If a person's face is clearly seen in an image, you can tag that image with the person's IMDb 'name page'. However please note that if the image was initially uploaded via IMDbPro, then any additional name tags will not display on those additional name pages.

If their face isn't clearly visible, they can still be tagged in the following cases:

- Faces obscured by masks/disguises/heavy makeup/prosthetic makeup
- Stunt actors and body doubles can be tagged with their own names.
- Voice actors for animated titles can be tagged if the character is clearly displayed within the image. For animated titles, we will display the actor tags within title image gallery, but not within the name image gallery.

However, please do not tag names in:

- Back of the headshots or shots with deliberately out-of-focus or heavily obscured faces. Please use your common sense here. If the person isn't recognizable then don't tag them unless they're eligible as described above.
- Archive footage, e.g. stills from talk shows where images or clips of the person are shown to the audience as part of the show. Put simply, don't tag people in images of images.
- Any images that breach our image upload guidelines (above).

Tagging names to poster images have a few exceptions to the above rules, we will allow names to be tagged to a poster image if they are visible on the poster or if their name appears in the billing block at the bottom of the poster image. If an individual is not featured on a poster in either of the mentioned ways, then their name should not be tagged to the image.

For more information on **name primary images (headshots)**, please make sure to see our manage your images guide content.

**Deleting Name Tags**
Our aim is to be the most authoritative database of information about movies, TV, video games and the cast and crew that make them. To achieve this we never delete valid information and this includes tags to names or titles on images. If you have an IMDbPro account you can choose and upload images that will appear in your gallery before any other image attached to your page. We hope this will help alleviate any frustration caused by the policy.

## Title Tags

If an image is a poster, still frame, publicity, or event photo for a certain movie, series or episode, you can tag the image to the relevant IMDb 'title page'.

It's not typical for an image to have more than two titles linked and will likely result in the request being rejected. Exceptions *may* be applied on a case by case basis for official; multi-packs or collections, posters or promotions.
Additionally, please **do not** tag titles in:

- Award ceremonies/events
    - Where the person/s in the image are not attending primarily for the title. For example, Ryan Gosling has attended Cannes film festival a number of times, but only one year for the movie Drive (2011), e.g. the Cannes event in 2011. Therefore, Drive (2011) should only be tagged in photos from the 2011 Cannes event.
    - Images that don't consist mostly of people who worked on the title. For example, a photo of Martin Scorcese and Matt Damon should not be tagged with The Wolf of Wall Street (2013) because Matt Damon wasn't involved.
    - Images that don't make sense on a title page. Please use your common sense. For example, please don't tag Drive (2011) in images of Ryan Gosling eating a sandwich somewhere in Cannes.

- Any images that breach our image upload guidelines (above).

- Please do not tag series or season posters with individual episodes

## Language Tags

The language(s) present in a **poster** and/or **product** image can be applied as a 'tag' when adding a *new image* to a title page. They can also be added or deleted from an existing image using the **Edit Tags** button when viewing the image.

The example below has both *English* and *Italian* text visible in the poster and so, both languages should be 'tagged'.



## Country Tags

You can 'tag' a **poster** and/or **product** image with **any** appropriate countries - meaning one poster can be suitable for multiple countries. They can be applied as a 'tag' when adding a *new image* to a title page, and can also be added or deleted from an existing image using the **Edit Tags** button.

Many studios create different versions of movie posters to be shown in a specific country or region. The following poster for Joker (2019) was created specifically for the release of the movie in Japan and should be only tagged with '*Japan*' as the country.



Furthermore, many posters may be appropriate for more than one country - for example, the following poster for Yesterday (2019) has more than one country 'tagged'.



**Single poster for multiple countries?**

It's possible, though uncommon - that only one poster is made to promote a title in multiple countries. In these instances a country tag might be appropriate, even if the language visible in the image doesn't match up - editorial discretion will be used to determine the validity in such cases.

## Title Poster Images

For more information on how to add/update a titles 'primary' poster - please see our "How do I update my poster?" article.

## Tracking your contribution

You can now track the status of your Images submission and if it has not been approved, we'll tell you the reason why.

More information on how to do this can be found on our help article.

Did this answer your question?

## IMDb general support

Our support community is always around to help

- Need more help? Visit the official IMDb support community powered by Sprinklr.
- Issues logging in to IMDb? Get login help.

Industry professional, not a member yet? Join IMDbPro.

© 1990-2023 IMDb.com, Inc. or its affiliates. IMDb Conditions of Use | IMDbPro Subscriber Agreement | Privacy Policy | Jobs