# EXHIBIT 1

# Community Guidelines

goodreads.com/community/guidelines

**Readers' Top 100 New Romances >**

Our Community Guidelines are intended to provide clarity on interactions with all of Goodreads' features and services. Our goal is to keep Goodreads a welcoming place where people can come together to share reviews, participate in discussions, and enjoy interacting with readers and authors. We appreciate all that you contribute to the Goodreads community. Thanks for being a part of it!

Goodreads is a community where you can discuss exactly what brought you here in the first place—books! Our goal is to help you find and share the books you love. We do that in part by maintaining a welcoming space with the help of all our members. These guidelines apply to all areas of community interaction, and by using Goodreads you agree to abide by them.

- We want you to have the best possible experience on Goodreads. The Goodreads community is diverse and passionate. Not everyone shares the same point of view, and that diversity of opinion is what makes Goodreads a great place to share your ideas. Respectful, lively debates are encouraged, but consider the impact of your contributions on individuals and the community as a whole before jumping in.
- Hate speech, bigotry, threats, and ad hominem attacks are not tolerated. Criticizing the opinions of others is permitted, but attacking individuals for their opinions is not.
- You should communicate openly with other members, but spam and self-promotional content are prohibited. Abusing Goodreads features to promote yourself or your product detracts from the experience of others *and* breaks our rules. (Authors can check out Author Guidelines for specific information on how to interact with readers and use Goodreads.)
- We support original, creative contributions to Goodreads. Where you can add content, go for it. Just make sure it belongs to *you*—plagiarism and copyright infringement are not allowed.
- You are welcome to post images, but images containing nudity, sexually-explicit content, or graphic violence are not allowed.
- Bring your authentic self to Goodreads. Please don't misrepresent your identity or create accounts to harass other members, abuse features, or evade our rules. Spammers and scammers are not welcome.

- Artificially inflating or deflating a book's ratings or reputation violates our rules. This includes activity like creating fake accounts to manipulate book ratings, purchasing reviews, and incentivizing votes, likes, or other actions on Goodreads. It's not just that we don't tolerate this; this kind of behavior ultimately diminishes the community's trust in *you*.
- If you see content that breaks our rules, flag it or contact us. Don't take it upon yourself to correct other people's bad behavior, and don't encourage bad behavior by acknowledging it. Staff members evaluate each flagged item and take action to educate members about our rules. If a conversation is deteriorating, you can opt to disengage.

Simply put, add value to the community—don't diminish it. If you're here because you adore books *and* you make it your business to treat others with respect, then welcome to your literary home!

Here are a few disclaimers:

- Goodreads reserves the right to remove content at any time for any reason. It is at our sole discretion to decide when content violates our guidelines.
- The content posted on Goodreads contains individual and subjective opinions. The opinions expressed are those of Goodreads members and not of Goodreads. We do not endorse any of the opinions expressed by members.

For additional information about community interaction in groups, please refer to our Group Moderator Guidelines.