UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR LEAVE TO APPEAR AS *AMICUS CURIAE* AND TO FILE AN *AMICUS CURIAE* BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Honorable Beth Labson Freeman |

**[PROPOSED] ORDER**

Before the Court is the Chamber of Commerce of the United States of America's Unopposed Motion for Leave to Appear As Amicus Curiae and to File an Amicus Curiae Brief In Support of Plaintiff's Motion for Preliminary Injunction. Having considered the Motion and good cause appearing, it is hereby **ORDERED** that the Motion for Leave to Appear As Amicus Curiae and to File an Amicus Curiae Brief In Support of Plaintiff's Motion for Preliminary Injunction is **GRANTED**.

It is **FURTHER ORDERED** that the amicus brief submitted in connection with the Motion is **DEEMED FILED.**

Dated:_____                    _____
                                                                                  Hon. Beth Labson Freeman