JENNER & BLOCK LLP
Lindsay C. Harrison
Jessica Ring Amunson (*pro hac vice* pending)
1099 New York Avenue NW, Suite 900
Washington DC 20001
Telephone: (202) 639-6865
lharrison@jenner.com
jamunson@jenner.com

*Counsel for Proposed Amicus Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>*Defendant*. | Civil Action No. 5:22-cv-08861-BLF<br><br>**MOTION OF PROFESSOR ERIC GOLDMAN FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF**<br><br>Date: February 24, 2023 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Professor Eric Goldman, through undersigned counsel, respectfully moves the Court for leave to file a brief as *amicus curiae* in support of Plaintiff's Motion for a Preliminary Injunction.  Counsel for Plaintiff consents to the filing of this brief. Counsel for Defendant takes no position on the filing of this brief. A copy of *amicus*'s proposed brief is attached, together with a proposed order granting this motion.

**STATEMENT OF INTEREST**

Professor Eric Goldman is a Professor of Law at Santa Clara University School of Law, where he is also Associate Dean for Research, Co-Director of the High Tech Law Institute, and Supervisor of the Privacy Law Certificate. Professor Goldman has been researching Internet Law for thirty years, and he has taught Internet Law since 1996. Professor Goldman has also written extensively on a wide range of Internet Law topics. *See, e.g.*, Eric Goldman, *Content Moderation Remedies*, 28 Mich. Tech. L. Rev. 1 (2021); Eric Goldman, *Why Section 230 Is Better than the First Amendment*, 95 Notre Dame L. Rev. Reflection 33 (2019); Eric Goldman, *Search Engine Bias and the Demise of Search Engine Utopianism*, 8 Yale J.L. & Tech. 188 (2006).

Professor Goldman submits this *amicus* brief to explain how the California Age-Appropriate Design Code Act creates barriers for both minors and adults seeking to access websites or apps, and how those barriers impermissibly block users from engaging in activities protected by the First Amendment.

**ARGUMENT**

*Amicus*'s proposed brief, attached to this motion as **Exhibit A**, presents important context about the impact of age-assurance tools on Internet usage. Specifically, *amicus*'s proposed brief demonstrates how the California Age-Appropriate Design Code Act imposes onerous age-assurance

1

**Motion for Leave to File *Amicus Curiae* Brief of Prof. Eric Goldman**
**Case No. 5:22-cv-08861-BLF**

requirements that chill constitutionally protected online speech by deterring Internet usage and encouraging self-censorship.

The Court possesses broad discretion over the question of whether to grant permission to file an amicus brief, and "generally courts have 'exercised great liberality'" in permitting such briefs. *Woodfin Suite Hotels, LLC v. City of Emeryville*, No. 06-CV-1254, 2007 WL 81911, at *3 (N.D. Cal. Jan. 9, 2007). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." *California by and through Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). *Amicus*'s proposed brief fulfills that purpose. In addition, counsel for Plaintiff has consented to the filing of this brief and counsel for Defendant has stated that Defendant takes no position on the filing of this brief.

## CONCLUSION

For the foregoing reasons, *amicus*'s motion for leave to file the attached brief should be granted.

Respectfully submitted,

Dated: February 24, 2023         /s/ *Lindsay C. Harrison*

JENNER & BLOCK LLP
Lindsay C. Harrison
Jessica Ring Amunson (*pro hac vice* pending)
1099 New York Avenue NW, Suite 900
Washington DC 20001
Telephone: (202) 639-6865
lharrison@jenner.com
jamunson@jenner.com

*Counsel for Amicus Curiae*

2
**Motion for Leave to File *Amicus Curiae* Brief of Prof. Eric Goldman**
**Case No. 5:22-cv-08861-BLF**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

/s/ *Lindsay C. Harrison*

Lindsay C. Harrison