JENNER & BLOCK LLP
Lindsay C. Harrison
Jessica Ring Amunson (*pro hac vice* pending)
1099 New York Avenue NW, Suite 900
Washington DC 20001
Telephone: (202) 639-6865
lharrison@jenner.com
jamunson@jenner.com

*Counsel for Proposed Amici Curiae*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, | Civil Action No. 5:22-cv-08861-BLF |
| *Plaintiff*, | **[PROPOSED] ORDER GRANTING *AMICUS CURIAE*'S MOTION FOR LEAVE TO FILE *AMICUS* BRIEF** |
| v. | |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | The Honorable Beth L. Freeman |
| *Defendant*. | |

**[PROPOSED] ORDER**

Before the Court is non-party Eric Goldman's ("Movant") Motion for Leave to file a brief as *amicus curiae* ("Motion for Leave").

After full consideration of the motion, as well as all supporting papers, and all documents currently on file with the Court, the Court hereby GRANTS the Motion.

IT IS HEREBY ORDERED that Movant's *Amicus Curiae* brief attached as **Exhibit A** to the Motion of *Amicus Curiae* is deemed submitted as of the date set forth below.

Dated: _____      _____
United State District Court
Judge Beth L. Freeman