ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
R. MATTHEW WISE
Supervising Deputy Attorney General
NICOLE KAU
Deputy Attorney General
ELIZABETH K. WATSON
Deputy Attorney General
State Bar No. 295221
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3847
  E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Rob Bonta, Attorney General of the State of California, in his official capacity*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br><br>                      Plaintiff,<br><br>**v.**<br><br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br><br>                      Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL AND REQUEST FOR CONTINUANCE** |

## NOTICE OF UNAVAILABILITY OF COUNSEL

**Please take notice that** commencing June 12, 2023 and continuing through June 24, 2023, Elizabeth K. Watson, lead attorney for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, will be out of the office and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, and appearing at depositions or in court.

Further, commencing July 1, 2023 and continuing through July 17, 2023, Anya M. Binsacca, lead supervising attorney for Defendant Rob Bonta, in his official capacity as Attorney General of the State of California, will be out of the office and unavailable for any purpose whatsoever, including, but not limited to, receiving notices of any kind, responding to ex parte applications, and appearing at depositions or in court.

### REQUEST FOR CONTINUANCE

Plaintiff's Motion for Preliminary Injunction (ECF 29) was filed on February 17, 2023.

A hearing on the motion is currently scheduled for June 23, 2023.

Enforcement of the challenged law will begin July 1, 2024. Cal. Civ. Code § 1798.99.33(a), (b).

Defendant respectfully requests that the Court continue the preliminary injunction hearing.

This change is necessary because Defendant's counsel will be out of the country from June 12 to June 23, 2023 and from July 1 to July 17, 2023, and have already purchased plane tickets and spent money on accommodations for these trips.

For these reasons, Defendant requests a hearing date on or after July 20, 2023.

Plaintiff opposes this request. Plaintiff's counsel and Defendant's counsel discussed potential new dates for a hearing, but could not come to an agreement.

Defendant has not already asked the Court to change the date of this hearing.

Dated:  February 28, 2023               Respectfully submitted,

                                        ROB BONTA
                                        Attorney General of California
                                        ANYA M. BINSACCA
                                        Supervising Deputy Attorney General


                                        /s/ *Elizabeth K. Watson*
                                        ELIZABETH K. WATSON
                                        Deputy Attorney General
                                        *Attorneys for for Rob Bonta, Attorney General of the State of California, in his official capacity*

SA2022305631/43590017.docx

# CERTIFICATE OF SERVICE

Case Name:   *NetChoice, LLC v. Rob Bonta*          Case No.   **5:22-cv-08861-BLF**

I hereby certify that on <u>February 28, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF UNAVAILABILITY OF COUNSEL AND REQUEST FOR CONTINUANCE

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 28, 2023</u>, at San Francisco, California.

|  |  |
|---|---|
| G. Pang | *[signature]* |
| Declarant | Signature |

SA2022305631/43590035.docx