UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA, Attorney General of the State of California, in his official capacity,<br><br>        Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE RELIEF REQUESTED IN DEFENDANT'S NOTICE OF UNAVAILABILITY OF COUNSEL AND REQUEST FOR CONTINUANCE**<br><br>[Re: ECF 38] |

On February 28, 2023, Defendant filed a Notice of Unavailability of Counsel and Request for Continuance ("Notice"), seeking a continuance of the June 22, 2023 hearing date on Plaintiff's motion for preliminary injunction. *See* Notice, ECF 38. The Notice explains that Defendant's lead trial counsel plans to be out of the country on the scheduled hearing date. *See id.*

Defendant's Notice should have been filed as a Motion to Change Time under this District's Civil Local Rule 6-3. The Court cannot simply construe the Notice as a Motion to Change Time because it is not supported by a declaration as required under Civil Local Rule 6-3. Accordingly, the relief sought in Defendant's Notice is DENIED WITHOUT PREJUDICE.

If Defendant elects to file a Motion to Change Time, Defendant's lead counsel must submit a supporting declaration stating when she purchased the plane tickets for her trip and whether that purchase occurred before Plaintiff noticed its motion for hearing on June 22, 2023. Counsel also should explain why another attorney cannot argue the motion on the scheduled hearing date.

Counsel should note that a Notice of Unavailability does not apply to events scheduled before the Notice.

IT IS SO ORDERED.

Dated: February 28, 2023

                                              BETH LABSON FREEMAN
                                              United States District Judge