```
KING & SPALDING LLP
Tamra Moore (pro hac vice pending)
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 2006
202.626.5458
tmoore@kslaw.com

Christopher P. Eby (pro hac vice pending)
1180 Peachtree St. NE
Suite 1600
Atlanta, GA 30309
404.572.4616
ceby@kslaw.com

Counsel for *Amici Curiae*
*Chamber of Progress, IP Justice, and
LGBT Tech Institute*
```

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE,<br><br>                          Plaintiff,<br><br>vs.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>                          Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**MOTION OF CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Chamber of Progress, IP Justice, and LGBT Tech Institute, through undersigned counsel, respectfully move the Court for leave to file a brief as *amici curiae* in support of Plaintiff NetChoice, LLC's Motion for Preliminary Injunction [ECF No. 29]. Counsel for Plaintiff consents to the filing of this Motion. Counsel for Defendant takes no position on the filing of this Motion. A copy of *amici's* proposed brief is attached as Exhibit A, and a proposed order granting this Motion is attached as Exhibit B.

## STATEMENT OF INTEREST

*Amici* are non-profit organizations dedicated to building a country in which all people benefit from technology and interconnectivity. Specifically, Chamber of Progress is a tech industry coalition devoted to progress and to backing public policies that build a fairer, more inclusive country. IP Justice operates as an international technology rights and civil liberties organization that promotes intellectual freedoms and advancement through Internet freedom, innovation policy, and a balance of intellectual property rights between content holders and users.

The parties that *amici* advise support efforts to design child-friendly features that facilitate age-appropriate online content and also share the core principle of promoting healthy online communities, which require content moderation. But California's Age-Appropriate Design Code Act ("the AADC") imperils healthy and safe online communities by restricting and penalizing online providers' exercise of their First Amendment rights to moderate content on their platforms. *Amici* are therefore interested in the outcome of this case and submit the attached brief in support of temporarily enjoining enforcement of the AADC pending Plaintiff's likely successful challenge to the law.

## ARGUMENT

"District courts have broad discretion to appoint amici curiae." *Levin Richmond Terminal Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 (N.D. Cal. 2020). There are "no strict prerequisites" to qualify, meaning district courts often grant motions for leave to file amicus briefs and "frequently welcome [them] from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Infineon Techs. N. Am. Corp. v.*

1 | *Mosaid Techs., Inc.*, No. C 02-5772 JFRS, 2006 WL 3050849, at *3 (N.D. Cal. Oct. 23, 2006) (internal quotation marks and citations omitted).  An *amicus curiae*'s "classic role" is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).  A prospective amicus must "merely make a showing that his participation is useful or otherwise desirable to the court," and "generally courts have 'exercised great liberality'" in this area. *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019).

*Amici's* proposed brief will assist the Court by explaining how enforcement of the AADC is likely to harm the public.  As described in the proposed brief, in addition to violating the First Amendment, the AADC actually operates to disadvantage children.  If enforced, the AADC is likely to result in minors losing access to critical mental health and personal resources, educational content, and reproductive health information—with a disproportionate effect on underprivileged children, who face greater obstacles to accessing such content offline.  Accordingly, in this "case of general public interest" with "potential ramifications beyond the parties directly involved," *amici* seek to "supplement[] the efforts of counsel" by offering their "unique information or perspective." *Miller-Wohl*, 694 F.2d at 204; *Infineon Techs.*, 2006 WL 3050849, at *3.  *Amici* submit that the Court should permit them to do so.

## CONCLUSION

For the foregoing reasons, *amici curiae* respectfully ask the Court to grant this Motion and accept the brief attached as Exhibit A for filing.

Respectfully submitted,

DATED:  March 1, 2023

KING & SPALDING LLP

*/s/ Christopher P. Eby*

Tamra Moore (pro hac vice pending)
1700 Pennsylvania Avenue, NW
Suite 900
Washington, D.C. 2006
202.626.5458
tmoore@kslaw.com

Christopher P. Eby (pro hac vice pending)
1180 Peachtree St. NE

-2-   Case No. 5:22-cv-08861-BLF

**MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE**

Suite 1600
Atlanta, GA 30309
404.572.4616
ceby@kslaw.com

**Counsel for** *Amici Curiae Chamber of Progress, IP Justice, and LGBT Tech Institute*

-3-    Case No. 5:22-cv-08861-BLF
**MOTION FOR LEAVE TO FILE** *AMICI CURIAE* **BRIEF OF CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE**

# CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

/s/ Christopher P. Eby

Christopher P. Eby