# EXHIBIT B

| | |
|---|---|
| 1 | KING & SPALDING LLP |
| | Tamra Moore (pro hac vice pending) |
| 2 | 1700 Pennsylvania Avenue, NW |
| | Suite 900 |
| 3 | Washington, D.C. 2006 |
| | 202.626.5458 |
| 4 | tmoore@kslaw.com |
| 5 | Christopher P. Eby (pro hac vice pending) |
| | 1180 Peachtree St. NE |
| 6 | Suite 1600 |
| | Atlanta, GA 30309 |
| 7 | 404.572.4616 |
| | ceby@kslaw.com |
| 8 | |
| | Counsel for *Amici Curiae* |
| 9 | *Chamber of Progress, IP Justice, and* |
| | *LGBT Tech Institute* |

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a NETCHOICE, | Case No. 5:22-cv-08861-BLF |
| Plaintiff, | **[PROPOSED] ORDER GRANTING CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE'S MOTION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE** |
| vs. | |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | |
| Defendant. | |

Case No. 5:22-cv-08861-BLF
**[PROPOSED] ORDER GRANTING CHAMBER OF PROGRESS, IP JUSTICE, AND LGBT TECH INSTITUTE'S MOTION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE***

## [PROPOSED] ORDER

Before the Court is Chamber of Progress, IP Justice, and LGBT Tech Institute's ("Movants") Motion for Leave to File Brief as *Amici Curiae* in Support of Plaintiff's Motion for Preliminary Injunction ("Motion for Leave").  After full consideration of the Motion for Leave, as well as all supporting papers, and all documents currently on file with the Court, it is hereby **ORDERED** that the Motion for Leave is **GRANTED**.

It is **FURTHER ORDERED** that Movants' *amici curiae* brief attached as **Exhibit A** to the Motion for Leave is deemed submitted as of the date set forth below.

Dated: _____                    _____
                                           Hon. Beth Labson Freeman