LAUREN GALLO WHITE, State Bar No. 309075
CARMEN SOBCZAK, State Bar No. 342569
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2000
Facsimile: (415) 947-2099
Email: lwhite@wsgr.com
       csobczak@wsgr.com

BRIAN M. WILLEN
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Telephone: (212) 999-5800
Facsimile: (212) 999-5899
Email: bwillen@wsgr.com

STEFFEN N. JOHNSON
KELSEY J. CURTIS
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street NW, Fifth Floor
Washington, DC 20006
Telephone: (202) 973-8888
Facsimile: (202) 973-8899
Email: sjohnson@wsgr.com
       kcurtis@wsgr.com

*Attorneys for Amicus Curiae*
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>             Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>             Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**UNOPPOSED MOTION OF COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>Judge: Honorable Beth Labson Freeman<br>Action Filed: December 14, 2022 |

## NOTICE OF UNOPPOSED MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD: PLEASE TAKE NOTICE THAT the Computer & Communications Industry Association ("CCIA"), through undersigned counsel, respectfully moves the Court for leave to file the attached *amicus curiae* brief in support of Plaintiff NetChoice, LLC's Motion for Preliminary Injunction. Plaintiff has consented to the filing of this brief, and Defendant has taken no position.

## INTERESTS OF *AMICUS CURIAE*

CCIA is an international not-for-profit association representing a broad cross-section of computer, communications, and Internet industry firms that collectively employ more than 1.6 million people, invest more than $100 billion in research and development, and contribute trillions of dollars in productivity to the global economy. Created over five decades ago, CCIA promotes open markets, open systems, open networks and full, fair and open competition in the computer, telecommunications, and Internet industries. Since its founding, CCIA has believed that these industries were unique and of special importance to society and that supporting a climate for innovation was central to economic success as a nation. CCIA believes that original, independent, and free speech foster that necessary innovation and thus benefit society. These beliefs continue to influence and shape CCIA's choices in a global political environment that is increasingly focused on its members' industries. CCIA's commitment to vigorous competition, freedom of expression, and openness is a natural product of its understanding of what has helped these industries thrive, and what they need to continue to do so.

CCIA's members have an important interest in the outcome of this case, because California Assembly Bill ("AB") 2273 directly implicates their First Amendment rights: it severely limits their ability to display, direct, and recommend online content, and it compels speech through burdensome reporting requirements involving controversial topics. Furthermore, AB 2273's provisions are so vague that CCIA's members have no way of anticipating how the State might choose to enforce the law, forcing them to err on the side of limiting lawful speech to ensure that they do not become subject to onerous civil penalties. Enforcement of AB 2273 would lead to revolutionary change for CCIA members—and the Internet as a whole.

## ARGUMENT

The Court has "'broad discretion' to permit amicus briefs." *Oakley v. DeVos*, 2020 U.S. Dist. LEXIS 106092, at *33 n.23 (N.D. Cal. June 17, 2020) (citation omitted). Here, the Court should consider CCIA's attached amicus brief, because it provides a unique perspective on how the enforcement of AB 2273 would cripple the First Amendment rights of CCIA members, as well as the First Amendment rights of minors (and adults) to participate in the free exchange of ideas on the Internet. *See NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) ("District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'") (citation omitted), *rev'd in part, vacated in part on other grounds sub nom. Guidville Band of Porno Indians v. NGV Gaming, Ltd.*, 531 F.3d 767 (9th Cir. 2008); *see also Defs. of Wildlife v. U.S. Fish & Wildlife Serv.*, 2021 U.S. Dist. LEXIS 163109, at *22 (N.D. Cal. June 21, 2021) ("[T]he 'classic role of amicus curiae' is to 'assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration.'") (citation omitted).

## CONCLUSION

For the reasons set forth above, CCIA respectfully requests that the Court grant this unopposed motion and give CCIA leave to file the Brief of *Amicus Curiae* attached as Exhibit A.

Respectfully submitted,

Dated:  March 3, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: */s/ Lauren Gallo White*
        Lauren Gallo White

*Attorneys for Amicus Curiae*
COMPUTER & COMMUNICATIONS
INDUSTRY ASSOCIATION

# CERTIFICATE OF SERVICE

The undersigned certifies that on March 3, 2023, the **UNOPPOSED MOTION OF COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE BRIEF AS** *AMICUS CURIAE* and attachments were filed with the Clerk of the U.S. District Court for the Northern District of California using the Court's electronic filing system (ECF).

Dated: March 3, 2023

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: */s/ Lauren Gallo White*
      Lauren Gallo White

*Attorneys for Amicus Curiae*
COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION