UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>  Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF COMPUTER & COMMUNICATIONS INDUSTRY ASSOCIATION FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>Judge: Honorable Beth Labson Freeman<br>Action Filed: December 14, 2022 |

Before the Court is non-party Computer & Communications Industry Association's ("CCIA") Unopposed Motion for Leave to File Brief as *Amicus Curiae* ("Motion for Leave") in support of Plaintiff NetChoice's Motion for Preliminary Injunction. After full consideration of the Motion for Leave, as well as all supporting papers and all documents currently on file with the Court, IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that CCIA's *amicus curiae* brief attached as Exhibit A to the Motion for Leave is deemed submitted as of the date set forth below.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                       Honorable Beth Labson Freeman