| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | ANYA M. BINSACCA, SBN 189613<br>Supervising Deputy Attorney General |
| 3 | NICOLE KAU, SBN 292026<br>ELIZABETH K. WATSON, SBN 295221 |
| 4 | Deputy Attorneys General<br>455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA  94102-7004<br> Telephone:  (415) 510-3847 |
| 6 |  E-mail:  Elizabeth.Watson@doj.ca.gov<br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br>   Plaintiff,<br>v.<br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br>   Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**MOTION TO CHANGE TIME** |

Pursuant to Civil Local Rule 6-3, Defendant, by and through the undersigned counsel, respectfully requests that the Court reschedule the hearing on Plaintiff's Motion for Preliminary Injunction, *see* ECF No. 29, currently set for June 22, 2023, for a date on or after July 20, 2023. Defendant requests this change to accommodate the preexisting travel plans of Defendant's lead counsel. Defendant's lead counsel will be out of the country between June 12 and June 23, 2023, and Defendant's lead supervising counsel will be out of the country between July 1 and July 17, 2023. Both counsel purchased their tickets and other accommodations prior to February 17, 2023, the day Plaintiff noticed the current preliminary injunction hearing. Without this change, Defendant will be unfairly disadvantaged. Defendant's counsel has been preparing this case for

months, planned their schedule and caseload around this case's briefing schedule, and is already in the process of writing Defendant's opposition brief.  It would be impractical for the Defendant to replace lead counsel this far into the briefing process.  Moreover, because, by its own terms, the challenged law cannot be enforced against Plaintiff's members until July 1, 2024, this Court will still have considerable time to consider the parties' arguments and issue a decision, even if the hearing date were extended by a few weeks.

In accordance with Civil L.R. 6-3, this motion is supported by the Declarations of Elizabeth K. Watson, lead counsel for the Defendant, and Anya M. Binsacca, lead supervising counsel for the Defendant, and a proposed order.  Defendant respectfully submits that the Watson and Binsacca Declarations establish good cause for the requested change.  Defendant makes this request to account for travel plans that were made prior to Plaintiff noticing the hearing.  In particular, Ms. Watson will be out of the country from June 12 through June 23, 2023; she purchased her plane ticket and other accommodations for this trip on January 15, 2023.  Ms. Binsacca, lead supervising counsel, will be out of the country from July 1 to July 17, 2023; she purchased her plane ticket for this trip on August 19, 2022.

The Governor signed this law on September 15, 2022.  Plaintiff filed this case on December 14, 2022, and its motion for a preliminary injunction on February 17, 2022.  Plaintiff's counsel did not confer with Defendant's counsel prior to noticing the hearing date.

The undersigned counsel first attempted to make the Court aware of these conflicts by phone on February 22, 2023 and followed up with an email to the court and opposing counsel on February 23, less than a week after the hearing was noticed.  Due to a miscommunication with the Court, the undersigned filed a Notice of Unavailability and Request for Continuance on February 28, 2023.  *See* ECF No. 39.  That Request for Continuance was denied without prejudice on March 1, 2023, and counsel was instructed to file a Motion to Change Time.  ECF No. 38.

Defendant's counsel conferred with Plaintiff's counsel regarding this request to change the hearing date.  Plaintiff's counsel indicated that Plaintiff opposes this motion.  In particular, Defendant's counsel asked Plaintiff's counsel to agree to a hearing date on or after July 20, 2023. Plaintiff's counsel would not agree to this request and suggested that the hearing take place the

week of June 26th, the week immediately after lead counsel returns from abroad and immediately before lead supervising counsel departs for her time abroad.  Because enforcement of the challenged law is still over a year away, Defendant's counsel opposes a hearing schedule that requires them to argue under such strained circumstances.  Plaintiff then proposed shortening Defendant's time to respond to Plaintiff's Motion for Preliminary Injunction so that the hearing might take place before Defendant's counsel leaves the country on June 12.  Defendant's counsel opposes a change in the briefing schedule; they have planned their schedule in accordance with the briefing schedule this court issued over a month ago.  *See* ECF No. 28.

Defendant's counsel agrees with Plaintiff that this matter should be resolved expeditiously.  However, given the timeline for enforcement of the challenged law, granting this motion to change the hearing date from June 22, 2023 to a date on or after July 20, 2023, would be appropriate.  It accounts for the immovable conflicts in Defendant's lead counsel's schedule, provides both parties adequate time to prepare for hearing, and leaves this Court with ample time before enforcement begins to decide the issues.

Dated:  March 7, 2023                                      Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Elizabeth K. Watson*
ELIZABETH WATSON
Deputy Attorney General
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Case Name: <u>*NetChoice, LLC v. Rob Bonta*</u>   Case No. <u>**5:22-cv-08861-BLF**</u>

I hereby certify that on <u>March 7, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **MOTION TO CHANGE TIME**
- **DECLARATION OF ELIZABETH K. WATSON IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME**
- **DECLARATION OF ANYA BINSACCA IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME**
- **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO CHANGE TIME**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 7, 2023</u>, at San Francisco, California.

| G. Pang | | *(signature)* |
|---|---|---|
| Declarant | | Signature |

SA2022305631/43599679.docx