ROB BONTA
Attorney General of California
ANYA M. BINSACCA, SBN 189613
Supervising Deputy Attorney General
NICOLE KAU, SBN 292026
ELIZABETH K. WATSON, SBN 295221
Deputy Attorneys General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3847
 E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**DECLARATION OF ANYA BINSACCA IN SUPPORT OF DEFENDANT'S MOTION TO CHANGE TIME** |

1. I am a Supervising Deputy Attorney General at the California Department of Justice in the Government Law Section and the lead supervising counsel for Defendant.

2. I have personal knowledge of the contents of this declaration and I could and would testify competently thereto if called upon to do so.

3. I respectfully request that this Court change the hearing date on Plaintiff's Motion for Preliminary Injunction from June 22, 2023 to a date on or after July 20, 2023, in order to accommodate my preexisting travel plans and those of the lead Deputy Attorney General on the case.

1

4. The Supervising Deputy Attorney Generals in the Government Law Section work together to assign cases and balance the section's workload. In December 2022, we assigned this case to Deputy Attorney General Elizabeth Watson, who is on my team. Since then, she has worked almost exclusively on this case.

5. The Government Law Section defends California laws challenged in court, unless the law is covered by another section in our office with specific subject-matter expertise, e.g., environmental laws. Thus, we defend laws on a wide variety of subjects, and the attorneys in our section are generalists who we rely on to develop the expertise necessary to defend a given law. Deputy Watson has, over the last months, developed expertise both on the legal issues in this case and the technical issues involved. It would be exceptionally difficult, if not impossible, to replace Deputy Watson at this juncture with another attorney because of the time and work she has invested and the knowledge she has gained.

6. In December 2022, we assigned Deputy Attorney General Nicole Kau as a secondary attorney on this case. She does not work on this case full time, and has not been able to devote as much time to it as we had initially hoped because of the other demands on the Government Law Section's time, particularly our defense of California's gun-safety laws. The defense of those laws is currently occupying multiple attorneys in our section, significantly restricting flexibility in staffing that we might otherwise have.

7. I have developed some familiarity with this case in my supervision of Deputy Watson. That said, I supervise four other attorneys handling cases of similar scope and complexity to this one, and could not myself devote the time needed to present this Court with our best oral argument. In particular, I would not have the depth of knowledge needed to field questions this Court might pose at the hearing on this motion.

8. Although other attorneys in our section are generally familiar with the legal concepts in this case, none has the specialized knowledge necessary to present our best briefing and oral argument to this Court. And although we have attorneys from the Department's Privacy Enforcement Unit available to consult with us, they do not have the expertise in constitutional law necessary to defend this case.

9. On August 19, 2022, I booked an international flight for me and my children that departs on July 1, 2023 and returns on July 16, 2023. I plan to return to work on July 18, 2023.

10. Although it is essential that Deputy Watson be able to present oral argument to this Court, it is ideal that I also be there. Deputy Watson is an experienced attorney, but relatively new to our office and the practice of government law. I would typically attend such an important hearing with any attorney on my team to be available for consultation and guidance. I have worked for the Department of Justice for over twenty years, and have deep experience representing government agencies and officials in federal court. I have been working with Deputy Watson on this case since December 2022, and no other Supervising Deputy Attorney General has the depth of knowledge and familiarity with this case that I do.

11. I understand and respect Plaintiff's and this Court's desire to resolve this motion promptly. I believe that this request is reasonable because enforcement is not scheduled to begin until July 1, 2024. This request is made in an effort to present Defendant's best briefing and oral argument to this Court, and to have the attorneys who can be most useful to this Court attend the hearing on this motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2023

*/s/ Anya Binsacca*
ANYA BINSACCA

SA2022305631/43599660.docx