IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,** | Case No. 5:22-cv-08861-BLF |
| Plaintiff, | **[PROPOSED] ORDER ON DEFENDANT'S MOTION TO CHANGE TIME** |
| v. | |
| **ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,** | |
| Defendant. | |

The Court, having considered Defendant's Motion to Change Time, orders as follows:

IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The Court will reschedule the hearing on Plaintiff's Preliminary Injunction Motion (ECF No. 29) from June 22, 2023 to a date on or after July 20, 2023.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                            BETH LABSON FREEMAN
                                                                            United States District Judge