AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice*)
  bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**KUMAR DECLARATION IN SUPPORT OF NETCHOICE'S RESPONSE TO MOTION TO CHANGE TIME** |

KUMAR DECLARATION
Case No. 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Ambika Kumar, declare:

1. I am a partner in the law firm Davis Wright Tremaine LLP, counsel for Plaintiff NetChoice LLC.  I make this declaration from personal knowledge.

2. On December 16, 2022, counsel for the State, Elizabeth Watson, sent me an email asking if NetChoice would agree to extend the State's deadline to respond to the Complaint to March 6, 2023.  On December 19, I responded, explaining that NetChoice intended to file a preliminary injunction motion and proposing that the State's response deadline be put off until after that motion.  I also proposed a briefing schedule that would have required NetChoice to file its motion February 10, 2023, the State to respond March 10, 2023, and NetChoice to reply April 7, 2023.  The parties ultimately agreed to a longer briefing schedule that accommodated the State's request for an additional 30 days, delayed NetChoice's motion by one week, and built in one more week for its reply—such that the opening brief would be filed February 17, the response on April 21, and the reply on May 19.  The State did not inform me, until February 23, 2023, that its counsel would be unavailable to participate in this case for five weeks beginning June 12.

3. On February 27, 2023, in view of the State's motion to change the hearing date, I sent an email to Ms. Watson proposing that the hearing take place the week of June 26, when both of its attorneys would be in town.  The State did not agree, citing its counsel's travel schedules.  The next day, I proposed that the parties agree to shorten the State's response time from 60 to 53 days, such that a hearing could take place June 8, 2023.  The State refused this proposal, too, stating that its attorneys had arranged their schedules based on the schedule in place.  On March 8, 2023, I proposed to the State that NetChoice shorten its own reply period by eight days, which would also accommodate a June 8, 2023 hearing.  The State agreed to this proposal.

4. On March 9, 2023, I emailed the courtroom deputy, copying counsel for the State, to find out whether June 8 was available for a hearing.  I received a response that June 8 is not available and that the Court is setting hearings in late July.

2

KUMAR DECLARATION
Case No. 5:22-cv-08861-BLF

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Declared under penalty of perjury at Seattle, Washington, this 10th day of March, 2023.

_____
Ambika Kumar

3

KUMAR DECLARATION
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899