# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, doing business as NETCHOICE,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, Attorney General of the State of California, in his official capacity,<br><br>Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER RE DEFENDANT'S MOTION TO CHANGE TIME; AND RESETTING HEARING FROM JUNE 22, 2023 TO JULY 27, 2023 AT 1:30 P.M.**<br><br>[Re: ECF 46] |

Having considered Defendant's Motion to Change Time (ECF 46) and Plaintiff's response (ECF 47), the Court HEREBY RESETS the hearing on Plaintiff's motion for preliminary injunction from June 22, 2023 at 9:00 a.m. to July 27, 2023 at 1:30 p.m. The hearing will be IN PERSON; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: March 10, 2023

_____
BETH LABSON FREEMAN
United States District Judge