AMBIKA KUMAR (*pro hac vice*)
　ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
　adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

ROBERT CORN-REVERE (*pro hac vice*)
　bobcornrevere@dwt.com
DAVID M. GOSSETT (*pro hac vice*)
　davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
　meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court enter an order continuing the April 13, 2023, case management conference until 30 days after the Court enters an order resolving Plaintiff's pending motion for preliminary injunction and after the parties have exhausted all opportunity for appeal.

WHEREAS, Plaintiff filed the Complaint on December 14, 2022, alleging that AB 2273 is unconstitutional and preempted by federal law (ECF No. 1).

WHEREAS, Plaintiff filed a motion for a preliminary injunction on February 17, 2023 (ECF No. 29), which the Court is scheduled to hear on July 27, 2023 (ECF No. 48).

WHEREAS, the initial case management conference is scheduled for April 13, 2023 (ECF No. 26).

WHEREAS, the Parties agree that it would be inefficient to hold the initial case management conference before a final decision on Plaintiff's preliminary injunction motion, and propose that the conference be continued to 30 days after the Court enters an order resolving Plaintiff's preliminary injunction motion and the parties have exhausted all opportunity for appeal.

NOW THEREFORE, the Parties hereby jointly stipulate and agree as follows:

The initial case management conference is continued from April 13, 2023, to 30 days after the Court enters an order resolving Plaintiff's pending preliminary injunction motion and all opportunity for appeal has been exhausted.

///

///

///

1

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

IT IS SO STIPULATED.

Dated: April 3, 2023					Respectfully submitted,

							DAVIS WRIGHT TREMAINE LLP

							By:  */s/ Ambika Kumar*
							         Ambika Kumar

							*Attorneys for Plaintiff*
							*NetChoice, LLC d/b/a NetChoice*

Dated: April 3, 2023					Respectfully submitted,

							ROB BONTA
							Attorney General of California
							ANYA M. BINSACCA
							Supervising Deputy Attorney General


							By:  */s/ Elizabeth K. Watson*
							         Elizabeth K. Watson
							         Deputy Attorney General

							*Attorneys for Defendant*

2

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.  I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  April 3, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:   /s/ *Ambika Kumar*
           Ambika Kumar

Attorneys for Plaintiff
NetChoice, LLC d/b/a NetChoice

3

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899