IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

The Parties have stipulated that the initial case management conference will be continued from April 13, 2023, until 30 days after the Court enters an order resolving Plaintiff's pending motion for preliminary injunction (ECF No. 29) and after the parties have exhausted all opportunity for appeal.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Beth Labson Freeman

1

[PROPOSED] ORDER
Case No. 5:22-cv-08861- BLF