# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA, Attorney General of the State of California, in his official capacity,<br><br>        Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE TO DECEMBER 7, 2023**<br><br>[Re: ECF 49] |

The parties have filed a joint stipulated request to continue the Initial Case Management Conference, currently set for April 13, 2023, until after resolution of Plaintiff's pending motion for preliminary injunction and exhaustion of opportunity for appeal. *See* Joint Stip., ECF 49.

Rather than continue the Initial Case Management Conference indefinitely, the Court will continue it to December 7, 2023 at 11:00 a.m. Further joint requests for continuance will be granted as necessary.

**IT IS SO ORDERED.**

Dated: April 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge