# EXHIBIT A

**TO DECLARATION OF JENNY S. RADESKY, MD IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Jenny Radesky, MD
Associate Professor of Pediatrics
University of Michigan School of Medicine
Ann Arbor, MI

## Education and Training

| | |
|---|---|
| 5/2001 | B.A. in Natural Sciences, The Johns Hopkins University, Baltimore, MD |
| 6/2007 | M.D. *cum laude* Harvard Medical School, Boston, MA |
| | - Dedicated research year between 3rd and 4th years of medical school |
| | - Senior research thesis: Nutritional predictors of gestational diabetes |
| 6/2007-7/2010 | Pediatrics Residency, Community Pediatrics and Advocacy Pathway, University of Washington/Seattle Children's Hospital, Seattle, WA |
| 7/2011-6/2014 | Fellowship in Developmental Behavioral Pediatrics, Boston University School of Medicine/Boston Medical Center, Boston, MA |

## Certification and Licensure

| | |
|---|---|
| 2015 | Michigan State full license |
| 2015 | American Board of Pediatrics Developmental Behavioral Pediatrics |
| 2010 | American Board of Pediatrics |

## Academic, Administrative, and Clinical Appointments

Academic Appointments

| | |
|---|---|
| 11/2013-11/2014 | Clinical Instructor of Pediatrics, Boston University School of Medicine, Boston, MA |
| 11/2014-12/2015 | Assistant Professor of Pediatrics, Boston University School of Medicine, Boston, MA |
| 1/2016-8/2022 | Assistant Professor of Pediatrics, University of Michigan Medical School, Ann Arbor, MI |
| 9/2022 - Present | Associate Professor of Pediatrics with Tenure, University of Michigan Medical School, Ann Arbor, MI |

Administrative Appointments

| | |
|---|---|
| 9/2022 – Present | Division Director, Developmental Behavioral Pediatrics, University of Michigan Medical School, Ann Arbor, MI |
| 10/2022 – Present | Service Chief, Developmental Behavioral Pediatrics, University of Michigan Medical School, Ann Arbor, MI |

Clinical Appointments

| | |
|---|---|
| 7/2010-6/2011 | Staff Physician, Pediatric Associates Inc., Bellevue, WA |

## Research Interests

1. Parent mobile device use: My research has been the first to examine how parents use smartphones around young children and associations with parent-child interaction and child behavioral problems.  My research focuses on parents' emotional and cognitive reactions to smartphone use, how smartphone use influences – and is influenced by – the quality of parent-child relationships.

2. Early childhood media use and child social-emotional development:  My research has also explored how child individual differences (e.g., temperament, self-regulation) interact with digital media use over time, and how this may influence social and emotional outcomes.  I am currently part of a working group of interdisciplinary researchers who study media use in early childhood, and as the only physician in this group have aimed to translate our research into clinical practice and interventional approaches with the American Academy of Pediatrics. My more recent work focuses on how children conceptualize data collection, privacy, and personalized content in digital devices.

3. Novel methodologies for measuring mobile device use:  My research team has developed new methods for tracking the mobile device use of parents and children, so that we can objectively measure how smartphones and tablets are used.  In addition, we have developed schemes for analyzing the quality of educational content, digital play experiences, and advertising exposure from mobile apps marketed to young children.  We are examining longitudinal associations between these aspects of mobile media content and children's executive functioning and self-regulation.

4. Inequities in digital media opportunities and risks: Through qualitative work and analysis of digital design features (e.g., private identifier data collection), my recent research has demonstrated disparities in digital media practices between children from higher and lower socioeconomic status households.

5. Research partnership with Common Sense Media: Since 2020 my team has been collaborating with Common Sense Media, a nonprofit organization that provides guidance and advocacy around media use, to conduct novel research that can be rapidly disseminated. Our work has examined the YouTube viewing histories of young children, racial/ethnic representations and stereotypes within YouTube content, and tween/teen smartphone usage.

## Grants

<u>Current</u>
NICHD 1R01HD102370-01A1 (Radesky, PI)   4/1/2021-3/31/2026            3.0 calendar
*Technology Use and Emerging Executive Functioning in Early Childhood*
Total Award Amount: $3,538,615
The goal of this project is to examine longitudinal bidirectional associations between parent and child media use (duration, interruption, use for regulatory purposes, and problematic design affordances) and child executive functioning from ages 2 to 4 years, and moderation by child sex and presence of psychosocial stressors.

NICHD P01HD109907-01 (Barr, PI)              07/01/2022-06/30/2025        1.0 calendar

*Growing up in a Digital World: A synergistic approach to understanding media use in children ages 0-8*
Total Award Amount: $279,142
The goals of this grant are to: 1. Create a multi-institution, cross-disciplinary research program that studies early childhood media use from birth to 8 years of age 2. Examine early childhood predictors of problematic media use and social-emotional wellbeing 3. Examine how content and context of media use influence problematic media use and social emotional wellbeing
Role: Co-Investigator (Site PI)

SAMHSA 1H79SM087180-01                     10/1/22-9/30/27              1.2 calendar
*Center of Excellence on Social Media and Youth Mental Health*
This Center aims to: 1) Improve the mental health of children and teens by reducing the risks and leveraging the benefits of social media, 2) Build the capacity of individuals who work with youth to mitigate social media's harmful impacts on mental wellbeing and promote healthy social media use, and 3) Synthesize and promote the evidence base and best practices for healthy social media use via communication, guidance and other resources.
Role: Medical Director

Common Sense Media                          03/01/22-5/31/23            1.2 calendar
*Teen Smartphone Pilot*
This collaboration with Common Sense Media will track the smartphone usage of 300 11-17-year-olds and examine associations between app usage with child socioeconomic status, wellbeing, body image, and anxiety/depression.

Boston Children's Hospital Digital Wellness Lab    06/01/22-5/31/23    2.4 calendar
*Social Gaming Study*
This collaboration with the Digital Wellness Lab aims to explore the gameplay experiences, decision-making, and conceptualizations of children who play socially interactive video games.

Previous
NIH 1R21NR019402-01A1 (McDaniel, PI)        4/1/2021-3/31/2023          1.20 calendar
*Healthy Digital Habits in Parents of Infants*
Annual Direct Costs: $24,978 Total Award Amount: $57,255
This study aims to characterize problematic and healthy smartphone use patterns in mothers in the perinatal period and develop interventional methods.
Role: Co-Investigator (subcontract PI)

NICHD 1K23HD092626-1 (Radesky, PI)          08/04/17 - 05/31/22         9 calendar
*Technology and Parent-Child Interaction*
Total Award Amount: $831,232
The goal of this career development award is to provide me training in theoretical models of parent-child interaction and child development; methods for assessing parent-child interaction including videotape coding, use of LENA audiorecording technology, and dyadic statistical models; mobile device-based passive sensing methods; and opportunities to build collaborations with experts in developmental psychology and information science.  Its studies examine concurrent and sequential associations between parent mobile device use and parent-child

Jenny Radesky, MD
April 20, 2023

interaction using 1) behavioral coding of family meals and 2) LENA audiorecording of parent-child interactions in the home, coupled with tracking of parent mobile device use.
Role: PI

Blue Cross Blue Shield of Michigan (Hamp, PI)     09/01/2021-12/31/2022          No effort
*Pediatric Early Autism Recognition System: PEARS*
Total Award Amount: $9,100
The goal of the proposed research is to pilot a primary care-based tiered autism evaluation model the Pediatric Early Autism Recognition System (PEARS) - that aims to reduce time from referral to diagnostic evaluation, lower the age at autism diagnosis and initiation of treatment, and build capacity for autism care in the medical home.
Role: Mentor

Michigan Institute for Clinical and Health Research 12/01/20-11/20/21          1.2 calendar
*Optimal Defaults in Children's Digital Environments*
This Pathway to Independence grant provides 1 year of additional mentored research to help me build skills in strategic science, conduct policy-informed research, and collaboration with child technology advocates.

