Alan Butler (SBN 281291)
butler@epic.org
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.483.1140

Meetali Jain (SBN 214237)
meetali@reset.tech
RESET TECH
1200 17th St NW, Suite 501
Washington, DC 20036

*Attorneys for Proposed Amicus Curiae Electronic Privacy Information Center, Reset Tech, Frances Haugen, and Former Government Officials*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, d/b/a NetChoice,<br><br>         Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>         Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER, RESET TECH, FRANCES HAUGEN, AND FORMER GOVERNMENT OFFICIALS FOR LEAVE TO SUBMIT BRIEF AS AMICI IN SUPPORT OF DEFENDANT**<br><br>Hearing Date: July 27, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Beth Labson Freeman<br>Court: Courtroom 1, 5th Floor<br><br>Action Filed: December 14, 2022 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT the Electronic Privacy Information Center ("EPIC"), Reset Tech, Frances Haugen, and Former Government Officials respectfully move for leave to file a brief as *amici curiae* in support of Defendant's Opposition to Plaintiff's Motion for Preliminary Injunction. The proposed *amicus curiae* brief is attached to this application as Exhibit A. All parties consent to the filing of this brief.

**STATEMENT OF INTEREST**

EPIC is a nonpartisan, nonprofit organization established in 1994 to protect privacy, freedom of expression, and democratic values in the information age. EPIC's mission is to secure the fundamental right to privacy in the digital age for all people through advocacy, research, and litigation.

Reset Tech aims to reset the connection between media and democracy by countering the threats posed by digital media monopolies. Reset develops and promotes new ideas to change policy, engages with governments, supports public campaigns, and funds research to promote change and offer solutions.

EPIC and Reset are joined on this brief by Frances Haugen, Facebook whistleblower and tech expert, as well as a bipartisan group of former elected and appointed officials at both federal and state level, including several from the State of California, united by a commitment to find workable legislative solutions to the digital harms faced by children and young people today. This bipartisan group of amici includes:

Hannah-Beth Jackson (CA)
- Former California State Senator and Chair of Senate Judiciary Committee.

Jordan Cunningham (CA)
- Former California Assembly member and joint-author of California Age Appropriate Design Code Act.

William "Bill" Monning (CA)
- Former California State Senator.

Bob Wieckowski (CA)
- Former California State Senator and Assembly Judiciary Committee chair and member.

Dick Gephardt (US)
- Former US Representative for Missouri.

Kerry Healey (MA)
- Former Lieutenant Governor of the Commonwealth of Massachusetts.

Steve Israel (US)
- Former US Representative from New York and the Director of the nonpartisan Institute of Politics and Global Affairs at Cornell University.

Cheri Bustos (US)
- Former US Representative from Illinois.

Dan Glickman (US)
- Former US Secretary of Agriculture, former US Representative from Kansas, and former director of the Institute of Politics at Harvard University's John F. Kennedy School of Government.

Chris Shays (US)
- Former US Representative from Connecticut.

Linda Douglass (US)
- Former Head of Communications for Bloomberg, Senior Vice President at Atlantic Media and former Communications Director in the White House's Office of Health Reform.

Admiral Bill Owens
- Former Vice Chairman of the Joint Chiefs of Staff and U.S. Navy Admiral

*Amici* believe the framework offered by the California Age Appropriate Design Code (AADC), specifically addressing the risks to children that arise from the data management practices of online services, including social media, is a sensible and effective means of confronting tech's harmful business model. *Amici* have decades of experience evaluating state and federal legislative proposals and considering the limits imposed on state law by federal preemption and the Constitution, and *amici* believe the AADC's approach to tech regulation is consistent with Section 230 and the First Amendment. Their ultimate interest here is ensuring that the Court's judgment about the AADC is based on a wholistic understanding of how the statute fits into the broader landscape of privacy and technology regulation.

**ARGUMENT**

*Amici*'s proposed brief, attached here as Exhibit A, offers important context as this Court considers Plaintiff's motion for a preliminary injunction. *Amici* address two issues: whether Section 230 preempts the AADC and whether the AADC effects a prior restraint on speech. *Amici* offer a unique perspective on these issues because of their deep expertise with privacy laws both in the United States and abroad.

First, *Amici* argue that Section 230 does not preempt the AACS because the law imposes liability for a platform's own conduct, not for third-party content. *Amici* explain how the conduct regulated by the AADC—use of children's data to design online services—is similar to the conduct courts have increasingly found falls outside Section 230's shield. Second, *Amici* argue that the AADC does not effect an unlawful prior restraint by providing a providing a brief explanation of the relevant framework as well as context on the consensus that broadly applicable privacy regulations do not violate the First Amendment. *Amici* describe how privacy impact assessments are common in regulatory frameworks in the United States and around the world.

This Court has broad power to accept amicus briefs, so long as the brief "is useful or otherwise desirable to the court." *California by and through Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). Courts in this District have long accepted amicus briefs in similar circumstances—that is, where the proposed amici offer "unique information or perspective that can help the court beyond" what the parties provide themselves. *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003) (cleaned up). Where, as here, proposed *Amici* are non-profit organizations with specific expertise in the issues pending before this court, and former government officials—including from the very California state legislature that passed the legislation at issue—they offer unique perspective that should prove useful to the Court. Especially in light of the lack of opposition by either Party, proposed *Amici* respectfully request that the Court grant the application to proceed as *Amici Curiae*.

# CONCLUSION

Accordingly, *Amici* respectfully request that this Court grant leave to file the attached brief.

Dated: April 28, 2023                                    Respectfully submitted,

By: */s/ Alan Butler*

Alan Butler (SBN 281291)
butler@epic.org
ELECTRONIC PRIVACY INFORMATION CENTER
1519 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.483.1140

Meetali Jain (SBN 214237)
meetali@reset.tech
RESET TECH
1200 17th St NW, Suite 501
Washington, DC 20036

*Attorneys for Proposed Amicus Curiae Electronic Privacy Information Center, Reset Tech, Frances Haugen, and Former Government Officials*

# CERTIFICATE OF SERVICE

The undersigned certifies that on April 28, 2023, the **MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER, RESET TECH, FRANCES HAUGEN, AND FORMER GOVERNMENT OFFICIALS FOR LEAVE TO SUBMIT A BRIEF AS AMICI CURIAE IN SUPPORT OF DEFENDANT** and attachments were filed with the Clerk of the U.S. District Court for the Northern District of California using the Court's CM/ECF system.

Dated: April 28, 2023

By: */s/ Alan Butler*

Alan Butler (SBN 2812891)
butler@epic.org
Electronic Privacy Information Center
1519 New Hampshire Avenue NW
Washington, DC 20036
Tel: 202.483.1140

Meetali Jain (SBN 214237)
meetali@reset.tech
RESET TECH
1200 17th St NW, Suite 501
Washington, DC 20036

*Attorneys for Proposed Amicus Curiae Electronic Privacy Information Center, Reset Tech, Frances Haugen, and Former Government Officials*