UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, d/b/a NetChoice,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING MOTION OF ELECTRONIC PRIVACY INFORMATION CENTER, RESET TECH, FRANCES HAUGEN, AND FORMER GOVERNMENT OFFICIALS FOR LEAVE TO FILE BRIEF AS** *AMICI CURIAE*<br><br>Hearing Date: July 27, 2023<br>Time: 1:30 p.m.<br>Judge: Hon. Beth Labson Freeman<br>Court: Courtroom 1, 5th Floor<br><br>Action Filed: December 14, 2022 |

Before the Court is non-party Electronic Privacy Information Center ("EPIC"), Reset Tech, Frances Haugen, and Former Government Officials Motion for Leave to File Brief as *Amici Curiae* ("Motion for Leave") in Support of Defendant. After full consideration of the Motion for Leave, as well as all supporting papers and all documents currently on file with the Court, it is hereby ordered that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that the *amicus curiae* brief attached as Exhibit A to the Motion for Leave is deemed submitted as of the date set forth below.

**IT IS SO ORDERED.**

Dated: _____                                              _____

                                                                                                  Honorable Beth Labson Freeman