LAURA MARQUEZ-GARRETT (SBN 221542)
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
821 Second Avenue, Suite 2100
Seattle, WA 98104
T: (206) 741-4862

*Attorney for Amici Curiae*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>*Defendant*. | Case No. 5:22-cv-08861-BLF<br><br>**UNOPPOSED MOTION OF FAIRPLAY, THE PUBLIC HEALTH ADVOCACY INSTITUTE, AND OTHERS TO FILE AS AMICI CURIAE IN SUPPORT OF DEFENDANT**<br><br>Judge: Honorable Beth Labson Freeman |

**NOTICE OF UNOPPOSED MOTION**

Fairplay, the Public Health Advocacy Institute, and other interested organizations (listed in the appendix to the attached amici curiae brief) move for leave to appear as amici curiae and to file the attached the brief in support of defendant's opposition to Plaintiff NetChoice LLC's motion for preliminary injunction. Both of the parties have consented to this Motion.

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982). "There are no strict prerequisites that must be established prior to qualifying for amicus status; an individual seeking to appear as amicus must merely make a showing that his participation is useful or otherwise desirable to the court." *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019) (Armstrong, J.). Amici "fulfill[] the[ir] classic role" by "assisting in a case of general

public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

   The coalition of organizations that seek to file as amici curiae consists of civil society organizations, including several youth-led organizations, which have long been advocating for sensible legislation to address the issues children and teenagers confront online. The amici would bring a considerable wealth of experience as advocates for the wellbeing of children, for public health, and for tech company accountability. In particular, Amici would illustrate for the Court how much is at stake by pointing to the ongoing and severe youth mental health crisis, to which social media has been a significant contributor. Further, Amici would demonstrate to the Court why California's Age-Appropriate Design Code is not preempted by the Children's Online Privacy Protection Act.

   For all these reasons, the Amici respectfully request that the Court grant this motion and accept the attached amici curiae brief for filing.

April 28, 2023

Respectfully submitted,
COUNSEL FOR AMICI CURIAE,

*/s/ Laura Marquez-Garrett*
Laura Marquez-Garrett (SBN 221542)
laura@socialmediavictims.org
SOCIAL MEDIA VICTIMS LAW CENTER
821 Second Avenue, Suite 2100
Seattle, WA 98104
T: (206) 741-4862