UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETCHOICE, LLC d/b/a NetChoice,

    Plaintiff(s),

v.

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,

    Defendant(s).

Case No. _____

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: _____.

| | |
|---|---|
| The New York Times Company<br>620 Eighth Ave. 13th Floor New York, NY 10018<br>MY ADDRESS OF RECORD | The New York Times Company<br>620 Eighth Ave. 13th Floor New York, NY 10018<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _____ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

                                    APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                           UNITED STATES DISTRICT/MAGISTRATE JUDGE