1
2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4  NETCHOICE, LLC d/b/a NetChoice,    Case No. _____

5       Plaintiff(s),

6     v.                              **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
   ROB BONTA, ATTORNEY GENERAL        (CIVIL LOCAL RULE 11-3)
7  OF THE STATE OF CALIFORNIA, in his
   official capacity,
8
        Defendant(s).
9

10   I, _____, an active member in good standing of the bar of

11   _____, hereby respectfully apply for admission to practice pro hac

12   vice in the Northern District of California representing: _____ in the

13   above-entitled action. My local co-counsel in this case is _____, an

14   attorney who is a member of the bar of this Court in good standing and who maintains an office

15   within the State of California. Local co-counsel's bar number is: _____.

16   The New York Times Company                  The New York Times Company
     620 Eighth Ave. 13th Floor, New York, NY 10018   620 Eighth Ave. 13th Floor, New York, NY 10018
17   MY ADDRESS OF RECORD                        LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18   _____                            _____
19   MY TELEPHONE # OF RECORD                    LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20   _____                            _____
     MY EMAIL ADDRESS OF RECORD                  LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21

22   I am an active member in good standing of a United States Court or of the highest court of

23   another State or the District of Columbia, as indicated above; my bar number is: _____.

24   A true and correct copy of a certificate of good standing or equivalent official document

25   from said bar is attached to this application.

26   I have been granted pro hac vice admission by the Court _____ times in the 12 months

27   preceding this application.

28

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

UNITED STATES DISTRICT/MAGISTRATE JUDGE