# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT



*I, Catherine O'Hagan Wolfe, Clerk of the United States Court of Appeals for the Second Circuit, certify that*

## SAMANTHA CHARIZ HAMILTON

*of New York City, New York, is qualified and was admitted as an Attorney and Counselor of the United States Court of Appeals for the Second Circuit on the 7th day of February, 2023. In testimony whereof, I subscribe my name and affix the seal of the United States Court of Appeals for the Second Circuit on the 7th day of February, 2023.*



*Catherine O'Hagan Wolfe*

Clerk of Court