Tanya Forsheit (State Bar No. 192472)
Dana R. Green (*pro hac vice* pending)
Samantha C. Hamilton (*pro hac vice* pending)
THE NEW YORK TIMES COMPANY
Legal Department
620 Eighth Avenue, 13th Fl.
New York, NY 10018
Phone: (212) 556-4031
Email: tanya.forsheit@nytimes.com
         dana.green@nytimes.com
         samantha.hamilton@nytimes.com

*Attorneys for Amici Curiae*
THE NEW YORK TIMES COMPANY
and STUDENT PRESS LAW CENTER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC d/b/a/ NetChoice,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　　*Defendant*. | Case No. 5:22-cv-08861-BLF<br><br>**MOTION OF THE NEW YORK TIMES COMPANY AND STUDENT PRESS LAW CENTER FOR LEAVE TO FILE AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFF**<br><br>Date: May 15, 2023 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT The New York Times Company ("The Times") and Student Press Law Center ("SPLC") (together, "*amici*"), respectfully move the Court for leave to file a brief as *amici curiae* in support of Plaintiff's Motion for a Preliminary Injunction. Counsel for Plaintiff consents to the filing of this brief. Counsel for Defendant takes no position on the filing of this brief. The proposed *amici curiae* brief is attached to this application as Exhibit A, together with a proposed order granting this motion.

## STATEMENT OF INTEREST

The Times is the publisher of *The New York Times* and the website www.nytimes.com. The Times is dedicated to helping people understand the world through on-the-ground, expert, and deeply reported independent journalism.

The Times is joined on this brief by SPLC, a national, non-profit, non-partisan organization established in 1974 that works to promote, support, and defend the press freedom and freedom of information rights of high school and college journalists.

The Times and SPLC submit this *amici* brief to explain how the California Age-Appropriate Design Code Act ("the Act") unconstitutionally infringes news organizations' and minors' First Amendment Rights.

## ARGUMENT

*Amici*'s proposed brief, attached here as Exhibit A, offers important context about the impact the Act will have on news organizations' and minors' First Amendment activities. Specifically, *amici*'s proposed brief demonstrates how certain provisions of the Act impose unconstitutional, content-based restrictions on both the right to disseminate and the right to receive lawful information.

This Court has broad power to accept *amicus* briefs, so long as the brief "is useful or otherwise desirable to the court." *California by and through Becerra v. U.S. Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019). "There are no strict prerequisites that must be established prior to qualifying for *amicus* status; an individual seeking to appear as *amicus* must merely make a showing that his participation is useful or otherwise desirable to the court." *Id*. "District courts frequently welcome *amicus* briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the *amicus* has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *Sonoma Falls Developers, LLC v. Nev. Gold & Casinos, Inc.*, 272 F. Supp. 2d 919, 925 (N.D. Cal. 2003). *Amici*'s proposed brief fulfills that purpose. In addition, counsel for Plaintiff has consented to the filing of this brief and counsel for Defendant has stated that Defendant takes no position on the filing of this brief.

## CONCLUSION

For the foregoing reasons, *amici* respectfully request that the Court grant leave to file the attached brief.

Dated: May 15, 2023                                Respectfully submitted,

/s/ Dana R. Green
Tanya Forsheit (State Bar No. 192472)
Dana R. Green (*pro hac vice* pending)
Samantha C. Hamilton (*pro hac vice* pending)
THE NEW YORK TIMES COMPANY
Legal Department
620 Eighth Avenue, 13th Fl.
New York, NY 10018
Phone: (212) 556-4031
Email: tanya.forsheit@nytimes.com
           dana.green@nytimes.com
           samantha.hamilton@nytimes.com

*Attorneys for Amici Curiae The New York Times Company and Student Press Law Center*

# CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

Dated: May 15, 2023

*/s/ Dana R. Green*
Dana R. Green

*Attorney for Amici Curiae*
*The New York Times Company and*
*Student Press Law Center*