# EXHIBIT B

Tanya Forsheit (State Bar No. 192472)
Dana R. Green (*pro hac vice* pending)
Samantha C. Hamilton (*pro hac vice* pending)
THE NEW YORK TIMES COMPANY
Legal Department
620 Eighth Avenue, 13th Fl.
New York, NY 10018
Phone: (212) 556-4031
Email: tanya.forsheit@nytimes.com
         dana.green@nytimes.com
         samantha.hamilton@nytimes.com

*Attorneys for Amici Curiae*
THE NEW YORK TIMES COMPANY
and STUDENT PRESS LAW CENTER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a/ NetChoice,<br><br>   Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>   *Defendant*. | Civil Action No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING THE NEW YORK TIMES COMPANY AND STUDENT PRESS LAW CENTER'S MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF**<br><br>The Honorable Beth L. Freeman |

**[PROPOSED] ORDER**

Before the Court is non-party The New York Times Company and Student Press Law Center's (together, "Movants") Motion for Leave to File as *Amici Curiae* ("Motion"). After full consideration of the Motion, as well as all supporting papers and all documents currently on file with the Court, the Court hereby GRANTS the Motion.

IT IS FURTHER ORDERED that Movants' *amici curiae* brief attached as Exhibit A to the Motion is deemed submitted as of the date set forth below.

**SO ORDERED.**

Dated: _____                                    _____
                                                                                  The Honorable Beth L. Freeman