UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETCHOICE, LLC d/b/a NetChoice,

    Plaintiff(s),

v.

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,

    Defendant(s).

Case No. 5:22-cv-08861-BLF

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Samantha C. Hamilton, an active member in good standing of the bar of Second Circuit Court of Appeals, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: The New York Times Company in the above-entitled action. My local co-counsel in this case is Tanya Forsheit, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 192472.

| | |
|---|---|
| The New York Times Company<br>620 Eighth Ave. 13th Floor, New York, NY 10018<br>MY ADDRESS OF RECORD | The New York Times Company<br>620 Eighth Ave. 13th Floor, New York, NY 10018<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 212-556-7684<br>MY TELEPHONE # OF RECORD | 646-394-2942<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| samantha.hamilton@nytimes.com<br>MY EMAIL ADDRESS OF RECORD | tanya.forsheit@nytimes.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 326618.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 15, 2023                                        Samantha C. Hamilton
                                                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Samantha C. Hamilton  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 15, 2023

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT



I, Catherine O'Hagan Wolfe, Clerk of the United States Court of Appeals for the Second Circuit, certify that

## SAMANTHA CHARIZ HAMILTON

of New York City, New York, is qualified and was admitted as an Attorney and Counselor of the United States Court of Appeals for the Second Circuit on the 7th day of February, 2023. In testimony whereof, I subscribe my name and affix the seal of the United States Court of Appeals for the Second Circuit on the 7th day of February, 2023.



*Catherine O'Hagan Wolfe*
_____
Clerk of Court