```
ROBERT CORN-REVERE (District of Columbia Bar No. 375415)*
bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: 215-717-3473
```
*Attorney for Plaintiff*
*\*Admitted Pro Hac Vice*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BONTA, ET AL.,<br><br>　　　　Defendants. | Civil Action No.<br>5:22-cv-08861-BLF<br><br>**NOTICE OF CHANGE OF ADDRESS FOR ATTORNEY ROBERT CORN-REVERE** |

Please take notice that effective immediately, attorney Robert Corn-Revere, counsel for Plaintiff NetChoice, LLC has changed law firms. His new contact information is as follows:

Robert Corn-Revere
FOUNDATION FOR INDIVIDUAL
　RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Tel: (215) 717-3473
Fax: (215) 717-3440
bob.corn-revere@thefire.org


Dated: May 18, 2023

Respectfully Submitted,

/s/ Robert Corn-Revere

ROBERT CORN-REVERE (District of Columbia Bar No. 375415)*
bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, DC 20003
Telephone: (215) 717-3473
*Attorney for Plaintiff*
*\*Admitted Pro Hac Vice*

**CERTIFICATE OF SERVICE**

    I, Robert Corn-Revere, hereby certify that on May 18, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties and parties may access this filing through the Court's electronic filing system.

/s/ Robert Corn-Revere
ROBERT CORN-REVERE