AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**DECLARATION OF ADAM SIEFF IN SUPPORT OF REPLY FOR MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:   Hon. Beth Labson Freeman<br>Date:    July 27, 2023<br>Time:    1:30 PM<br>Dept.:   Courtroom 3 – 5th Floor<br><br>Action Filed:  December 14, 2022 |

SIEFF DECL. ISO REPLY ISO PRELIMINARY INJUNCTION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

I, Adam S. Sieff, declare:

1. I am an attorney at the law firm Davis Wright Tremaine LLP, counsel for Plaintiff NetChoice LLC, d/b/a NetChoice. I make this Declaration from personal knowledge and review of the files and records in this matter.

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Concurrence in Senate Amendments to Assembly Bill No. 2273 (Wicks), as amended Aug. 22, 2022.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of Senate Judiciary Committee Analysis of Assembly Bill No. 2273 (Wicks) (2021-2022 Reg. Sess.), as introduced Apr. 26, 2022.

4. Attached as **Exhibit 3** to this Declaration is a true and correct copy of a May 3, 2022, letter from Rob Bonta, Attorney General of the State of California to the Honorable Buffy Wicks.

5. Attached as **Exhibit 4** to this Declaration is a true and correct copy of a press release from the Office of the Governor of the State of California, *Governor Newsom Statement on Challenge to California's Child Online Privacy Law* (Feb. 21, 2023), https://www.gov.ca.gov/2023/02/21/governor-newsom-statement-on-challenge-to-californias-child-online-privacy-law/.

6. Attached as **Exhibit 5** to this Declaration is a true and correct copy of Am. Psych. Ass'n, *Health Advisory on Social Media Use in Adolescence* (May 2023).

7. Attached as **Exhibit 6** to this Declaration is a true and correct copy of Aaron Haddock, et al., *Positive Effects of Digital Technology Use by Adolescents: A Scoping Review of the Literature*, Int'l J. Env't Rsch. & Pub. Health (Oct. 27, 2022).

8. Attached as **Exhibit 7** to this Declaration is a true and correct copy of Matti Vuorre, et al., *There Is No Evidence That Associations Between Adolescents' Digital Technology Engagements and Mental Health Problems Have Increased*, Ass'n for Psych. Sci. (2021).

1
SIEFF DECL. ISO REPLY ISO PRELIMINARY INJUNCTION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.

4  Executed on May 19, 2023, in Los Angeles, California.

_____
Adam S. Sieff

2
SIEFF DECL. ISO REPLY ISO PRELIMINARY INJUNCTION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899