# EXHIBIT 3



*ROB BONTA*
*Attorney General*

*State of California*
*DEPARTMENT OF JUSTICE*

1300 I STREET, SUITE 125
P.O. BOX 944255
SACRAMENTO, CA 94244-2550

Telephone:  (916) 210-6033
Facsimile:  (916) 322-2630
E-Mail:  Anthony.Lew@doj.ca.gov

May 3, 2022

The Honorable Buffy Wicks
California State Assembly
1021 O Street, Suite 4240
Sacramento, CA 95814

RE:     **AB 2273 (Wicks) California Age-Appropriate Design Code Act- SUPPORT**

Dear Assemblymember Wicks:

The Attorney General is pleased to support your Assembly Bill 2273, the California Age-Appropriate Design Code Act.  Your innovative legislation seeks to enhance online privacy and safety protections for children in a digital world increasingly full of pitfalls—many by design and targeted to adults--that threaten harm to California's youngest residents.

Compelling research published by the 5Rights Foundation, the sponsor of AB 2273, illustrates the way that—apparently by design--children are often exposed to and steered towards troubling and inappropriate content online.  A key finding of their research was that "the design features of the digital world are not accidental, but are deliberately aimed to increase time, spread and activity with insufficient corresponding mitigations to protect children from the impact - even when it involves harmful material or activity. These are not bugs but features of the digital world."[1]

Expert testimony at a March 2022 information hearing held by the Assembly Committee on Privacy and Consumer Protection supported that key finding, but also highlighted, on a more hopeful note, that there are companies currently employing child-centered standards who are developing apps designed with children in mind, in recognition of their special audience.

The California Attorney General's Office recognizes, as does AB 2273, that as children spend more of their time interacting with the digital world, the impact of the design of digital products and services on children's well-being has become a focus of significant concern.  We wholeheartedly agree that more needs to be done to create a safer online space for children to learn, explore, and play.  As you may know, my office announced a nationwide investigation last

---

[1] "Pathways: A summary. Key findings and recommendations from Pathways: How digital design puts children at risk."  5Rights Foundation, Sept. 2021.

The Honorable Buffy Wicks
May 3, 2022
Page 2

fall into whether Meta Platform, Inc., (formerly known as Facebook), provided and promoted its social media platform — Instagram — to children and young adults, despite knowing that such use is associated with increased risks of physical and mental health harm to young people, including depression, eating disorders, and even suicide.

Your bill AB 2273, modeled after the Age Appropriate Design Code recently enacted in the United Kingdom, seeks to elevate child-centered design in online products and services that are likely to be accessed by children.  Among other things, AB 2273 would require businesses to establish the age of children, as specified; require a high level of privacy for children by default; and provide appropriate notice and tools to children and parents to effectuate children's privacy rights.  The bill would also restrict the use of precise geolocation data, sensitive personal information, and prohibit the use of dark patterns that would encourage children to give up data or engage in harmful conduct.  Finally, this bill mandates that the California Privacy Protection Agency (CPPA) establish and convene a Taskforce to evaluate best practices for the implementation of these provisions, and to provide support to businesses, as specified.

Attorney General Bonta reaffirms the need for substantive, enforceable laws in California that protect not only the privacy rights of children, but that address real, demonstrated harms to children associated with the addictive use of social media and dangerous online content.  The Attorney General is pleased to support AB 2273, and thanks you for your leadership on this important issue affecting millions of California children.

Sincerely,

ANTHONY LEW
Deputy Attorney General
Office of Legislative Affairs

For     ROB BONTA
        Attorney General