# EXHIBIT 4

# Governor Newsom Statement on Challenge to California's Child Online Privacy Law

Published: Feb 21, 2023

SACRAMENTO - Governor Gavin Newsom issued the below statement today in response to a recent filing in the tech industry-led lawsuit seeking to block the California Age-Appropriate Design Code Act, a [first-in-the-nation measure](#) to protect the well-being, data and privacy of children using online platforms:

"As a father of four children, and the Governor of the nation's most populous state, I am passionate about our state's efforts to lead this fight for children's online privacy. No other state is doing more than California to protect kids - shielding them from harmful data mining, violent content, and automatic GPS tracking that allows adults to track down kids. I was proud to sign the bill last year to put California kids first, and I'm ready to vigorously defend it now."

###