**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROB BONTA,<br><br>　　　　Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER GRANTING MOTIONS FOR LEAVE TO FILE AMICUS CURIAE BRIEFS**<br><br>[Re: ECF 33, 34, 42, 45, 52, 53, 56] |

The Court received seven motions for leave to file amicus curiae briefs in connection with Plaintiff's motion for preliminary injunction. The motions and proposed briefs were filed by: Chamber of Commerce of the United States of America (ECF 33); Professor Eric Goldman (ECF 34); Chamber of Progress, IP Justice, and LGBT Tech Institute (ECF 42); Computer & Communications Industry Association (ECF 45); Electronic Privacy Information Center, Reset Tech, Frances Haugen, and Former Government Officials (ECF 52); Fairplay and Public Health Advocacy Institute (ECF 53); and The New York Times Company and Student Press Law Center (ECF 56).

"The district court has broad discretion to appoint amici curiae," and a decision to appoint amici may be reversed only for abuse of discretion. *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "There are no strict prerequisites to qualify as amici." *Sec. & Exch. Comm'n v. Bittrex Inc.*, No. 2:23-CV-00580-RSM, 2023 WL 4866373, at *1 (W.D. Wash. July 31, 2023). Amici need show only that

their participation is useful to the court.  *See id.*  The "classic role" of amici curiae encompasses "assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration."  *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

As stated on the record during the hearing on Plaintiff's motion for preliminary injunction, the Court appreciates the excellent work of all the amici who filed briefs.  Those briefs rounded out the arguments presented by the parties and were useful to the Court in considering the important issues raised in this case.  Accordingly, in the exercise of the Court's discretion, the seven motions for leave to file amicus curiae briefs are GRANTED.

**ORDER**

(1)  The motions for leave to file amicus curiae briefs are GRANTED; and

(2)  This order terminates ECF 33, 34, 42, 45, 52, 53, and 56.

Dated:  September 18, 2023

_____
BETH LABSON FREEMAN
United States District Judge

2