ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
ELIZABETH K. WATSON
Deputy Attorney General
State Bar No. 295221
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 510-3847
  E-mail:  Elizabeth.Watson@doj.ca.gov
*Attorneys for Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE, LLC,** DBA **NETCHOICE,**<br><br>                         Plaintiff,<br><br>v.<br><br>**ROB BONTA, ATTORNEY GENERAL,** IN HIS OFFICIAL CAPACITY,<br><br>                         Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:  Hon. Beth Labson Freeman<br>Courtroom:  1<br>Action Filed:  December 14, 2022 |

1   **PLEASE TAKE NOTICE** that Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Plaintiff's Motion for Preliminary Injunction, issued on September 18, 2023 (Dkt. 74).

Dated:  October 18, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Elizabeth K. Watson*
ELIZABETH K. WATSON
Deputy Attorney General
*Attorneys for Attorney General Rob Bonta*

SA2022305631

# CERTIFICATE OF SERVICE

Case Name:  *NetChoice, LLC v. Rob Bonta*       Case No.  **5:22-cv-08861-BLF**

I hereby certify that on October 18, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF PRELIMINARY INJUNCTION APPEAL with Attachment**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 18, 2023, at San Francisco, California.

G. Pang
Declarant

Signature

SA2022305631/43923819.docx