# ATTACHMENT

**TO NOTICE OF PRELIMINARY INJUNCTION APPEAL**

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**NETCHOICE, LLC,**

Plaintiff,

v.

**ROB BONTA,**

Defendant.

On Appeal from the United States District
Court for the Northern District of California

No. 5:22-cv-08861-BLF
The Honorable Beth Labson Freeman, Judge

**REPRESENTATION STATEMENT**

>  ROB BONTA
>  Attorney General of California
>  THOMAS S. PATTERSON
>  Senior Assistant Attorney General
>  ANYA M. BINSACCA
>  Supervising Deputy Attorney General
>  ELIZABETH WATSON
>  Deputy Attorney General
>  State Bar No. 295221
>    455 Golden Gate Avenue, Suite 11000
>    San Francisco, CA  94102-7004
>    Telephone: (415) 510-3847
>    Email:  Elizabeth.Watson@doj.ca.gov
>  *Attorneys for the Attorney General Rob Bonta*

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2(b), Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California, hereby submits this Representation Statement identifying all parties to the action along with the following names, email addresses, office addresses, and telephone numbers of their respective counsel:

Counsel for Defendant-Appellant Rob Bonta, in his official capacity as Attorney General of the State of California:

> Anya Binsacca (Anya.Binsacca@doj.ca.gov)
> Nicole Kau (Nicole.Kau@doj.ca.gov)
> Elizabeth Watson (Elizabeth.Watson@doj.ca.gov)
> Office of the California Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:  (415) 510-3847

Counsel for Plaintiffs-Appellees NETCHOICE, LLC, d/b/a NetChoice:

> Ambika Kumar (ambikakumar@dwt.com)
> Adam S. Sieff (adamsieff@dwt.com)
> David M. Gosett (davidgossett@dwt.com)
> Meenakshi Krishnan (Meenakshikrishnan@dwt.com)
> Robert Corn-Revere (Bob.Corn-Revere@thefire.org)
> NETCHOICE, LLC, d/b/a NetChoice
> 920 Fifth Ave., Suite 3300
> Seattle, Washington, 98104
> Telephone: 206-757-8030

Dated: October 18, 2023  Respectfully submitted,

ROB BONTA
Attorney General of California
THOMAS S. PATTERSON
Senior Assistant Attorney General
ANYA M. BINSACCA
Supervising Deputy Attorney General


*/s/ Elizabeth K. Watson*
ELIZABETH WATSON
Deputy Attorney General
*Attorneys for Attorney General Rob Bonta*

SA2022305631

2