# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC, | Case No. 22-cv-08861-BLF |
| Plaintiff, | |
| v. | **ORDER RESETTING INITIAL CASE MANAGEMENT CONFERENCE FROM DECEMBER 7, 2023 TO DECEMBER 8, 2023** |
| ROB BONTA, | |
| Defendant. | |

The Court hereby ORDERS that the Initial Case Management Conference previously set for December 7, 2023 is RESET for December 8, 2023 at 2:30 p.m. by videoconference.

**IT IS SO ORDERED.**

Dated: November 17, 2023

_____
BETH LABSON FREEMAN
United States District Judge