AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bobcornrevere@dwt.com
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>          Plaintiff,<br><br>     v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>          Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob
2  Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court
3  enter an order continuing the December 8, 2023, case management conference until April 4, 2024.
4  WHEREAS, Plaintiff filed the Complaint on December 14, 2022, alleging that AB 2273 is
5  unconstitutional and preempted by federal law (ECF No. 1);
6  WHEREAS, Plaintiff filed a motion for a preliminary injunction on February 17, 2023
7  (ECF No. 29);
8  WHEREAS, this Court granted Plaintiff's motion for a preliminary injunction on
9  September 18, 2023 (ECF No. 74);
10  WHEREAS, Defendant appealed this Court's order granting Plaintiff's motion for a
11  preliminary injunction to the United States Court of Appeals for the Ninth Circuit on October 18,
12  2023 (ECF No. 75);
13  WHEREAS, the Ninth Circuit has established a briefing schedule, with the opening brief
14  due December 13, 2023, the answering brief due February 7, 2024, and any reply brief due on
15  March 13, 2024 (Ninth Circuit Dkt. 6.1);
16  WHEREAS, the initial case management conference is scheduled for December 8, 2023
17  (ECF No. 78);
18  AND WHEREAS, the Parties agree that it would be more efficient to hold the initial case
19  management conference after appellate briefing is complete, so that the parties' positions on appeal
20  can be fully developed, and to better inform any necessary case management.
21
22  NOW THEREFORE, the Parties hereby jointly stipulate and agree to respectfully request
23  as follows:
24  That the initial case management conference should be continued from December 8, 2023,
25  to April 4, 2024.
26  ///
27  ///
28

1

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

**Davis Wright Tremaine** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1     IT IS SO STIPULATED.

3   Dated: November 28, 2023                        Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  */s/ Ambika Kumar*
       Ambika Kumar

*Attorneys for Plaintiff*
*NetChoice, LLC d/b/a NetChoice*

10   Dated: November 28, 2023                       Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By:  */s/ Elizabeth K. Watson*
       Elizabeth K. Watson
       Deputy Attorney General

*Attorneys for Defendant*

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  November 28, 2023

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/ *Ambika Kumar*
      Ambika Kumar

Attorneys for Plaintiff
NetChoice, LLC d/b/a NetChoice

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899