IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>   Plaintiff,<br><br>   v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>   Defendant. | Case No. 5:22-cv-08861-BLF<br><br>[~~PROPOSED~~] ORDER |

**[~~PROPOSED~~] ORDER**

The Parties have stipulated that the initial case management conference should be continued from December 8, 2023, until April 4, 2024.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: November 29, 2023

_____
The Honorable Beth Labson Freeman
U.S. District Court Judge

1

[~~PROPOSED~~] ORDER
Case No. 5:22-cv-08861- BLF