ROB BONTA  
Attorney General of California  
ANYA M. BINSACCA, State Bar No. 189613  
Supervising Deputy Attorney General  
KRISTIN A. LISKA, State Bar No. 315994  
Deputy Attorney General  
 455 Golden Gate Avenue, Suite 11000  
 San Francisco, CA  94102-7004  
 Telephone: (415) 510-3916  
 Fax: (415) 703-5480  
 E-mail: Kristin.Liska@doj.ca.gov  
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE, LLC d/b/a NetChoice,**<br><br>                           Plaintiff,<br><br>     v.<br><br>**ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,**<br><br>                           Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>Judge:          Hon. Beth Labson Freeman<br>Action Filed:  December 14, 2022 |

**TO THE CLERK OF THE COURT AND COUNSEL OF RECORD FOR PLAINTIFF:**

**PLEASE TAKE NOTICE** that Deputy Attorney General Elizabeth K. Watson is no longer assigned to represent Defendant Rob Bonta, in his official capacity as the Attorney General of the State of California, in this action. This matter was recently reassigned to Deputy Attorney General Kristin A. Liska. Ms. Liska is a member of the State Bar of California and is admitted to practice in the United States District Court for the Northern District of California. Please direct all future communications, including service of all pleadings, orders, and other documents made in connection with this case to Ms. Liska as follows:

> Kristin A. Liska, State Bar No. 315994
> Office of the California Attorney General
> Deputy Attorney General
> 455 Golden Gate Avenue, Suite 11000
> San Francisco, CA  94102-7004
> Telephone:  (415) 510-3916
> Fax:  (415) 703-5480
> E-mail:  Kristin.Liska@doj.ca.gov

Additionally, please remove Deputy Attorney General Elizabeth K. Watson from the service list in this matter. Deputy Attorney General Nicole Kau also represents Defendant Bonta in this action, and Ms. Kau will continue to serve as counsel of record for Bonta alongside Ms. Liska.

Dated:  February 15, 2024                  Respectfully submitted,

                                                                          ROB BONTA
                                                                          Attorney General of California
                                                                          ANYA M. BINSACCA
                                                                          Supervising Deputy Attorney General

                                                                          */s/ Kristin Liska*

                                                                          KRISTIN A. LISKA
                                                                          Deputy Attorney General
                                                                          *Attorneys for Defendant*

# CERTIFICATE OF SERVICE

Case Name: **_NetChoice, LLC v. Rob Bonta_**
Case No.: **5:22-cv-08861-BLF**

I hereby certify that on <u>February 15, 2024</u>, I electronically filed the following document with the Clerk of the Court by using the CM/ECF system:

- **NOTICE OF SUBSTITUTION OF COUNSEL**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>February 15, 2024</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |