AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bobcornrevere@dwt.com
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1    Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob

2    Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court

3    enter an order continuing the April 4, 2024 case management conference until July 11, 2024, based

4    on the following:

5    Plaintiff filed the Complaint on December 14, 2022, alleging that AB 2273 is

6    unconstitutional and preempted by federal law (ECF No. 1);

7    Plaintiff filed a motion for a preliminary injunction on February 17, 2023 (ECF No. 29);

8    This Court granted Plaintiff's motion for a preliminary injunction on September 18, 2023

9    (ECF No. 74);

10   Defendant appealed this Court's order granting Plaintiff's motion for a preliminary

11   injunction to the United States Court of Appeals for the Ninth Circuit on October 18, 2023 (ECF

12   No. 75);

13   Briefing is now complete in the Ninth Circuit, and that court is considering scheduling this

14   case for oral argument in July or August 2024.  Based on counsels' availability, it appears likely

15   this case will be argued before the Ninth Circuit in August 2024 (Ninth Circuit Dkts. 101, 103,

16   104);

17   The initial case management conference is scheduled for April 4, 2024 (ECF No. 81);

18   The parties agree that it would be more efficient to hold the initial case management

19   conference closer to or even after oral argument before the Ninth Circuit, in the event the Ninth

20   Circuit appeal disposes of the issues before this Court.

21   Therefore, the Parties hereby jointly stipulate and agree to respectfully request as follows:

22   The initial case management conference should be continued from April 4, 2024, to July

23   11, 2024.

24   ///

25   ///

26

27

28

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1        IT IS SO STIPULATED.

2

3   Dated:  March 27, 2024                    Respectfully submitted,

4
                                             DAVIS WRIGHT TREMAINE LLP
5

6                                            By:   */s/ Ambika Kumar*
                                                       Ambika Kumar
7
                                             *Attorneys for Plaintiff*
8                                            *NetChoice, LLC d/b/a NetChoice*

9

10  Dated:  March 27, 2024                    Respectfully submitted,

11                                           ROB BONTA
                                             Attorney General of California
12

13
                                             By:   */s/ Anya Binsacca*
14                                                     Anya Binsacca

15                                           *Attorneys for Defendant*

16

17

18

19

20

21

22

23

24

25

26

27

28

                                             2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1

**CERTIFICATION OF SERVICE AND COMPLIANCE**

2

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have

3

obtained authorization from the above signatories to file the above-referenced document and that

4

they have concurred in the filing's content.  I further certify that I have served all parties with the

5

foregoing by electronic service through the Court's ECF system.

6

7

Dated:  March 27, 2024

8

Respectfully submitted,

9

DAVIS WRIGHT TREMAINE LLP

10

11

By:   /s/ *Ambika Kumar*
                Ambika Kumar

12

Attorneys for Plaintiff
NetChoice, LLC d/b/a NetChoice

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899