IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

The Parties have stipulated that the initial case management conference should be continued from April 4, 2024, until July 11, 2024.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____    _____
                                                                                  The Honorable Beth Labson Freeman
                                                                                  U.S. District Court Judge

[PROPOSED] ORDER
Case No. 5:22-cv-08861- BLF