IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>[~~PROPOSED~~] ORDER<br><br>**AS MODIFIED BY THE COURT** |

### [~~PROPOSED~~] ORDER

The Parties have stipulated that the initial case management conference should be continued from April 4, 2024, until July 11, 2024.  The Court does not have availability on the requested date, but HEREBY CONTINUES the initial case management conference to August 8, 2024 at 11:00 a.m.

Dated: ___March 28, 2024_____

_____
The Honorable Beth Labson Freeman
U.S. District Court Judge