1  AMBIKA KUMAR (*pro hac vice*)
      ambikakumar@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, Washington 98104
   Telephone: (206) 757-8030
4
   ADAM S. SIEFF (CA Bar No. 302030)
5     adamsieff@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
7  Telephone: (213) 633-6800

8  DAVID M. GOSSETT (*pro hac vice*)
      davidgossett@dwt.com
9  MEENAKSHI KRISHNAN (*pro hac vice*)
   meenakshikrishnan@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   1301 K Street NW, Suite 500 East
11 Washington, D.C. 20005
   Telephone: (202) 973-4200
12
   ROBERT CORN-REVERE (*pro hac vice*)
13    bob.corn-revere@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
14 700 Pennsylvania Avenue SE, Suite 340
   Washington, D.C. 20003
15 Telephone: (215) 717-3473

16 Attorneys for Plaintiff
   NETCHOICE, LLC d/b/a NetChoice
17

18
19              IN THE UNITED STATES DISTRICT COURT
             THE NORTHERN DISTRICT OF CALIFORNIA
20                      SAN JOSE DIVISION

21 | NETCHOICE, LLC d/b/a NetChoice, |
22 |       Plaintiff, |
23 |       v. | Case No. 5:22-cv-08861-BLF
24 | ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | **JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE**
25 | |
26 |       Defendant. |
27
28

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

1       Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court enter an order continuing the August 8, 2024 case management conference until October 3, 2024, or until 21 days after the Ninth Circuit issues its mandate in the pending appeal, whichever occurs first.

      Plaintiff filed the Complaint on December 14, 2022, alleging that AB 2273 is unconstitutional and preempted by federal law (ECF No. 1);

      Plaintiff filed a motion for a preliminary injunction on February 17, 2023 (ECF No. 29);

      This Court granted Plaintiff's motion for a preliminary injunction on September 18, 2023 (ECF No. 74);

      Defendant appealed this Court's order granting Plaintiff's motion for a preliminary injunction to the United States Court of Appeals for the Ninth Circuit on October 18, 2023 (ECF No. 75);

      The Ninth Circuit held oral argument on Defendant's appeal on July 17, 2024 (Ninth Circuit Dkt. 120);

      The initial case management conference is scheduled for August 8, 2024 (ECF No. 84);

      The parties agree that it would be more efficient to hold the initial case management conference closer to or after the Ninth Circuit rules on the pending appeal, in the event the Ninth Circuit appeal disposes of the issues before this Court.

      Therefore, the Parties hereby jointly stipulate and agree to respectfully request as follows:

      The initial case management conference should be continued from August 8, 2024, to October 3, 2024, or until 21 days after the Ninth Circuit issues its mandate in the pending appeal, whichever occurs first.

///

///

1

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

IT IS SO STIPULATED

DATED: July 25, 2024                    Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP


                                        By: */s/ Ambika Kumar*
                                              Ambika Kumar

                                        *Attorneys for Plaintiff*
                                        *NetChoice LLC, d/b/a NetChoice*


DATED: July 25, 2024                    Respectfully submitted,


                                        ROB BONTA
                                        Attorney General of California
                                        ANYA M. BINSACCA
                                        Supervising Deputy Attorney General


                                        By: */s/ Kristen Liska*
                                              KRISTIN A. LISKA
                                              Deputy Attorney General

                                        *Attorneys for Defendant*

2

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Ambika Kumar, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: July 25, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Ambika Kumar*
      Ambika Kumar

*Attorneys for Plaintiff*
*NetChoice, LLC d/b/a NetChoice*

3

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899