# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ROB BONTA, Attorney General of the State of California,<br><br>    Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE, AS MODIFIED BY THE COURT**<br><br>[Re: ECF 86] |

The parties have filed a stipulated request to continue the Initial Case Management Conference from August 8, 2024 to October 3, 2024, or until 21 days after the Ninth Circuit issues its mandate in the pending appeal. *See* Joint Stipulation, ECF 86. The Court finds the request for a continuance to be well-taken. However, the Court is not available on October 3, 2024. Moreover, the Court prefers to set the Initial Case Management Conference on a date certain rather than a date dependent on the Ninth Circuit's issuance of its mandate.

Accordingly, the parties' stipulated request is GRANTED, AS MODIFIED BY THE COURT, as follows:

(1) The Initial Case Management Conference is CONTINUED from August 8, 2024 at 11:00 a.m. to December 5, 2024 at 11:00 a.m., and will be conducted by videoconference; and

(2) The parties shall file a Joint Case Management Statement by November 27, 2024.

**IT IS SO ORDERED.**

Dated: July 26, 2024

_____
BETH LABSON FREEMAN
United States District Judge