1  AMBIKA KUMAR (*pro hac vice*)
     ambikakumar@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, Washington 98104
   Telephone: (206) 757-8030
4
   ADAM S. SIEFF (CA Bar No. 302030)
5    adamsieff@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
7  Telephone: (213) 633-6800

8  DAVID M. GOSSETT (*pro hac vice*)
     davidgossett@dwt.com
9  MEENAKSHI KRISHNAN (*pro hac vice*)
   meenakshikrishnan@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   1301 K Street NW, Suite 500 East
11 Washington, D.C. 20005
   Telephone: (202) 973-4200
12
   ROBERT CORN-REVERE (*pro hac vice*)
13   bob.corn-revere@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
14 700 Pennsylvania Avenue SE, Suite 340
   Washington, D.C. 20003
15 Telephone: (215) 717-3473

16 Attorneys for Plaintiff
   NETCHOICE, LLC d/b/a NetChoice
17

18
19                    IN THE UNITED STATES DISTRICT COURT
                     THE NORTHERN DISTRICT OF CALIFORNIA
20                              SAN JOSE DIVISION

21
   NETCHOICE, LLC d/b/a NetChoice,
22
              Plaintiff,
23                                                  Case No. 5:22-cv-08861-BLF
         v.
24                                                  **JOINT STIPULATION PROPOSING
   ROB BONTA, ATTORNEY GENERAL OF                   BRIEFING SCHEDULE AND
25 THE STATE OF CALIFORNIA, in his official         ENLARGEMENT OF PAGE LIMITS**
   capacity,
26
              Defendant.
27

28

---

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court approve the following briefing schedule and page limits.

Plaintiff filed the Complaint on December 14, 2022, alleging that AB 2273 is unconstitutional and preempted by federal law (ECF No. 1);

Plaintiff filed a motion for a preliminary injunction on February 17, 2023 (ECF No. 29);

This Court granted Plaintiff's motion for a preliminary injunction on September 18, 2023 (ECF No. 74);

Defendant appealed this Court's order granting Plaintiff's motion for a preliminary injunction to the United States Court of Appeals for the Ninth Circuit on October 18, 2023 (ECF No. 75);

The Ninth Circuit affirmed in part and vacated in part this Court's injunction (Ninth Circuit Dkt. 121);

Plaintiff intends to file a Motion for a Preliminary Injunction enjoining enforcement of the remaining provisions of AB 2273 pending this litigation;

The Parties have met and conferred.  The State has agreed to stay enforcement of the remaining provisions no longer subject to this Court's preliminary injunction until March 6, 2025, and to not seek to enforce AB 2273 retroactively;

In consideration of the State's agreement to stay enforcement of the remaining provisions, the parties have agreed to a proposed briefing schedule with respect to the contemplated Motion;

The Parties agree that doing so would be equitable, efficient, and aid the Court's adjudication of the contemplated Motion by permitting counsel to more comprehensively present the issues to the Court for decision;

NOW THEREFORE, the Parties jointly stipulate, agree, and respectfully request the Court to enter an order as follows:

1. Plaintiff's Motion for a Preliminary Injunction and Memorandum of Points and Authorities in Support will be due on **October 18, 2024**, and the Memorandum of

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

        Points and Authorities will be no longer than **45 pages**. This reflects an enlargement of 20 pages. *See* Local Rules 7-2(b), 7-4(b).

2. Defendant's Response to Plaintiff's Motion for a Preliminary Injunction, if any, will be due on **November 22, 2024**, and will be no longer than **45 pages**. This reflects a 21-day extension, and an enlargement of 5 pages. *See* Local Rules 7-2(b), 7-3(a), 7-4(b).

3. Plaintiff's Reply in Support of its Motion for a Preliminary Injunction will be due on **December 20, 2024**, and will be no longer than **25 pages**. This reflects a 21-day extension, and an enlargement of 10 pages. *See* Local Rules 7-3(a), (c), 7-4(b).

4. Subject to the Court's availability, the parties respectfully request oral argument to be held on January 9, 16, or 23, 2025.

5. The State shall stay enforcement of the remaining provisions of AB 2273 until March 6, 2025, and shall never attempt to retroactively enforce any provision of AB 2273 allegedly violated before March 6, 2025.

IT IS SO STIPULATED.

2

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DATED: August 28, 2024      Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Adam S. Sieff*
        Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice LLC, d/b/a NetChoice*

DATED: August 28, 2024      Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: */s/ Kristin Liska*
     KRISTIN A. LISKA
     Deputy Attorney General

*Attorneys for Defendant*

3

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATION OF SERVICE AND COMPLIANCE

I, Adam S. Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: August 28, 2024

                                        Respectfully submitted,

                                        DAVIS WRIGHT TREMAINE LLP

                                        By:  /s/ *Adam S. Sieff*
                                                                 Adam S. Sieff

                                        *Attorneys for Plaintiff*
                                        *NetChoice, LLC d/b/a NetChoice*

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

4

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899