IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS**<br><br>Action Filed: December 14, 2022 |

### [PROPOSED] ORDER

The Parties have jointly stipulated and agreed to the following briefing schedule and page limits regarding Plaintiff's forthcoming Preliminary Injunction Motion:

1. Plaintiff's Motion for a Preliminary Injunction and Memorandum of Points and Authorities in Support will be due on October 18, 2024, and the Memorandum will be no longer than 45 pages;

2. Defendant's Response to Plaintiff's Motion for a Preliminary Injunction, if any, will be due on November 22, 2024, and will be no longer than 45 pages;

3. Plaintiff's Reply in Support of its Motion for a Preliminary Injunction will be due on December 20, 2024, and will be no longer than 25 pages;

4.      Pursuant to agreement, the State shall not enforce any part of AB 2273 before March 6, 2025, including those portions of AB 2273 that will not be subject to this Court's prior injunction upon release of the Ninth Circuit's mandate; and shall never enforce AB 2273 for alleged violations before that date.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                              _____
                                                                               The Honorable Beth Labson Freeman