UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ROB BONTA,<br><br>　　　　　Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER ADVISING THAT THE COURT WILL RULE ON THE PARTIES' JOINT STIPULATION ONCE THE MANDATE ISSUES**<br><br>[Re: ECF 89] |

On August 16, 2024, the Court of Appeals for the Ninth Circuit affirmed in part and vacated in part this Court's preliminary injunction order, which enjoined enforcement of the California Age-Appropriate Design Code Act ("CAADCA"), Cal. Civ. Code §§ 1798.99.28-1798.99.40.  The parties thereafter filed a joint stipulation regarding further proceedings in this Court, advising that Plaintiff intends to file a second motion for preliminary injunction, suggesting a briefing schedule for such motion, and requesting enlargement of the page limits for briefing such motion.  *See* Joint Stipulation, ECF 89.  Even if this Court were inclined to approve the stipulation (and it is not), the Court could not do so because the Ninth Circuit has not yet issued its mandate.  Upon issuance of the mandate, this Court will rule on the parties' joint stipulation.

**IT IS SO ORDERED.**

Dated: September 3, 2024

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge