UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 9 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NETCHOICE, LLC, doing business as NetCheoice, | No. 23-2969 |
| Plaintiff - Appellee, | D.C. No. 5:22-cv-08861-BLF |
| v. | Northern District of California, San Jose |
| ROB BONTA, Attorney General Of The State Of California, | MANDATE |
| Defendant - Appellant. | |

The judgment of this Court, entered August 16, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT