UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ROB BONTA,<br><br>        Defendant. | Case No. 22-cv-08861-BLF<br><br>**ORDER DENYING JOINT STIPULATION; AND SETTING STATUS CONFERENCE ON SEPTEMBER 19, 2024 AT 10:00 A.M.**<br><br>[Re: ECF 89] |

Following issuance of the mandate in this case on September 9, 2024, IT IS HEREBY ORDERED that:

(1) The parties' joint stipulation proposing enlargement of page limits for briefing Plaintiff's intended second motion for preliminary injunction is DENIED.

(2) A status conference IS SET on September 19, 2024 at 10:00 a.m. via Zoom Webinar. The parties should be prepared to address the following:

    (a) a briefing schedule for Plaintiff's intended second motion for preliminary injunction;

    (b) identification of issues to be addressed in that motion; and

    (c) the parties' availability for an in-person hearing on January 23, 2025 at 10:00 a.m., the date and time the Court tentatively has selected for the hearing on Plaintiff's intended second motion for preliminary injunction.

    (d) The Initial Case Management Conference remains set on December 5, 2024 at 11:00 a.m.

Dated: September 9, 2024

                                            BETH LABSON FREEMAN
                                            United States District Judge