1  AMBIKA KUMAR (*pro hac vice*)
      ambikakumar@dwt.com
2  DAVIS WRIGHT TREMAINE LLP
   920 Fifth Avenue, Suite 3300
3  Seattle, Washington 98104
   Telephone: (206) 757-8030
4
   ADAM S. SIEFF (CA Bar No. 302030)
5     adamsieff@dwt.com
   DAVIS WRIGHT TREMAINE LLP
6  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
7  Telephone: (213) 633-6800

8  DAVID M. GOSSETT (*pro hac vice*)
      davidgossett@dwt.com
9  MEENAKSHI KRISHNAN (*pro hac vice*)
   meenakshikrishnan@dwt.com
10 DAVIS WRIGHT TREMAINE LLP
   1301 K Street NW, Suite 500 East
11 Washington, D.C. 20005
   Telephone: (202) 973-4200
12
   ROBERT CORN-REVERE (*pro hac vice*)
13    bob.corn-revere@thefire.org
   FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
14 700 Pennsylvania Avenue SE, Suite 340
   Washington, D.C. 20003
15 Telephone: (215) 717-3473

16 Attorneys for Plaintiff
   NETCHOICE, LLC d/b/a NetChoice
17

18
                    IN THE UNITED STATES DISTRICT COURT
19                  THE NORTHERN DISTRICT OF CALIFORNIA
                              SAN JOSE DIVISION
20

21 
   NETCHOICE, LLC d/b/a NetChoice,
22
          Plaintiff,
23                                              Case No. 5:22-cv-08861-BLF
      v.
24                                              **JOINT STIPULATION PROPOSING
   ROB BONTA, ATTORNEY GENERAL OF              BRIEFING SCHEDULE AND
25 THE STATE OF CALIFORNIA, in his official    ENLARGEMENT OF PAGE LIMITS**
   capacity,
26
          Defendant.
27

28

---

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

Pursuant to the Court's direction at the status conference held on September 19, 2024 (ECF 95), the parties have met and conferred regarding the briefing schedule, hearing date, and page limitations for Plaintiff NetChoice LLC's forthcoming motion for preliminary injunction, and jointly submit the following revised proposal:

1. NetChoice's opening brief shall be no longer than **30 pages** and due **November 1, 2024**. This reflects an enlargement of 5 pages. *See* Local Rules 7-2(b), 7-4(b).

2. The State's brief in response shall be no longer than **30 pages** and due **December 6, 2024**. This reflects a 21-day extension, and an enlargement of 5 pages. *See* Local Rules 7-2(b), 7-3(a), 7-4(b).

3. NetChoice's reply brief shall be no longer than **17 pages** and due **January 2, 2025**. This reflects a 20-day extension, and an enlargement of 2 pages. *See* Local Rules 7-3(a), (c), 7-4(b).

4. The parties are available for a hearing on **January 23, 2025**, a date the Court has reserved, to begin at a time convenient for the Court.

5. The State shall continue to stay enforcement of the remaining provisions of AB 2273 until March 6, 2025, and shall never attempt to retroactively enforce any provision of AB 2273 allegedly violated before March 6, 2025.

IT IS SO STIPULATED.

DATED: September 23, 2024                    Respectfully submitted,

                                             DAVIS WRIGHT TREMAINE LLP


                                             By: */s/   Adam S. Sieff*
                                                     Adam S. Sieff

                                             *Attorneys for Plaintiff*
                                             *NetChoice LLC, d/b/a NetChoice*

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

DATED: September 23, 2024

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General


By: */s/ Kristin Liska*
    KRISTIN A. LISKA
    Deputy Attorney General

*Attorneys for Defendant*

2

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Adam S. Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: September 23, 2024

>                           Respectfully submitted,
>
>                           DAVIS WRIGHT TREMAINE LLP
>
>                           By:  /s/ *Adam S. Sieff*
>                                    Adam S. Sieff
>
>                           *Attorneys for Plaintiff*
>                           *NetChoice, LLC d/b/a NetChoice*

JOINT STIPULATION
Case No. 5:22-cv-08861-BLF

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899