IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND ENLARGING PAGE LIMITS**<br><br>Action Filed: December 14, 2022 |

**[PROPOSED] ORDER**

Pursuant to a status conference held before this Court on September 19, 2024, the Parties have jointly stipulated and agreed to the following briefing schedule and page limits regarding Plaintiff's forthcoming Preliminary Injunction Motion:

1. NetChoice's opening brief shall be no longer than 30 pages and due November 1, 2024.

2. The State's brief in response shall be no longer than 30 pages and due December 6, 2024.

3. NetChoice's reply brief shall be no longer than 17 pages and due January 2, 2025.

4.  The State shall continue to stay enforcement of the remaining provisions of AB 2273 until March 6, 2025, and shall never attempt to retroactively enforce any provision of AB 2273 allegedly violated before March 6, 2025.

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: _____                         _____
                                                The Honorable Beth Labson Freeman