AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>  Plaintiff,<br><br>  v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>  Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION TO AMEND COMPLAINT** |

Plaintiff NetChoice, LLC and Defendant Rob Bonta of the State of California stipulate as follows:

1. NetChoice filed this lawsuit against the State on December 14, 2022, challenging the California Age-Appropriate Design Code Act as unconstitutional and preempted by federal statute.

2. On February 17, 2023, NetChoice moved for a preliminary injunction to enjoin enforcement of the Act.

3. This Court granted NetChoice's first motion for a preliminary injunction on September 18, 2023.

4. The State appealed. On August 16, 2024, the Ninth Circuit affirmed in part and vacated in part the preliminary injunction, remanding for further consideration whether the Act's remaining provisions survive NetChoice's challenges.

5. Because the State has not yet filed a responsive pleading, NetChoice plans to exercise its right to amend the Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B) to specify the exact forms of relief it seeks in advance of its forthcoming Second Motion for Preliminary Injunction.

6. Pursuant to the Court's instruction at the September 19, 2024 status conference to have that Amended Complaint enter the record via joint stipulation, NetChoice met and conferred with the State on October 24, 2024 and October 30, 2024.

7. The State, having reviewed the Amended Complaint, consents to its filing.

8. The parties thus jointly and respectfully request the Court enter the Amended Complaint (attached as Ex. 1) on the docket.

DATED: October 31, 2024

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: /s/ *Adam S. Sieff*
    Adam S. Sieff

*Attorneys for Plaintiff
NetChoice LLC, d/b/a NetChoice*

JOINT STIPULATION TO AMEND COMPLAINT
Case No. 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1
2  DATED: October 31, 2024                Respectfully submitted,
3                                         ROB BONTA
                                          Attorney General of California
4                                         ANYA M. BINSACCA
                                          Supervising Deputy Attorney General
5
6                                         By: /s/ *Kristin Liska*
                                             KRISTIN A. LISKA
7                                            Deputy Attorney General
8                                         *Attorneys for Defendant*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIPULATION TO AMEND COMPLAINT
Case No. 5:22-cv-08861-BLF

2

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Adam S. Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(h)(3), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated: October 31, 2024

          Respectfully submitted,

          DAVIS WRIGHT TREMAINE LLP

          By:   /s/ *Adam S. Sieff*
                     Adam S. Sieff

          *Attorneys for Plaintiff*
          *NetChoice, LLC d/b/a NetChoice*

3

JOINT STIPULATION TO AMEND COMPLAINT
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899