IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER ON AMENDED COMPLAINT**<br><br>Action Filed: December 14, 2022 |

**[PROPOSED] ORDER**

Pursuant to a status conference held before this Court on September 19, 2024 and Federal Rule of Civil Procedure 15(a)(1)(B), the Parties jointly consent to Plaintiff NetChoice LLC filing the Amended Complaint.

PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS ORDERED THAT THE AMENDED COMPLAINT SHALL BE DEEMED FILED.

Dated: _____                                    _____
                                                                                        The Honorable Beth Labson Freeman