AMBIKA KUMAR (admitted *pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (admitted *pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (admitted *pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (admitted *pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>       Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>       Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**APPENDIX TO SECOND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge:  Hon. Beth Labson Freeman<br>Date:   January 23, 2025<br>Time:  9:00 a.m.<br>Dept.:  Courtroom 3 – 5th Floor<br><br>Action Filed: December 14, 2022 |

SECOND MOT. FOR PRELIM. INJ. APPENDIX
Case No. 5:22-cv-08861-BLF

# APPENDIX

Pursuant to the Court's instruction at the Status Conference held on September 19, 2024, Plaintiff NetChoice LLC submits the following Tables 1 and 2 of provisions challenged in the Second Motion for Preliminary Injunction, not already enjoined by the Court and the Ninth Circuit:

| **Table 1: Provisions Challenged Under The First Amendment (Br. § IV)** | | | | |
|---|---|---|---|---|
| | 1A Facial: Content-Based Coverage Definition (Br. § IV.A) | 1A Facial: Unconstitutional In Challenged Applications (Br. § IV.B) | 1A Facial: Vagueness (Br. § IV.C) | 1A As-Applied: Unconstitutional In Challenged Applications to NC Members (Br. § IV.D) |
| Age Estimation: § 1798.99.31(a)(5)* | X | X | X | X |
| Default Privacy: § 1798.99.31(a)(6) | X | | X | |
| Policy Display: § 1798.99.31(a)(7) | X | X | X | X |
| Tracking Signal: § 1798.99.31(a)(8) | X | | | |
| Policy Enforcement: § 1798.99.31(a)(9)* | X | X | X | X |
| Provide Tools: § 1798.99.31(a)(10) | X | | | |
| Personal Info Use: § 1798.99.31(b)(1)* | X | X | X | X |
| Profiling: § 1798.99.31(b)(2)* | X | X | X | X |
| Share or Retain Info: § 1798.99.31(b)(3)* | X | X | X | X |
| Use Info Purposes: § 1798.99.31(b)(4)* | X | X | X | X |
| Geolocation Info: § 1798.99.31(b)(5) | X | | | |
| Geolocation Signal: § 1798.99.31(b)(6) | X | | | |
| Dark Patterns: § 1798.99.31(b)(7)* | X | X | X | X |
| Use Age Verif. Info: § 1798.99.31(b)(8) | X | | | |

SECOND MOT. FOR PRELIM. INJ. APPENDIX
Case No 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

| Table 2: Provisions Challenged Under Other Arguments (Br. §§ V-VI) | | | | |
|---|---|---|---|---|
| | Severability: Not Severable from Invalid DPIA (Br. § V) | Section 230: Preempted In Some or All Applications (Br. §VI.A) | COPPA Preempted (Br. §VI.A) | Violates Commerce Clause (Br. § VI.C) |
| Age Estimation: § 1798.99.31(a)(5)* | X | | X | X |
| Default Privacy: § 1798.99.31(a)(6) | X | | | X |
| Policy Display: § 1798.99.31(a)(7) | X | | | X |
| Tracking Signal: § 1798.99.31(a)(8) | X | | | X |
| Policy Enforcement: § 1798.99.31(a)(9)* | X | X | X | X |
| Provide Tools: § 1798.99.31(a)(10) | X | | | X |
| Personal Info Use: § 1798.99.31(b)(1)* | X | X | X | X |
| Profiling: § 1798.99.31(b)(2)* | X | | X | X |
| Share or Retain Info: § 1798.99.31(b)(3)* | X | X | X | X |
| Use Info Purposes: § 1798.99.31(b)(4)* | X | X | X | X |
| Geolocation Info: § 1798.99.31(b)(5) | X | | | X |
| Geolocation Signal: § 1798.99.31(b)(6) | X | | | X |
| Dark Patterns: § 1798.99.31(b)(7)* | X | X | X | X |
| Use Age Verif. Info: § 1798.99.31(b)(8) | X | | | X |

Provisions marked with an asterisk (*) are referred to as the "Individual Provisions" in NetChoice's Second Motion for Preliminary Injunction. All of the provisions in sections 1798.99.31(a) and (b) are collectively referred to as the "Regulatory Provisions."

DATED: November 1, 2024                    DAVIS WRIGHT TREMAINE LLP

  /s/ Ambika Kumar
      Ambika Kumar

Counsel for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

2
SECOND MOT. FOR PRELIM. INJ. APPENDIX
Case No 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899