IAN ADAMS, State Bar No. 313000

INTERNATIONAL CENTER FOR LAW & ECONOMICS
1104 NW 15th Ave., Suite 300
Portland, Oregon 97209
Telephone: (503) 770-0076
Email: iadams@laweconcenter.org

*Attorney for Amicus Curiae*
INTERNATIONAL CENTER FOR LAW & ECONOMICS

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>   Plaintiff,<br><br>   v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>   Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**UNOPPOSED MOTION OF INTERNATIONAL CENTER FOR LAW & ECONOMICS FOR LEAVE TO FILE BRIEF AS *AMICUS CURIAE***<br><br>Judge: Honorable Beth Labson Freeman<br>Action Filed: December 14, 2022 |

**NOTICE OF UNOPPOSED MOTION**

The International Center for Law & Economics ("ICLE"), through undersigned counsel, respectfully moves the Court for leave to file the attached *amicus curiae* brief in support of Plaintiff NetChoice, LLC's Second Motion for Preliminary Injunction. Plaintiff and Defendant have consented to filing of this brief.

**INTEREST OF AMICUS CURIAE**

ICLE is a nonprofit, non-partisan global research and policy center that builds intellectual foundations for sensible, economically grounded policy. ICLE promotes the use of law and economics methodologies and economic learning to inform policy debates and has longstanding expertise evaluating law and policy.

ICLE has an interest in ensuring that First Amendment law promotes the public interest by remaining grounded in sensible rules informed by sound economic analysis. ICLE scholars have written extensively on issues related to Internet regulation and free speech, including the interaction of privacy rules and the First Amendment. ICLE filed a version of this amicus brief in the Ninth Circuit Court of Appeals.

ICLE has no interest in or connection to either party in this case. No party or party's counsel authorized the attached amicus curiae brief in whole or in part. No party outside of ICLE made a monetary contribution intended to fund the preparation or submission of this brief.

ICLE seeks leave to file the accompanying brief because it has longstanding expertise in evaluating law and policy relating to innovation and the legal environment facing online speech platforms. In particular, ICLE wishes to elucidate some of the economic considerations underlying the First Amendment questions presented in this case.

Because ICLE believes the accompanying brief would assist the Court it in its resolution of this important issue, it respectfully requests this Court's leave to file the amicus brief.

**ARGUMENT**

The Court should consider ICLE's attached amicus brief because it provides a unique economics-based approach to understanding the relevant tradeoffs at issue in regulating online speech. We offer an alternative legal basis for the Court to apply strict scrutiny to the Age-

Appropriate Design Code's restrictions on data collection for the purposes of curating speech and offering targeted advertising. As such, we believe the Court would benefit from our perspective.

## CONCLUSION

For the reasons set forth above, ICLE respectfully requests that the Court grant this unopposed motion and give ICLE leave to file the attached brief *amicus curiae*.

Respectfully submitted,

/s/ Ian Adams

*Attorney for Amicus Curiae*
*International Center for Law & Economics*

# CERTIFICATE OF SERVICE

The undersigned certifies that, on November 8, 2024, I electronically filed the foregoing with the Clerk of the Court of the U.S. District Court for the Northern District of California by using the Court's electronic filing system (ECF).

Participants in the case who are registered ECF users will be served by the ECF system.

Respectfully submitted,

/s/ Ian Adams

*Attorney for Amicus Curiae*
*International Center for Law & Economics*