IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF INTERNATIONAL CENTER FOR LAW & ECONOMICS FOR LEAVE TO FILE AS *AMICUS CURIAE*** <br><br>Judge: Honorable Beth Labson Freeman<br>Action Filed: December 14, 2022 |

    Before the Court is non-party International Center for Law & Economics's ("ICLE") Unopposed Motion for Leave to File Brief as *Amicus Curiae* ("Motion for Leave") in support of Plaintiff NetChoice's Second Motion for Preliminary Injunction. After full consideration of the Motion for Leave, IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

    IT IS FURTHER ORDERED that ICLE's attached *amicus curiae* brief to the Motion for Leave is deemd submitted as of the date set forth below.

    **IT IS SO ORDERED.**

Dated: _____                                          _____

                                                                                                                Honorable Beth Labson Freeman