**HOGAN LOVELLS US LLP**
Trenton H. Norris (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trenton.norris@hoganlovells.com

**HOGAN LOVELLS US LLP**
Mark W. Brennan *(Pending Pro Hac Vice)*
J. Ryan Thompson *(Pending Pro Hac Vice)*
Thomas Veitch *(Pending Pro Hac Vice)*
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
mark.brennan@hoganlovells.com
ryan.thompson@hoganlovells.com
thomas.veitch@hoganlovells.com

*Attorneys for Proposed Amici Curiae*
Chamber of Progress, LGBT Tech, The Information Technology and Innovation Foundation, and the Woodhull Freedom Foundation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NetChoice, LLC d/b/a NetChoice,<br><br>*Plaintiff*,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>*Defendant*. | Civil Action No. 5:22-cv-08861-BLF<br><br>**MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF**<br><br>Action Filed: December 14, 2022<br><br>Judge: Honorable Beth Labson Freeman<br>Date: January 23, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF
AMICUS CURAIE BRIEF IN SUPPORT OF NETCHOICE – CASE NO.: 5:22-CV-08861-BLF

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Chamber of Progress, LGBT Tech, the Information Technology and Innovation Foundation, and the Woodhull Freedom Foundation, through undersigned counsel respectfully move the Court for leave to file a brief as *amici curiae* in support of Plaintiff's Motion for a Preliminary Injunction. Counsel for Plaintiff and Counsel for Defendant consent to the filing of this brief. A copy of *Amici*'s proposed brief is attached together with a proposed order granting this motion.

## STATEMENT OF INTEREST

*Amici* are non-profit organizations dedicated to building a country in which all people benefit from technology and interconnectivity. The parties that *Amici* advise support efforts to design child-friendly features that facilitate age appropriate online content and also share the core principle of promoting healthy online communities, which requires content moderation.

But the Policy Enforcement Provision of California's Age-Appropriate Design Code Act ("the CAADCA") imperils healthy and safe online communities by exacting a heavy penalty on platforms that fail to effectively moderate all content on their online sites. Consequently, the provision creates a powerful disincentive against good faith content moderation such that it is preempted by the express text and objectives of Section 230. *Amici* are therefore interested in the outcome of this case and submit the attached brief in support of preliminarily enjoining enforcement of the CAADCA.

## ARGUMENT

*Amici*'s proposed brief, attached to this motion as **Exhibit A**, will assist the court by demonstrating that Section 230 preempts the Policy Enforcement Provision, both expressly and under the doctrine of conflict preemption. As described in the proposed brief, the CAADCA provision contravenes Section 230 because it creates disincentives for platforms to enact and enforce robust content moderation policies by subjecting them to heavy penalties for noncompliance. The proposed brief further explains how enforcement of the Policy Enforcement

1
MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF
AMICUS CURAIE BRIEF IN SUPPORT OF NETCHOICE – CASE NO.: 5:22-CV-08861-BLF

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

Provision would especially harm marginalized users and chill innovation in content moderation practices.

"District courts have broad discretion to appoint amici curiae." *Levin Richmond Terminal Corp. v. City of Richmond*, 482 F. Supp. 3d 944, 951 (N.D. Cal. 2020). There are "no strict prerequisites" to qualify, meaning district courts often grant motions for leave to file amicus briefs and "frequently welcome [them] from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Infineon Techs. N. Am. Corp. v. Mosaid Techs., Inc.*, No. C 02-5772 JFRS, 2006 WL 3050849, at *3 (N.D. Cal. Oct. 23, 2006) (internal quotation marks and citations omitted). An *amicus curiae*'s "classic role" is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Lab. & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982). A prospective amicus must "merely make a showing that his participation is useful or otherwise desirable to the court," and "generally courts have 'exercised great liberality'" in this area. *California by & through Becerra v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153, 1164 (N.D. Cal. 2019)

## CONCLUSION

For the foregoing reasons, *Amici*'s motion for leave to file the attached brief should be granted.

Date: November 15, 2024

Respectfully submitted,

HOGAN LOVELLS US LLP

By: */s/ Trenton H. Norris*

Trenton H. Norris (Bar No. 164781)
4 Embarcadero Center, Suite 3500
San Francisco, CA 94111
Telephone: (415) 374-2300
Facsimile: (415) 374-2499
trenton.norris@hoganlovells.com

2

MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF
AMICUS CURAIE BRIEF IN SUPPORT OF NETCHOICE – CASE NO.: 5:22-CV-08861-BLF

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

Mark W. Brennan *(Pending Pro Hac Vice)*
J. Ryan Thompson *(Pending Pro Hac Vice)*
Thomas Veitch *(Pending Pro Hac Vice)*
555 13th Street NW
Washington, DC 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
mark.brennan@hoganlovells.com
ryan.thompson@hoganlovells.com
thomas.veitch@hoganlovells.com

*Attorneys for Proposed Amici Curiae*
Chamber of Progress, LGBT Tech, The Information Technology
and Innovation Foundation, and the Woodhull Freedom Foundation

3

MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF
AMICUS CURAIE BRIEF IN SUPPORT OF NETCHOICE – CASE NO.: 5:22-CV-08861-BLF

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

*/s/ Trenton H. Norris*
Trenton H. Norris

4

MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFF
AMICUS CURAIE BRIEF IN SUPPORT OF NETCHOICE – CASE NO.: 5:22-CV-08861-BLF

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW