IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE AS *AMICI CURIAE***<br><br>Action Filed: December 14, 2022<br><br>Judge: Honorable Beth Labson Freeman<br>Date: January 23, 2025<br>Time: 9:00 a.m.<br>Courtroom: 3, 5th Floor |

Before the Court is the Unopposed Motion for Leave to File Brief as *Amici Curiae* ("Motion for Leave") of nonparties Chamber of Progress, LGBT Tech, the Information Technology and Innovation Foundation, and the Woodhull Freedom Foundation in support of Plaintiff NetChoice's Second Motion for Preliminary Injunction. After full consideration of the Motion for Leave, IT IS HEREBY ORDERED that the Motion for Leave is GRANTED.

IT IS FURTHER ORDERED that the attached *amici curiae* brief to the Motion for Leave is deemed submitted as of the date set forth below.

**IT IS SO ORDERED.**

DATED: _____

HONORABLE BETH LABSON FREEMAN

1

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF CHAMBER OF PROGRESS, LGBT TECH, THE INFORMATION TECHNOLOGY AND INNOVATION FOUNDATION, AND THE WOODHULL FREEDOM FOUNDATION FOR LEAVE TO FILE AS AMICI CURIAE -- CASE NO. 5:22-CV-08861-BLF