AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING INITIAL CASE MANAGEMENT CONFERENCE** |

1    Pursuant to Local Rules 6-2, 7-11, and 7-12, Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, stipulate and respectfully request that the Court enter an order continuing the December 5, 2024 case management conference until April 10, 2025, or until such time after a decision on the pending second motion for preliminary injunction (ECF No. 101) that the Court deems appropriate.

NetChoice filed this lawsuit against the State on December 14, 2022, challenging the California Age-Appropriate Design Code Act as unconstitutional and preempted by federal statute. *See* ECF No. 1.

On February 17, 2023, NetChoice moved for a preliminary injunction to enjoin enforcement of the Act. *See* ECF No. 29. This Court granted NetChoice's first motion for a preliminary injunction on September 18, 2023. *See* ECF No. 74.

The State appealed. On August 16, 2024, the Ninth Circuit affirmed in part and vacated in part the preliminary injunction, remanding for further consideration whether the Act's remaining provisions survive NetChoice's challenges.

NetChoice filed a First Amended Complaint (ECF No. 100) and a second motion for preliminary injunction (ECF No. 101) on November 1, 2024. The State's opposition will be filed December 6, 2024, and NetChoice's reply will be filed January 2, 2025. *See* ECF No. 97. A hearing on that motion is scheduled for January 23, 2025. *Id.*

The initial case management conference is scheduled for December 5, 2024 at 11:00 a.m. *See* ECF No. 93.

The parties agree that it would be more efficient to hold the initial case management conference after the Court rules on the pending second motion for preliminary injunction, in the event the decision disposes of issues before the Court.

Therefore, the Parties hereby jointly stipulate and agree to respectfully request as follows:

The initial case management conference should be continued from December 5, 2024, to April 10, 2025, or until such time after a decision on the pending second motion for preliminary injunction that the Court deems appropriate.

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

IT IS SO STIPULATED

DATED: November 21, 2024         Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/  Adam S. Sieff*
       Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice LLC, d/b/a NetChoice*

DATED: November 21, 2024         Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: */s/ Kristen Liska*
       KRISTIN A. LISKA
       Deputy Attorney General

*Attorneys for Defendant*

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

# CERTIFICATION OF SERVICE AND COMPLIANCE

I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.  I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  November 21, 2024

                                                Respectfully submitted,

                                                DAVIS WRIGHT TREMAINE LLP

                                                By:  /s/  *Adam S. Sieff*
                                                                         Adam S. Sieff

                                                *Attorneys for Plaintiff*
                                                *NetChoice, LLC d/b/a NetChoice*

JOINT STIPULATION RE INITIAL
CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

3

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899