IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>Defendant. | Case No. 5:22-cv-08861-BLF<br><br>[~~PROPOSED~~] ORDER |

**[~~PROPOSED~~] ORDER**

The Parties have stipulated that the initial case management conference should be continued from December 5, 2024, to April 10, 2025, ~~or until such time after a decision on the pending second motion for preliminary injunction (ECF No. 101) that the Court deems appropriate~~. The parties SHALL file a Joint Case Management Statement by April 3, 2025.

PURSUANT TO STIPULATION, AND FOR GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:   November 22, 2024                                    _____
                                                                                              The Honorable Beth Labson Freeman
                                                                                              U.S. District Court Judge