UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, Attorney General of the State of California, in his official capacity,<br><br>　　　　　Defendant. | Case No.  22-cv-08861-BLF<br><br>**ORDER REMINDING DEFENDANT TO COMPLY WITH STANDING ORDERS**<br><br>[Re:  ECF 112] |

Defendant's opposition (ECF 112) does not comply with the undersigned's Standing Order Re Civil Cases, which requires among other things that "All written text, including footnotes and quotations, shall be no less than 12-point type and shall be double-spaced."  Standing Order Re Civil Cases § IV.E.  Defendant's opposition contains single-spaced footnotes.  Defendant SHALL comply with the undersigned's standing orders in the future.  Failure to comply may result in the non-compliant document(s) being stricken.

　　　　IT IS SO ORDERED.

Dated:  December 10, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　United States District Judge