# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ROB BONTA, et al.,<br><br>        Defendants. | Case No. 22-cv-08861-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO DELIVER CHAMBERS COPIES**<br><br>[Re: ECF 101] |

Plaintiff has not provided the Court with chambers copies of its second motion for preliminary injunction, supporting evidence, and related filings. *See* ECF 101. This Court's Standing Order Re Civil Cases ("Standing Order") requires that "Chambers copies shall be delivered to the Court within one business day of filing for the following documents: pleadings; briefing related to substantive motions; and evidence related to substantive motions." Standing Order § IX.A.

Plaintiff SHALL deliver chambers copies of its second motion for preliminary injunction, supporting evidence, and related filings as soon as is practicable and at latest by January 3, 2025. In addition, when Plaintiff files its reply brief and related materials, Plaintiffs SHALL submit chambers copies of them as required by the Court's Standing Order

**IT IS SO ORDERED.**

Dated: December 20, 2024

_____
BETH LABSON FREEMAN
United States District Judge