UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, et al.,<br><br>　　　　　　Defendants. | Case No.  22-cv-08861-BLF<br><br>**ORDER SUBMITTING MOTIONS FOR LEAVE TO FILE *AMICUS* BRIEFS WITHOUT ORAL ARGUMENT**<br><br>[Re: ECF 102, 106, 115, 116, 117] |

The Court has received five motions for leave to file briefing as *amicus curiae*, several of which are set for hearing on January 23, 2025. *See* Mots., ECF 102, 106, 115, 116, 117. The Court finds those motions to be suitable for decision without oral argument. *See* Civ. L.R. 7-1(b). The January 23, 2025 hearings for those motions are VACATED.

Plaintiff's second motion for preliminary injunction remains set for hearing on January 23, 2025 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated:  December 20, 2024

_____
BETH LABSON FREEMAN
United States District Judge