# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROB BONTA, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-08861-BLF<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING BY JANUARY 31, 2025** |

The Court requests supplemental briefing on an opinion issued by the Ninth Circuit today, *Arizona Att'ys for Crim. Just. v. Mayes*, No. 22-16729, 2025 WL 272242 (9th Cir. Jan. 23, 2025). The Court would like the parties to address: (1) the opinion's impact, if any, on Plaintiff's facial challenges to individual provisions of the California Age-Appropriate Design Code Act set forth at Section IV.B. of its Motion for Second Preliminary Injunction; (2) if the opinion applies, whether the standard for relief set forth in the opinion is satisfied by the record in the present case.

Each side shall file a supplemental brief, not to exceed three pages, on or before January 31, 2025.

**IT IS SO ORDERED.**

Dated: January 23, 2025

_____
BETH LABSON FREEMAN
United States District Judge