AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
BIANCA CHAMUSCO (*pro hac vice* forthcoming)
  biancachamusco@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
  meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>            Plaintiff,<br><br>     v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>            Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**PLAINTIFF'S STATEMENT OF RECENT DECISION**<br><br>Date:      January 23, 2025<br>Time:     9:00 a.m.<br>Dept.:    Courtroom 3 – 5th Floor<br><br>Action Filed: December 14, 2022 |

Pursuant to Local Civil Rule 7-3(d)(2), Plaintiff NetChoice, LLC submits the attached order in *NetChoice, LLC v. Bonta*, No. 25-146, ECF No. 11.1 (9th Cir. Jan. 28, 2025), granting NetChoice's motion for an injunction pending appeal and enjoining Defendant Rob Bonta "from enforcing California Senate Bill 976 while this appeal is pending."

DATED: January 30, 2025                           DAVIS WRIGHT TREMAINE LLP

By: */s/ Ambika Kumar*
    Ambika Kumar

Attorneys for Plaintiff
NetChoice LLC, d/b/a NetChoice

---

PLAINTIFF'S STATEMENT OF RECENT DECISION
Case No. 5:22-cv-08861-BLF

1

**DAVIS WRIGHT TREMAINE LLP**
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
Tel: (213) 633-6800
Fax: (213) 633-6899

# ATTACHMENT

|  | FILED |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | JAN 28 2025 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

NETCHOICE, LLC,

    Plaintiff - Appellant,

v.

ROB BONTA, in his official capacity as Attorney General of California,

    Defendant - Appellee.

No. 25-146

D.C. No. 5:24-cv-07885-EJD
Northern District of California, San Jose

ORDER

Before: PAEZ, BYBEE, and MILLER, Circuit Judges.

The motion for injunctive relief (Docket Entry No. 4) is granted. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court). Appellee is enjoined from enforcing California Senate Bill 976 while this appeal is pending.

We expedite this appeal. The existing briefing schedule remains in effect. No streamlined extensions of time to file a brief will be approved. *See* 9th Cir. R. 31-2.2(a)(1).

The Clerk will place this case on the calendar for April 2025.  *See* 9th Cir. Gen. Ord. 3.3(g).