NICHD 1R21HD094051-01 (Radesky, PI)          08/01/18-07/31/21          1.2 calendar
*Longitudinal associations between preschooler emotion regulation, executive function, and digital media use.*
Total Award Amount: $427,750
The goal of this study is to examine longitudinal, bidirectional associations between child emotion regulation, executive function, and specific aspects of media use over the course of 6 months.  Media use data will be collected via time use diary and app-based passive sensing methods.
Role: PI

NICHD 1R41HD100230-01 (Radesky, Durnez, MPI)   09/01/19-08/31/20     1.2 calendar
*Beyond Screen Time: Developing an objective mobile media measurement tool*
Total Award Amount: $150,000
This STTR application aims to develop an Android mobile sensing app, Chronicle, with additional functionalities, including a research dashboard with automated data analysis; ecologic momentary assessment; and user awareness. The purpose of developing this technology is to improve the precision and ecologic validity of mobile media use measurements in studies examining digital media and child development.

Diversity Equity and Inclusion Grant (Harris, PI)     09/01/20-08/31/21          No effort
*Improving Response to Developmental Screening Through Integrated Behavioral Health in Pediatric Primary Care*
I am a co-investigator on this grant, which aims to implement and test a new coordinated integrated developmental behavioral health program for high-risk children.

Common Sense Media                              02/01/21-01/31/22          0.36 calendar
*Racial and Ethnic Representations on YouTube*

This study partnered with experts in race and media to analyze representations and stereotypes present within YouTube videos viewed by young children (0-8) and tweens/teens (9-17).

Woodson Biostatistics Award                            01/01/20-12/31/21              No effort
University of Michigan Department of Pediatrics
*Understanding Early Childhood Media Use Profiles*
This project seeks to use factor analysis to examine patterns of media usage among families with young children, using objective and self-reported media measures.

Common Sense Media                                     02/01/20-01/31/21              0.36 calendar
*Zero to Eight: YouTube content analysis study*
This study analyzes the content of YouTube viewing histories of children whose households were surveyed as part of the Common Sense Media Zero to Eight Census

NICHD 1R03HD094077-01 (Radesky, PI)    08/01/18-06/30/20              1.2 calendar
NIH                                                          $155,584
*Parent-toddler interactions during electronic versus print book reading*
This experimental laboratory-based study will examine differences in parent-toddler verbal interaction, nonverbal interaction, and toddler behavioral difficulties during and after reading print versus electronic books.
Role: PI

University of Michigan M-Cubed Program (Schaub, PI)    03/01/19-03/01/20    No effort
*Understanding Conceptualizations of Digital Privacy in Children*
This multi-disciplinary collaboration between researchers in Information Science, Developmental Psychology, and Pediatrics will examine how young children think about digital privacy, how data are stored and transmitted to and from mobile devices, and implications for privacy policy design.
Role: Co-I

Academic Pediatric Association Reach Out and Read Young Investigator Award 3/2017-9/2018
*Electronic versus print books: Differences in parent-toddler interactions and toddler behavioral regulation*
Principal Investigator: Tiffany Munzer MD
Role: Primary Mentor
Funding Amount: $14,780

Janette Ferrantino Young Investigator Award (Radesky, PI)          06/01/17-05/31/18
University of Michigan Department of Pediatrics
*Longitudinal associations between preschooler emotion regulation, executive function, and digital media use.*
This longitudinal study will follow preschoolers for 6 months, examining bidirectional associations between emotion regulation, executive functioning, and traditional and mobile media use.
Role: PI
Funding Amount: $40,000

Jenny Radesky, MD
April 20, 2023

Academic Pediatric Association Bright Futures Young Investigator Award  3/2014-6/2015
*Parent perspectives on mobile device use around and by young children*
Principal Investigator: Jenny Radesky MD
Funding Amount: $15,000
HRSA Training Grant T32 HP10028-14-00
Principal Investigator: Jane Liebschutz, MD MPH
7/2011-6/2013
Role: Research fellow/trainee

Joel and Barbara Alpert Children of the City Fund/Boston University Medical Center
7/2013-12/2013
*Mobile device use and caregiver-child interaction*
Principal Investigator: Jenny Radesky MD
Funding Amount: $5998

NIDDK Medical Student Research Training Program Grant          7/2005-6/2006
*Prenatal mercury and fatty acid exposure and child cognition*
Principal Investigator: Walter Willett, PhD
Role: Medical student trainee

## Honors and Awards

| | |
|---|---|
| 2001 | Phi Beta Kappa, Johns Hopkins University |
| 2007 | New England Pediatric Society Prize |
| 2007 | Harvard Medical School Presidential Scholars Program, Public Service Initiative |
| 2013 | Zuckerman Fellowship, Boston University School of Medicine |
| 2016 | American Academy of Pediatrics Media Visiting Professor, University of Illinois at Chicago Pediatrics Residency |
| 2017 | American Academy of Pediatrics Communication and Collaboration Award |
| 2017, 2018 | Elizabeth Caroline Crosby Award, University of Michigan ADVANCE Program |
| 2018, 2019 | University of Michigan Department of Pediatrics Residency Top Teacher Award |
| 2019 | Visiting Professor, University of Lille, France |
| 2020-present | Common Sense Media Early Childhood Initiative Advisory Group |
| 2020-present | Power of Zero Advisory Group |
| 2022-present | David G. Dickinson Collegiate Professorship |

## Memberships in Professional Societies

| | |
|---|---|
| 2007-present | Fellow, American Academy of Pediatrics |
| | -   Since 2016: Michigan Chapter |

|              | -   Since 2015: Executive Committee, Council on Communications and Media |
|--------------|-----|
|              | -   Since 2021: Vice Chair, Council on Communications and Media |
|              | -   2023: Chair, Council on Communications and Media |
| 2002-present | Member, Massachusetts Medical Society |
| 2012-present | Member, Society for Developmental Behavioral Pediatrics |
| 2012-present | Member, Academic Pediatric Association |
|              | -   2018-2022: Co-Chair of DBP SIG |
| 2014-2016    | Member, Contextual Influences Working Group, Bridging the Word Gap National Research Network |
| 2018-present | Society for Pediatric Research |

## Editorial Positions, Boards, and Peer-Review Service

Board of Directors:
*Melissa & Doug Toys, LLC*

Editorial Board:
*Journal Watch Pediatrics and Adolescent Medicine* (2017-2020)
*Journal of Developmental Behavioral Pediatrics* (2018-2019)
Guest Editor, Special Issue on Children and Smartphones: *Cyberpsychology, Behavior, and Social Networking* (2019-2020)

Grant Review Service:
Eunice Kennedy Shriver National Institute of Child Health and Human Development (2019-2022)
Icelandic Research Council (2017)
Netherlands Organisation for Scientific Research (2019)
Nuffield Foundation, UK (2019)

Peer Review Service:
*Pediatrics* (2014-2022)
*JAMA Pediatrics* (2011-2022)
*JAMA Network Open* (2022-2023)
*Journal of Developmental Behavioral Pediatrics* (2015-2022)
*Developmental Psychology* (2022)
*Journal of Children and Media* (2016, 2021)
*New England Journal of Medicine* (2021)
*Journal of Pediatrics* (2021)
*Acta Paediatrica* (2020-2021)
*Infant Behavior and Development* (2020)
*BMJ Open* (2019)
*Child Development* (2017-2018)
*Computers in Human Behavior* (2017)
*PLOS One* (2017)
*Maternal Child Health Journal* (2015-2017)

*Scandinavian Journal of Psychology* (2017)
*Journal of Human Communication* (2016)
*Infancy* (2015)
*Early Human Development* (2015)
*Archives of Disease in Childhood* (2012)
*International Journal of Affective Disorders* (2013)
Murdoch University Dissertation Committee (2017)
Pediatric Academic Societies abstract review (2013-present)

## Teaching

Students: Fangwei Zhao (Undergraduate Communications Major, University of Michigan); Caroline McLaren (Undergraduate Kinesiology Major, University of Michigan); Marisa Meyer (Undergraduate Psychology/Communications Major, University of Michigan); Nalingna Yuan (Masters of Informatics student, University of Michigan); Tara Sulur (MS1, University of Michigan Medical School); Rasna Neelam (MS1, University of Michigan Medical School); Chrissie Massrey, BA, Boston Medical Center Autism Program intern

Residents: Sarah Frankl, MD (University of Washington); Rebecca Lane, MD (University of Michigan)

Fellows (mentoring): Kimberley Levitt, MD (DBP, University of Michigan); Nicole Hamp, MD (DBP, University of Michigan); Chioma Torres, MD (DBP, University of Michigan); Tiffany Munzer, MD (DBP, University of Michigan); Danielle Erkoboni, MD (General Academic Pediatrics, University of Pennsylvania).

Fellows (clinical teaching): Jayna Schumacher, MD; Fadiyla Dopwell, MD; Micaela Jett, MD; Jacquelyn Branch, MD; Megan Pesch, MD; Tiffany Munzer, MD; Megan Quist, MD; Kimberly Levitt, MD; Chioma Torres, MD; Krystal Chan-Zlatopolsky, MD; Megan Burke, MD; Julie Ziatuna, MD.

Doctoral Students: Kaiwen Sun, UM School of Information; Chuan-Che Huang, UM School of Information; Kari Sherwood, UM School of Social Work

Lectures

| 04/2012 | Pediatric Grand Rounds (PAS Practice Talks), Boston Medical Center: "Unsoothable infant crying and risk of maternal depression." |
| 11/2012 | Pediatric Case of the Week, Boston Medical Center: "We don't want meds: Nonpharmacologic approaches to ADHD management." |
| 04/2013 | Pediatric Grand Rounds (PAS Practice Talks), Boston Medical Center: "Behavioral antecedents of early media exposure." |
| 03/2014 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics, Boston MA. "Smartphone: Friend or Foe?" |
| 04/2014 | Pediatric Grand Rounds (PAS Practice Talks), Boston Medical Center. "Patterns of Mobile Device Use by Caregivers of Young Children During Fast |

| | Food Meals"/"Are Children with Self-Regulation Problems Differentially Susceptible to Early Parenting?" |
|---|---|
| 03/2015 | Steven J. Parker Memorial CME Course in Developmental Behavioral Pediatrics, Boston MA. "Colic, Tantrums, and Sleep: Self-regulation Problems in Early Childhood" |
| 05/2015 | 2015 Pediatric Academic Societies State-of-the-Art Plenary: "Parent media use and parent-child interaction." |
| 05/2015 | New England School Nurse Association Annual Continuing Education Conference, Portsmouth, NH. "Digital Technology Use and Child Development." |
| 07/2015 | Pediatric Grand Rounds, University of Michigan. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 09/2015 | Pediatric Grand Rounds, Boston University School of Medicine. "Mobile Media Use, Parent-Child Interaction, and Child Social-emotional Development." |
| 10/2015 | American Academy of Pediatrics 2015 National Conference and Exhibition, Washington D.C. "Multitasking: From toddlers to parents." |
| 2014-2015 | Fellow Support Rounds (monthly), Boston Medical Center Division of Developmental Behavioral Pediatrics |
| 2014-2015 | Media and Early Childhood Development lecture, pediatric interns, Boston Combined Residency Program |
| 12/2015 | Harvard Combined Neonatology Fellowship Research Lecture Series. "Mobile Media Use, Parent-Child Interaction, and Child Development." |
| 03/2016 | University of Michigan Social Media Lab. "Mobile Media Use, Parent-Child Interaction, and Child Development." |
| 04/2016 | Michigan Head Start Medical Advisory Committee. "Mobile Media Use and Child Social-Emotional Development." |
| 04/2016 | 2016 Pediatric Academic Societies Topic Symposium: "Digital Technology and the Word Gap: Barrier or Opportunity?" |
| 09/2016 | Michigan Chapter, American Academy of Pediatrics 2016 Annual Conference. "The ABCs of IEPs." |
| 11/2016 | Saint Joseph's Hospital Pediatric Grand Rounds. "Digital Technology and the Word Gap: Barrier or Opportunity?" |
| 12/2016 | Michigan Interactive and Social Computing Consortium. "Early Childhood Media Use." |
| 03/2017 | University of Michigan Autism Spectrum Disorder CME. "After ASD Diagnosis: IEPs, Non-ABA Treatment Options, and Parent Support" |
| 04/2017 | HighScope International Conference. "Family Technology Use: How to Implement Evidence-based Family-Centered Practices" |
| 05/2017 | 2017 Pediatric Academic Societies Plenary Lecture. "Digital Media Use and Cognitive Self-Regulation." |
| 05/2017 | 2017 Pediatric Academic Societies, Developmental Behavioral Pediatrics Special Interest Group. "Digital Media and Child Development: Policy Perspectives." |

| | |
|---|---|
| 05/2017 | Akron Children's Hospital, Keynote Lectures. "Digital Media and Literacy/Social-Emotional Development." And "The Developmental Behavioral Basis of the AAP Media Guidelines." |
| 05/2017 | Denver Children's Hospital, lunch conference. "Digital Media and Child Development: Policy Perspectives." |
| 05/2017 | Reach Out and Read National Leadership Conference. "Digital Media and Parent-Child Interaction." |
| 06/2017 | Saint Joseph's Hospital Pediatric Grand Rounds. "The ABCs of IEPs." |
| 07/2017 | University of Michigan Department of Pediatrics Grand Rounds. "Digital Media and Early Childhood: Update on the New AAP Guidelines." |
| 08/2017 | Washtenaw Intermediate School District Early Childhood Conference. "Digital Media and Early Childhood: The New AAP Guidelines and Early Childhood Education." |
| 09/2017 | University of Michigan CHEAR (Child Health Evaluation and Research) Unit conference. "Using apps to measure parent and child mobile device use: Opportunities and Limitations." |
| 10/2017 | University of Michigan Child Psychology Trainee Lunch Series. "Digital Media and Early Childhood." |
| 10/2017 | Society for Developmental Behavioral Pediatrics, Annual Conference, Cleveland, OH. "Autism Spectrum Disorder and Digital Media." |
| 11/2017 | Obesity Week, Washington D.C. "Using technology to measure technology." |
| 1/2018 | National Institute of Child Health and Human Development (NICHD) *Media Exposure and Early Childhood Development* scientific workshop: "A Pediatric Perspective on the Impact of Early Media Exposure." |
| 2/2018 | Common Sense Media *Truth Be Told: Kids and Media* conference, Washington DC. Children and technology panel discussion. |
| 2/2018 | IoT of Toys - Developing a US-EU Public Interest Strategy, Washington DC: "What do children understand about IoT, and how are they vulnerable?" |
| 3/2018 | Michigan Head Start Association annual meeting, Ann Arbor, MI: "Preschoolers and Touchscreens." |
| 4/2018 | Georgetown University Developmental Science Colloquia, Washington DC: "Digital Media and Parent-Child Interaction." |
| 4/2018 | Children's Screen Time Action Network, Boston, MA: "Commercialism is the Missing Link." |
| 4/2018 | Denver Health Pediatric Grand Rounds, Denver CO |
| 4/2018 | Denver Health Early Childhood Lectureship, Denver CO: "Empowering Parents in the Digital Age: Supporting Parent-Child Interactions." |
| 5/2018 | Pediatric Academic Societies, Invited Science Chair, Toronto, Canada: "Digital Media and Vulnerable Populations." |
| 5/2018 | World Association of Infant Mental Health, Invited Plenary Speaker, Rome, Italy: "Digital Media and the Dyad" |
| 6/2018 | UCSF Division of General Pediatrics lunch conference, San Francisco, CA |
| 6/2018 | UCSF Pediatric Grand Rounds, San Francisco, CA: "Digital Media and Parent-Child Interaction." |

| | |
|---|---|
| 8/2018 | Digitaler Alltag mit Kindren (*Digital Everyday Life with Children*) conference, Universitats-Kinderspital, Zurich, Switzerland: "Parent Technology Use and Parent-Child Interaction." |
| 10/2018 | Public Health Ontario Grand Rounds (webinar): "Parent Technology Use and Parent-Child Interaction." |
| 10/2018 | MDHHS Autism Training Program (webinar): "The ASD Team: Perspective from a Developmental Behavioral Pediatrician" |
| 11/2018 | American Academy of Pediatrics National Conference and Exhibition: "Digital Media and Early Childhood:  The Good, The Bad, and the Unknown." Orlando, Florida. |
| 11/2018 | Family Online Safety Institute Annual Conference, Washington, D.C. "Hooked on Tech?" panel discussion. |
| 12/2018 | University of Michigan T32 Training Program in Developmental Science: "Digital Media and Early Childhood: Clinical Cases and Evidence Base" |
| 1/2019 | National Leadership Forum, Alliance for Media Literacy in Early Childhood. Erikson Institute, Chicago IL. Panel Discussion: "How Early Childhood Programs Can Support Media Literacy Education" |
| 2/2019 | Hospital for Sick Kids Infant Mental Health Program, Toronto CA. "Digital Media and Parent-Child Interaction" |
| 2/2019 | Discussant, Senate Roundtable regarding the Children and Media Research Advancement Act, with Senators Markey (D-MA) and Blunt (R-MO); United States Senate, Washington DC. |
| 3/2019 | Michigan Head Start Association Annual Conference, Ann Arbor MI: "Apps and Young Brains." |
| 3/2019 | University Center for Child and Family, Ann Arbor, MI – Trainee case conference: "Media and Mental Health." |
| 4/2019 | Pediatrics Academic Societies Annual Conference, Baltimore MD. Topic Symposium "Digital Natives: The Changing Nature of Children's Media Use" |
| 5/2019 | Common Sense Media *Designing for a Digital Future* Conference, Mountain View, CA.  "NSFK: Getting to Quality Content" panel discussion. |
| 8/2019 | Hurley Children's Hospital Grand Rounds "Digital Media and Early Childhood:  The Good, The Bad, and the Unknown." Flint, Michigan |
| 9/2019 | Seminars in Pediatrics Keynotes, Madison WI: "Practical Strategies for Addressing Digital Media in Primary Care" and "Digital Media and Early Childhood Outcomes." |
| 10/2019 | Zero To Three National Conference, Fort Lauderdale, FL.  "Screen Media Best Practices: Integrating Media Guidance into Parent-Child Work" |
| 10/2019 | Federal Trade Commission workshop: The Future of the COPPA Rule. "The Digital Playground: App Design, Data Collection, and Policy Implications." |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition, New Orleans, LA. "Social Media: The Good, Bad, and Unknown" |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition, New Orleans, LA. "Advertising in Apps for Young Children." |
| 10/2019 | American Academy of Pediatrics National Conference and Exhibition, New Orleans, LA. "Gamified Childhood" (Plenary) |

| | |
|---|---|
| 11/2019 | Seton Hall Law School Child Privacy Symposium, Newark, NJ: "Mobile and Interactive Media Use by Children: Design and Policy Implications." |
| 11/2019 | University of Lille, Lille, France. "Digital media and parent-child interaction" |
| 1/2020 | Welsh Lectureship, University of California San Diego Department of Pediatrics. "Early use of old (and new) Media and Children's Cognitive Development." |
| 1/2020 | University of Michigan School of Communication and Media invited lecture. "Naturalistic Methods for Studying Child and Parent Media Use." |
| 1/2020 | Osher Lifelong Learning Institute, Ann Arbor MI. "Digital Media and Parent-Child Interaction." |
| 1/2020 | Michigan Privacy Symposium, University of Michigan School of Information. "Children and Technology." |
| 1/2020 | Center for Human Growth and Development T32 seminar, "Working with the Media" |
| 4/2020 | Connecticut Children's Hospital Pediatrics Grand Rounds: "Digital Media and Parent-Child Interaction." |
| 5/2020 | ZERO TO THREE Board of Directors/Annual Scientific Meeting (virtual): "How Digital Media are Shaping Children's Relationships with Parents and the World" |
| 5/2020 | Michigan Medicine Department of Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." |
| 5/2020 | U.S. House of Representatives webinar Round Table re: Children and Media Research Advancement Act |
| 6/2020 | Noggin University webinar, "Beyond Screen Time: Thinking in Terms of Children's Digital Environments" |
| 6/2020 | Reach Out and Read COVID-19 webinar, "Advocating for Children's Digital Environments" |
| 7/2020 | New York Academy of Sciences webinar, *Effects of Screen Time on the Developing Brain.* "Thinking Beyond Screen Time: Developmental Processes and Design" |
| 7/2020 | Ascension Hospital Pediatrics Grand Rounds: "Beyond Screen Time: The Importance of Relationships, Design, and Disparities." |
| 9/2020 | *Back2School Facebook Live*, Michigan Medicine C.S. Mott Children's Hospital Livestream to support families during COVID-19 |
| 9/2020 | Michigan Medicine Pediatrics Residency, "Attachment and Parenting in Early Childhood" |
| 10/2020 | American Academy of Pediatrics National Conference an Exhibition, "Digital Health: Helping Families Navigate Digital Media." |
| 10/2020 | MIPJunior (Industry conference) Future Talk: "The Digital Playground: How Design Can Support Social Good." |
| 10/2020 | Ann Arbor Public Schools, Lawton Elementary School Parent-Teacher Organization. "Surviving Remote Learning" |
| 11/2020 | Hong Kong Mental Health Conference, Hong Kong (virtual). "Digital Media, Parent-Child Interaction, and Social-emotional Development." |
| 11/2020 | Children and Screens Webinar, "Advertising and Children." |

| | |
|---|---|
| 1/2021 | New York Zero to Three Annual Conference: Risks and Benefits of Digital Media in Families |
| 3/2021 | Connecticut Children's Hospital COVID-19 update: "Families and Digital Media During COVID-19" |
| 4/2021 | US Play Coalition first annual conference: "The Science Behind Why Pediatricians Prescribe Play." |
| 4/2021 | Children's Hospital of Pennsylvania Pediatrics Grand Rounds: "Health Defaults in Children's Digital Spaces: Relevance for Policy, Research, and Clinical Guidance." |
| 4/2021 | Federal Trade Commission Workshop: Bringing Dark Patterns to Light. "How Dark Patterns Target Kids" |
| 5/2021 | New York University US-Italy Webinar: "Children After the Pandemic" |
| 5/2021 | Scary Mommy Live Work Thrive Webinar Series: "Are the kids alright?" |
| 6/2021 | Interaction Design for Children Annual Conference Keynote: "Moving Beyond 'Screen Time:' Advocating for a Child-Centered Digital Environment. |
| 9/2021 | University of Pittsburgh Department of Pediatrics Grand Rounds: "Children and digital media during COVID-19: How digital environments have supported or undermined child well-being" |
| 9/2021 | Scary Mommy Live Work Thrive Webinar Series: "Ready for School" |
| 9/2021 | Common Sense Media parent education webinar: "Setting goals and achieving balance with tech and family" |
| 10/2021 | Testimony for the United States House of Representatives Subcommittee on Health of the Committee on Energy and Commerce. Hearing entitled, "Enhancing Public Health: Legislation to Protect Children and Families." |
| 10/2021 | Society for Developmental and Behavioral Pediatrics Annual Conference (Austin, TX/Virtual): "Tech and Kids: 5 Things Parents Need to Know about the Digital Environment." |
| 11/2021 | Georgia Chapter of the American Academy of Pediatrics Annual Conference (Atlanta, GA), Keynote Lecture: "Beyond "Screen Time:" Importance of Relationships, Design, and Disparities" |
| 12/2021 | Frontiers in Pediatrics Annual Continuing Medical Education Conference (Charleston, SC), Keynote Lecture: "Digital Health: Helping Families Navigate the Digital Environment" |
| 1/2022 | Rush School of Medicine Department of Pediatrics Grand Rounds (Virtual): "Beyond "Screen Time:" Importance of Relationships, Design, and Disparities" |
| 1/2022 | Michigan Early Childhood Director's Association (virtual training): "Digital Media and Early Childhood Development: The good, the bad, and the unknown" |
| 1/2022 | Scary Mommy Live Work Thrive Webinar Series: "Are they Ready for a Smartphone?" |
| 2/2022 | Panel presentation: "Children's Technology Use During the Pandemic: From Forbidden Fruit to Fast Food?" 17th International Conference on Information Systems (WI22) in Nürnberg, Germany (virtual) |

Jenny Radesky, MD
April 20, 2023

| | |
|---|---|
| 3/2022 | Boston Medical Center/Boston University School of Medicine Department of Pediatrics Grand Rounds: ""Healthy Defaults" in Children's Digital Spaces: Relevance for policy, research, and clinical guidance" |
| 3/2022 | Abu Dhabi Early Childhood Authority Worldwide Early Development (WED) Forum, Roundtable on parent technology use. Abu Dhabi, United Arab Emirates |
| 3/2022 | California Assembly Committee on Privacy and Consumer Protection, Informational Hearing on The California Age Appropriate Design Code. Sacramento, CA. |
| 4/2022 | University of Oklahoma 47th Annual Advances in Pediatrics keynote: "Digital Media and Child Health" (Oklahoma City/Virtual). |
| 5/2022 | Michigan Association for Infant Mental Health Biannual Conference Keynote: "Digital Media and Parent-Child Interaction" (Michigan/Virtual) |
| 5/2022 | Michigan Association for Infant Mental Health Biannual Conference Workshop: "Helping Families Navigate the Digital Environment" (Michigan/Virtual) |
| 9/2022 | Slovenian Pediatric Association Annual Meeting, Keynote lecture: "Navigating the Digital World: Helping families understand when design supports or undermines wellbeing" (Bled, Slovenia; virtual). |
| 10/2022 | Federal Trade Commission workshop (virtual) on Stealth Advertising to Children |
| 12/2022 | Plenary Lecture, Georgetown University REACH Program: "Stretching Beyond your Comfort Zone: How Cross-Disciplinary Work Improves Child Research" (Virtual) |
| 2/2023 | National Academies of Science study on social media and youth mental health, Panel on Advertising (virtual) |
| 2/2023 | Designed with Kids in Mind Coalition meeting, Washington DC: "Strategic Science: Research that informs child technology policy" |
| 3/2023 | Fairfax School Health Advisory Council, Fairfax VA: "Promoting mental wellbeing and healthy relationships with technology" |

## Committee, Organizational, and Volunteer Service

<u>Institutional</u>

| | |
|---|---|
| 2007-2010 | Residency curriculum planning committee, University of Washington/Seattle Children's Hospital, Seattle WA |
| 2008 | Intern selection committee, University of Washington/Seattle Children's Hospital, Seattle WA |
| 2015 | Department of Pediatrics, Chair's Strategic Planning Committee, Boston University School of Medicine, Boston MA |
| 2017 | University of Michigan Pediatrics Residency applicant interviewer |
| 2018 | Zero to Thrive Faculty Selection Committee, University of Michigan Department of Psychiatry |
| 2020-2022 | University of Michigan Medical School Admissions Interviewer |

| 2020-present | Michigan Medicine Department of Pediatrics Research Symposium Planning Committee |
| 2023-present | University of Michigan Medical School Department of Pediatrics Promotions Committee |
| 2023 | University of Michigan Health Equity Research Steering Committee |

Local
| 2016-current | Medical Advisory Committee, Autism Alliance of Michigan |
| 2017 | Eberwhite Elementary School volunteer, Media/Technology Center |
| 2017-current | Board of Directors, Child Care Network of Washtenaw County |
| | 2022: Elected Secretary |
| 2019 | Michigan Department of Health and Human Services Autism Evaluation and Treatment Working Group |
| 2019 | Flint Water Crisis Community Advisory Board |

National
| 2016 | American Academy of Pediatrics National Conference and Exhibition Peds21 Planning Committee, Abstract Chairperson |
| 2017 | American Academy of Pediatrics Council on Communications and Media, Media Visiting Professor Selection Committee |
| 2018 | American Academy of Pediatrics Council on Communications and Media, lead author for upcoming policy statement on digital marketing to children |
| 2018 | NICHD Strategic Planning Committee, Invited Member |
| 2020 | Common Sense Media Early Childhood Initiative Advisory Group |
| 2021-current | Designed with Kids in Mind Steering Committee |

## Bibliography

1. Emily Oken, Yi Ning, Sheryl L. Rifas-Shiman, **Jenny S. Radesky**, Janet W. Rich-Edwards, and Matthew W. Gillman. Associations of physical activity and inactivity before and during pregnancy with glucose tolerance. *Obstetrics and Gynecology* 2006;108(5):1200-7. [I derived the gestational diabetes variable and edited final paper].

2. Kleinman KP, Oken E, **Radesky JS**, Rich-Edwards JW, Peterson KE, Gillman MW. How should gestational weight gain be assessed? A comparison of existing methods and a novel method, area under the weight gain curve. *Int J Epidemiol* 2007 Dec;36(6):1275-82. [I performed background literature review, helped analyze data, and edited final paper].

3. **Jenny S. Radesky**, Emily Oken, Sheryl L. Rifas-Shiman, Ken P. Kleinman, Janet W. Rich-Edwards, Matthew W. Gillman. Diet during early pregnancy and development of gestational diabetes. *Paediatric and Perinatal Epidemiology* 2008 Jan;22(1):47-59.

4. Oken E, **Radesky JS**, Wright RO, Bellinger DC, Amarasiriwardena CJ, Kleinman KP, Hu H, Gillman MW. Maternal fish intake during pregnancy, blood mercury levels, and child cognition at age 3 years in a US cohort. *Am J Epidemiol* 2008 May 15;167(10):1171-81

5. **Radesky JS**, Sugar NF. Case Report: Fracture of the femur in an infant. *British Medical Journal* 2009;338;b1583. (Peer-reviewed case report)

6. **Radesky JS**, Reddy A, Steiner N, Augustyn M.  Challenging case: "When the prescription pad isn't enough": ADHD management 2.0.  *Journal of Developmental Behavioral Pediatrics* 2013;34(2):138-40. (Peer-reviewed case discussion)

7. Johnson L, **Radesky JS**, Zuckerman B.  Cross-cultural parenting: reflections on autonomy and interdependence.  *Pediatrics.* 2013;131(4):631-3. (Peer-reviewed perspective)

8. **Radesky JS**, Zuckerman B, Silverstein M, Rivara FP, Barr M, Taylor JA, Lengua LJ, Barr RG. Inconsolable infant crying and maternal postpartum depressive symptoms. *Pediatrics.* 2013;131(6):e1857-64.

9. **Radesky JS,** Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M. Patterns of mobile device use by caregivers and young children during meals in fast food restaurants. *Pediatrics.* 2014;133(4):e843-9.

10.  **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA. Infant self-regulation and early childhood media exposure. *Pediatrics* 2014;133(5):e1172-8.

11. Kistin CJ, **Radesky JS**, Diaz-Linhart Y, Tompson MC, O'Connor E, Silverstein M. A qualitative study of parenting stress, coping, and discipline approach among low-income traumatized mothers.  *Journal of Developmental Behavioral Pediatrics.* 2014;35(3):189-96.

12. **Radesky JS**, Schumacher J, Zuckerman B.  Mobile and interactive media use by young children: The good, the bad and the unknown. *Pediatrics.* 2015;135(1):1-3. (Peer-reviewed perspective)

13.  **Radesky JS,** Miller AL, Rosenblum KL, Appugliese D, Kaciroti N, Lumeng J.  Maternal mobile device use during a parent-child interaction task. *Academic Pediatrics.* 2015;15(2):238-44.

14.  **Radesky JS**, Peacock-Chambers E, Zuckerman MD, Silverstein M. Toddler social-emotional difficulties and use of mobile technology for calming purposes. *JAMA Pediatrics.* 2016;170(4):397-9.

15. **Radesky JS,** Eisenberg S, Kistin CJ, Gross J, Block G, Zuckerman B, Silverstein M.  Overstimulated consumers or next-generation learners? Parent tensions about child mobile technology use. *The Annals of Family Medicine*. 2016 Nov 1;14(6):503-8.

16. **Radesky JS**, Kistin CJ, Eisenberg S, Gross J, Block G, Zuckerman B, Silverstein M.  Parent perspectives on their mobile technology use: the excitement and exhaustion of parenting while connected. *Journal of Developmental & Behavioral Pediatrics.* 2016 Nov 1;37(9):694-701.

17**. Radesky J**, Christakis D, Hill D, Ameenuddin N, Chassiakos Y, Cross C, Radesky J, Hutchinson J, Boyd R, Mendelson R, Moreno MA. Media and Young Minds. *Pediatrics*. 2016 Nov 1;138(5). (Peer-reviewed policy statement)

18. Chassiakos YL, **Radesky J**, Christakis D, Moreno MA, Cross C. Children and adolescents and digital media. *Pediatrics*. 2016 Nov 1;138(5):e20162593. (Peer-reviewed technical report for policy statement)

19. McDaniel BT, **Radesky JS**. Technoference: Parent distraction with technology and associations with child behavior problems. *Child development*. 2018 Jan;89(1):100-9.

20. Peacock-Chambers E, **Radesky JS,** Parker SE, Zuckerman B, Lumeng JC, Silverstein M. Infant Regulatory Problems and Obesity in Early Childhood. *Academic Pediatrics*. 2017 Jul 31;17(5):523-8.

21. Coyne SM, **Radesky J**, Collier KM, Gentile DA, Linder JR, Nathanson AI, Rasmussen EE, Reich SM, Rogers J. Parenting and digital media. *Pediatrics*. 2017 Nov 1;140(Supplement 2):S112-6.

22. **Radesky JS**, Leung C, Appugliese D, Miller AL, Lumeng JC, Rosenblum KL. Maternal mental representations of the child and mobile phone use during parent-child mealtimes. *Journal of Developmental Behavioral Pediatrics.* 2018 May 1;39(4):310-7.

23. Erkoboni D, **Radesky JS**. The elephant in the exam room: Addressing parent and child mobile device use as a teachable moment. *Journal of Pediatrics.* 2018;5-6. (Peer-reviewed Commentary)

24. Munzer TG, Miller AL, Peterson KE, Brophy-Herb HE, Horodynski MA, Contreras D, Sturza J, Lumeng JC, **Radesky JS**. Media exposure in preschool-aged children is associated with multiple measures of self-regulatory behavior. *Journal of Developmental and Behavioral Pediatric*s, 2018 May 1;39(4):303-9.

25. Hiniker A, Lee B, Kientz JA, **Radesky JS**. Let's play! Digital and analog play patterns between preschoolers and parents. Comparison between tablet and traditional toy play. *CHI* 2018. https://doi.org/10.1145/3173574.3174233

26. McDaniel, BT, **Radesky JS**. Technoference: Longitudinal Associations between Parent Technology Use, Parenting Stress, and Child Behavior Problems. *Pediatric Research*, 2018 Jun 13:1.

27. Cliff DP, Howard SJ, **Radesky JS,** McNeill J, Vella SA. Early childhood media exposure and self-regulation: Bi-directional longitudinal associations. *Academic Pediatrics.* 2018 April.

28. Meyer M, Adkins V, Yuan N, Weeks HM, Chang Y, **Radesky JS.** Advertising in young children's apps: A content analysis. *Journal of Developmental Behavioral Pediatrics.* 2019 Jan 1;40(1):32-9.

29. Domoff SE, **Radesky JS**, Harrison K, Riley H, Lumeng JC, Miller AL.  A Naturalistic Study of Child and Family Screen Media and Mobile Device Use. *Journal of Child and Family Studies.* 2018:1-0.

30. Munzer TG, Miller AL, Weeks HW, **Radesky JS**. Differences in parent-toddler verbal interaction while reading electronic versus print books. *Pediatrics* 2019;143(4):e20182012.

31. Lane R, **Radesky JS**. Digital Media and Autism Spectrum Disorders: Review of Evidence, Theoretical Concerns, and Opportunities for Intervention. *Journal of Developmental Behavioral Pediatrics* 2019;40(5):364-368.

32. Munzer TG, Miller AL, Weeks HW, Kaciroti N, **Radesky JS**. Parent-toddler social reciprocity while reading from tablets and print books. *JAMA Pediatrics* 2019;173(11):1076-1083.

33. Yuan N, Weeks HM, Ball R, Newman MW, Chang YJ, **Radesky JS**.  How much do parents actually use their smartphones? Pilot study comparing self-report to passive sensing. *Pediatric research* 2019;86(4):416-418.

34. Hiniker A, **Radesky JS,** Livingstone S, Blum-Ross A. Moving beyond the great screen time debate in the design of technology for children. 2019 CHI Conference on Human Factors in Computing.

35. McDaniel BT, **Radesky JS.** Longitudinal associations between early childhood externalizing behavior, parenting stress, and child media use. *Cyberpsychology, Behavior, and Social Networking*. 2020 Feb 25.

36. **Radesky JS,** Weeks HM, Ball R, Schaller A, Yeo S, Durnez J, Tamayo-Rios M, Epstein M, Kirkorian H, Coyne S, Barr R. Young children's use of smartphones and tablets. *Pediatrics*. 2020 May 1.

37. **Radesky J,** Chassiakos YL, Ameenuddin N, Navsaria D. Digital Advertising to Children. *Pediatrics*. 2020 Jul 1;146(1). (Peer-reviewed policy statement).

38. Barr R, Kirkorian H, **Radesky J,** Coyne SM, Nichols D, Blanchfield O, Rusnak SN, Stockdale L, Durnez J, Epstein M, Heimann M. Beyond Screen Time: a synergistic approach to a more comprehensive assessment of family media exposure during early childhood. *Frontiers in Psychology*. 2020;11:1283.

39. Zhao F, Egelman S, Weeks HM, Kaciroti N, Miller AL, **Radesky JS**. Data collection practices of mobile applications played by preschool-aged children. *JAMA Pediatrics*, 2020 Sep 8;e203345-.

40. Munzer TG, Miller A, Wang Y, Kaciroti N, **Radesky J.** Tablets, toddlers, and tantrums: The immediate effects of tablet device play, *Acta Paediatrica,* 2020 Jul 31.

41. Kiefner-Burmeister A, Domoff S, **Radesky J**. Feeding in the Digital Age: An Observational Analysis of Mobile Device Use during Family Meals at Fast Food Restaurants in Italy. International Journal of Environmental Research and Public Health. 2020 Jan;17(17):6077.

42. Domoff SE, Borgen AL, **Radesky JS**. Interactional theory of childhood problematic media use. Human Behavior and Emerging Technologies. 2020 Oct;2(4):343-53.(Peer-reviewed conceptual commentary)

43. Meyer M, Zosh JM, McLaren C, Robb M, McCaffery H, Golinkoff R, Hirsh-Pasek K, **Radesky JS**. How educational are 'educational' apps for young children? App store content analysis using the Four Pillars of Learning framework. *Journal of Children and Media.* 2021 Mar 7:1-23.

44. Sun K, Sugatan C, Afnan T, Simon H, Gelman SA, **Radesky J**, Schaub F. "They See You're a Girl if You Pick a Pink Robot with a Skirt": A Qualitative Study of How Children Conceptualize Data Processing and Digital Privacy Risks. In Proceedings of the 2021 CHI Conference on Human Factors in Computing Systems 2021 May 6 (pp. 1-34).

45. Munzer TG, Miller AL, Yeo S, Wang Y, McCaffery H, Kaciroti N, **Radesky J**. Parent Verbalizations and Toddler Responses With Touchscreen Tablet Nursery Rhyme Apps. *Pediatrics*. 2021 Dec 1;148(6).

46. Yeo SL, Schaller A, Robb MB, **Radesky JS**. Frequency and Duration of Advertising on Popular Child-Directed Channels on a Video-Sharing Platform. *JAMA Network Open*. 2021 May 3;4(5):e219890-.

47. Torres C, **Radesky J,** Levitt KJ, McDaniel BT. Is it fair to simply tell parents to use their phones less? A qualitative analysis of parent phone use. *Acta Paediatrica*. 2021 Apr 27.

48. Hiniker, A., Wang, A., Tran, J., Zhang, M., **Radesky, J.,** Sobel, K., and Hong, S. 2021. "Can Conversational Agents Change the Way Children Talk to People?" *Proceedings of the 20th annual ACM conference on interaction design and children (IDC '21)*.

49. **Radesky J,** Hiniker A. From moral panic to systemic change: Making child-centered design the default. *International Journal of Child-Computer Interaction*. 2021 Jul 10:100351. (Peer-reviewed vision article)

50. Sun K, Zou Y, **Radesky J**, Brooks C, Schaub F. Child Safety in the Smart Home: Parents' Perceptions, Needs, and Mitigation Strategies. *Proceedings of the ACM on Human-Computer Interaction.* 2021 Oct 18;5(CSCW2):1-41.

51. DeHudy A, **Radesky J**, Schellpfeffer N, Ambrose M, Hashikawa A. Exploring Camp Policies and Leadership Opinions on Digital Media Use in Camps. *Journal of Youth Development*. 2021 Sep 29;16(4):88-102.

51. Levitt KJ, Munzer T, Torres C, Schaller A, McCaffery H, **Radesky JS.** Remote and Hybrid Schooling During COVID-19: Associations with Child Behavior and Sleep. *Journal of Developmental & Behavioral Pediatrics.* 2022 May 18:10-97.

52. **Radesky JS**, Seyfried JL, Weeks HM, Kaciroti N, Miller AL. Video-Sharing Platform Viewing Among Preschool-Aged Children: Differences by Child Characteristics and Contextual Factors. *Cyberpsychology, Behavior and Social Networking*. 2022 Apr 1;25(4):230-6.

53. Danet M, Miller AL, Weeks HM, Kaciroti N, **Radesky J**. Children aged 3-4 years were more likely to be given mobile devices for calming purposes if they had weaker overall executive functioning. *Acta Paediatrica.* 2022 Mar 2.

54. Munzer T, Torres C, Domoff SE, Levitt KJ, McCaffery H, Schaller A, **Radesky JS**. Child Media Use During COVID-19: Associations with Contextual and Social-Emotional Factors. *Journal of Developmental & Behavioral Pediatrics*. 2022 May 13:10-97.

55. **Radesky J**, Hiniker A, McLaren C, Akgun E, Schaller A, Weeks HM, Campbell S, Gearhardt AN. Prevalence and Characteristics of Manipulative Design in Mobile Applications Used by Children. *JAMA Network Open*. 2022 Jun 1;5(6):e2217641-..

56. **Radesky JS**, Kaciroti N, Weeks HM, Schaller A, Miller AL. Longitudinal Associations Between Use of Mobile Devices for Calming and Emotional Reactivity and Executive Functioning in Children Aged 3 to 5 Years. JAMA pediatrics. 2023 Jan 1;177(1):62-70.

57. Hamp N, DeHaan SL, Cerf CM, **Radesky JS**. Primary Care Pediatricians' Perspectives on Autism Care. Pediatrics. 2023 Jan 1;151(1).


Non Peer-Reviewed Publications
1. **Radesky JS.** The social-ecological context of media use and school success. *J Pediatr (Rio J).* 2015;91(4):318-9. (Commentary)

2.  Silverstein M, **Radesky JS**. Embrace the Complexity:  The U.S. Preventive Services Task Force recommendation on screening for autism spectrum disorder. *JAMA*. 2016;315(7):661-2. (Editorial).

3. **Radesky JS.** Policy addresses how to help parents manage young children's media use. *AAP News,* October 21, 2016.

4. **Radesky JS**, Carta J, Bair-Merritt M. The 30 Million–Word Gap: Relevance for Pediatrics. *JAMA pediatrics.* 2016 Sep 1;170(9):825-6. (Commentary)

5. **Radesky JS**, Christakis DA. Increased screen time: implications for early childhood development and behavior. *Pediatric Clinics of North America*. 2016 Oct 31;63(5):827-39. (Review article)

6. **Radesky JS.** Should we give different media guidance for young children with ADHD, autism? *AAP News.* October 10, 2017.

7. Herzig L, de Lacy N, Capone G, **Radesky J**. Intellectual Disability and Psychotropic Medications. *Journal of Developmental & Behavioral Pediatrics.* 2018 Sep 1;39(7):591-3.

8. **Radesky JS.** Digital media and symptoms of attention-deficit/hyperactivity disorder in adolescents. *JAMA.* 2018 Jul 17;320(3):237-9. (Editorial).

9. **Radesky J**, Moreno MA. How to Consider Screen Time Limits… for Parents. *JAMA Pediatrics.* 2018 Aug 27.

10. **Radesky JS.** Beyond screen time: Encourage families to think critically about media. *AAP News.* April 24, 2019.

11. Fogler J, Kuhn J, Prock L, **Radesky J**, Gonzalez-Heydrich J. Diagnostic Uncertainty in a Complex Young Man: Autism Versus Psychosis. *Journal of Developmental & Behavioral Pediatrics.* 2019 Jan 1;40(1):72-4.

12. Quist M, Chopp D, Wilson CM, **Radesky J**. Ineffective Homeschooling in a Child with a Learning Disability. Journal of developmental and behavioral pediatrics: *Journal of Developmental & Behavioral Pediatrics.* 2019 Jan.

13. **Radesky JS.** Click here: AAP offers guidance to combat digital advertising to children. *AAP News.* June 22, 2020.

14. **Radesky JS**, Schaller A, Yeo SL, Weeks HM, & Robb MB. (2020). Young kids and YouTube: How ads, toys, and games dominate viewing, 2020. San Francisco, CA: *Common Sense Media.* Published online November 17, 2020.

15. **Radesky JS.** Advocating for a Child-Centered Digital Environment. *ZERO TO THREE JOURNAL.* December 2020, 41(2):5-12.

16. **Radesky JS.** Smartphones and Children: Relationships, Regulation, and Reasoning. *Cyberpsychology, Behavior, and Social Networking* 2020: 361-2.

17. **Radesky JS.** Young children's online-offline balance. *Acta Paediatrica.* In press.

18. **Radesky JS.** Establishing Early Literacy Habits in a Profit-Driven Digital World. Pediatrics. 2021 Jun 1;147(6).

19. Rollins, D., Bridgewater, E., Munzer, T., Weeks, H. M., Schaller, A., Yancich, M., Gipson, W., Drogos, K., Robb, M. B., & **Radesky, J.S.** (2022). Who is the "you" in YouTube? Missed opportunities in race and representation in children's YouTube videos, 2022. San Francisco, CA: Common Sense.

Books
1. Editor, *Encounters with Children, 5th edition.* Mosby (publication date planned 2024).

Book Chapters
1. **Radesky JS**, Zuckerman B. Preventing Early Infant Sleep and Crying Problems and Postnatal Depression [commentary].  *2015 Year Book of Pediatrics.*  Cabana MD, Ed. (Elsevier, Philadelphia, PA).

2. **Radesky JS,** Zuckerman B. Learning from apps in the home: Parents and play.  In *Apps, Technology, and Younger Learners: International evidence for teaching.* Kucirkova N and Falloon G, Eds. (2017; Routledge: Oxford UK).

3. **Radesky J,** Kucirkova N. Digital media and young children's learning: How early is too early and why? Review of research on 0–2-year-olds. In *Education and New Technologies* 2017 Dec 13 (pp. 15-32). Routledge.

4. **Radesky JS**, Domoff S. Mobile Media and Parenting. *The International Encyclopedia of Media Literacy.* In press.

5. **Radesky JS.** Digital Media. *Zuckerman Parker Handbook of Developmental Behavioral Pediatrics.* In press.

6. **Radesky JS**. Mobile Media and Parent-Child Interaction. Donohue, C. (Ed.). (2019). *Exploring key issues in early childhood and technology: Evolving perspectives and innovative approaches.* New York: Routledge.

Abstracts
1. **Jenny S. Radesky**, Barry Zuckerman, Michael Silverstein, Frederick P. Rivara, Marilyn Barr, James Taylor, Liliana J. Lengua, Ronald G. Barr. *Unsoothable infant crying and maternal postpartum depression.*  Platform presentation, Pediatric Academic Societies Annual Meeting, 2012.

2. **Radesky JS**, Silverstein M, Zuckerman B, Christakis DA. *Behavioral antecedents of early media exposure.* Platform presentation at the AAP Presidential Plenary Session, Pediatric Academic Societies Annual Meeting, 2013.

3. **Radesky JS,** Zuckerman B, Silverstein M. *Are infants with self-regulation problems differentially susceptible to early parenting?* Platform presentation, Pediatric Academic Societies Annual Meeting, 2014.

4. **Radesky JS**, Miller AL, Rosenblum KL, Chen Y, Kaciroti N, Lumeng J. *Maternal mobile device use during a parent-child interaction task.* Platform presentation, Pediatric Academic Societies Annual Meeting, 2014.

5. **Radesky JS,** Kistin CJ, Zuckerman B, Nitzberg K, Gross J, Kaplan-Sanoff M, Augustyn M, Silverstein M. *Patterns of mobile device use by caregivers and young children during fast food meals.* Platform presentation, Pediatric Academic Societies Annual Meeting, 2014.

6. **Radesky JS,** Eisenberg S, Kistin C, Zuckerman B, Silverstein M. *Parent views regarding mobile device use by young children: Implications for anticipatory guidance.* Poster symposium, Pediatric Academic Societies Annual Meeting, 2015.

7. **Radesky JS,** Domoff S, Sturza J, Lumeng J, Miller A. *Modifiers of parent-child interaction during digital media use.* Platform presentation, Pediatric Academic Societies Annual Meeting, 2016.

8. McDaniel B, **Radesky JS**. *Technology interference in parent-child activities: Bidirectional associations with internalizing and externalizing child behavior.* Society for Research in Child Development Special Topics Meeting, Irvine CA 2016.

9. Munzer T, **Radesky JS**. *Preschooler screen media use is associated with multiple measures of self-regulation.* Poster Presentation, Pediatric Academic Societies, San Francisco CA, 2017.

10. **Radesky JS,** Weeks H, Yuan N, Ho T, Chung S, Newman M. *How do parents of young children use their smartphones? Implications for parent-child interaction.* Platform presentation, American Psychological Association Mind, Tech, & Society Conference, Washington DC, 2018.

11. DeHudy A, **Radesky J,** Hashikawa AN, Ambrose M. *Unplugging and Learning: Benefits and Drawbacks of Digital Media Use While at Summer Camp.* Poster Presentation, Pediatric Academic Societies, Toronto Canada 2018.

12. Tiffany Munzer, Alison Miller, Heidi Weeks, Niko Kaciroti, Julie Lumeng, **Jenny Radesky.** *Parent-toddler reading engagement differs when reading electronic versus print books.* Platform Presentation, Pediatric Academic Societies, Toronto Canada 2018.

13. Erkoboni D, Caputo C, **Radesky J.** *Defining Clinician-Librarian Partnerships to Promote Constructive Digital Media Use for At-risk Youth.* Poster Presentation, Pediatric Academic Societies, Toronto Canada 2018.

14. Meyer M, Adkins V, Yuan N, Chang S, **Radesky J.** *Advertising in young children's apps: A content analysis.* Poster Presentation, Pediatric Academic Societies, Toronto Canada 2018.

15. Munzer TG, Miller AL, Weeks HW, **Radesky JS**. *Predictors of positive parent-child interactions around digital media.* Paper symposium, Society for Research in Child Development, Baltimore MD 2019.

16. McDaniel B, **Radesky JS**. *The Distracted Family: Associations between Parent Distraction with Technology, Parenting, and Child Distraction with Technology.* Paper symposium, Society for Research in Child Development, Baltimore MD 2019.

17. **Radesky JS,** McDaniel B. *Longitudinal associations between early childhood externalizing behavior, parenting stress, and media use.* Paper symposium, Society for Research in Child Development, Baltimore MD 2019.

18. Meyer M, McLaren C, **Radesky J.** *Educational quality of children's apps: A content analysis.* Platform presentation, Pediatric Academic Societies, Baltimore MD 2019.

## Research Dissemination and Selected National Media Coverage:

Parent Support During COVID-19:
In response to increased family stress due to school closures and social distancing, I organized and moderated an 8-part web series featuring Michigan Medicine experts in mental health, psychology, adolescent health, chronic illness, racial injustice, trauma and coping, and developmental disabilities. The web series, *Thrive with Your Family,* was coordinated through C.S. Mott Children's Hospital and the Department of Psychiatry. In addition to answering parents' submitted questions, we discussed strategies for managing child behavior, sleep, medical care, screen time, and parent stress; we also provided tangible resources with every episode: https://www.mottchildren.org/thrive-with-your-family

Parent-focused Research Dissemination:
In 2018-2019, I wrote a bimonthly article on the PBS Parents website 'Expert Tips & Advice' section about parenting and technology:
http://www.pbs.org/parents/expert-tips-advice/2019/01/tips-for-using-virtual-assistants-with-kids/
http://www.pbs.org/parents/expert-tips-advice/2018/05/how-do-our-phones-affect-our-parenting/
http://www.pbs.org/parents/expert-tips-advice/2018/10/happy-halloween-6-tips-to-prep-kids-for-trick-or-treating/
http://www.pbs.org/parents/expert-tips-advice/2018/09/how-smart-media-can-help-kids-and-parents/
http://www.pbs.org/parents/expert-tips-advice/2018/11/advertising-in-kids-apps-what-should-parents-do/

In 2020-2021, I have written a biweekly blog for the *Melissa & Doug* website's "Stuck Inside Guide" to help parents and children cope emotionally with pandemic-related school closures, stress, and social distancing. Examples posts include:
https://www.melissaanddoug.com/blogpost/?postId=introducing-a-new-series-on-families-and-tech-during-covid-19
https://www.melissaanddoug.com/blogpost/?postId=coping-with-uncertainty-about-school
https://www.melissaanddoug.com/blogpost/?postId=building-empathy-through-play
https://www.melissaanddoug.com/blogpost/?postId=helping-children-with-special-needs-during-school-closures
https://www.melissaanddoug.com/blogpost/?postId=seeing-more-defiance-play-can-help

In 2021, I have also written several parent-directed articles for CNN about parenting, technology design, and policy needs:
https://www.cnn.com/2021/03/22/health/pandemic-kids-screen-time-wellness/index.html
https://www.cnn.com/2021/05/18/health/kids-digital-advertising-wellness/index.html

Selected Press Coverage of my Research:
1. National Public Radio Morning Edition: *For the children's sake, put down that smartphone.* http://www.npr.org/blogs/health/2014/04/21/304196338/for-the-childrens-sake-put-down-that-smartphone

2. The New York Times: *Parents, wired to distraction*
http://well.blogs.nytimes.com/2014/03/10/parents-wired-to-distraction/

3. TIME Magazine: *Stop worrying about your kids' screen time*
http://time.com/89830/parents-phones-kids/

4. CBS News: *Parents absorbed in smartphones scold kids more harshly in study*
http://www.cbsnews.com/news/parents-absorbed-in-smartphones-scold-kids-more-harshly-in-study/

5. Boston Globe: *Parents' absorption in mobile devices can take a toll on kids.*
http://www.bostonglobe.com/lifestyle/2015/03/29/parents-absorption-mobile-devices-can-take-toll-kids/aNZpWKGlbVNBgRd96GmngO/story.html#

6. TODAY Show: *How cell phones are affecting families – and what to do about it.*
http://www.today.com/parents/how-cell-phones-are-affecting-families-what-do-about-it-t37111

7. TIME Magazine: *Help! My Parents Are Millenials! (Cover Story)*
*http://time.com/help-my-parents-are-millennials-cover-story/*

8. The New York Times: *The guilty secret of distracted parenting.*
https://www.nytimes.com/2017/03/20/well/family/the-guilty-secret-of-distracted-parenting.html

9. CBS This Morning: *95 percent of most downloaded apps for young kids target them with ads, study finds.* https://www.cbsnews.com/news/ads-targeting-children-game-educational-apps/

10. National Public Radio nprEd: *Parenting in the Age of Screens: Here's What the Experts Do.*
https://www.npr.org/sections/ed/2018/07/12/625399353/parenting-in-the-age-of-screens-heres-what-the-experts-do

Jenny Radesky, MD
April 20, 2023