AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
BIANCA CHAMUSCO (*pro hac vice*)
  biancachamusco@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, <br><br> Defendant. | Case No. 5:22-cv-08861-BLF <br><br> **JOINT STIPULATION REGARDING CONTINUED STAY OF ENFORCEMENT** |

1

JOINT STIPULATION RE CONTINUED STAY OF ENFORCEMENT
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

# JOINT STIPULATION

Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, jointly stipulate and agree as follows:

1. NetChoice's second motion for preliminary injunction (ECF No. 101) to prohibit enforcement of the not-currently enjoined provisions of AB 2273 is currently pending before this Court, a hearing having been held on January 23, 2025.

2. In consideration for NetChoice not filing an emergency motion for temporary relief pending adjudication of that second motion for preliminary injunction, Defendant previously agreed to stay enforcement of the currently unenjoined provisions of AB 2273 until March 6, 2025, and to never attempt to retroactively enforce any provision of AB 2273 allegedly violated before March 6, 2025. *See* ECF No. 97 at ¶ 5.

3. In further consideration for NetChoice not filing an emergency motion for temporary relief pending adjudication of its still-pending second motion for preliminary injunction, Defendant further agrees to stay enforcement of the currently unenjoined provisions of AB 2273 until April 5, 2025, and to never attempt to retroactively enforce any provision of AB 2273 allegedly violated before April 5, 2025.

The parties respectfully request and hereby submit a proposed order memorializing this joint stipulation for the record.

IT IS SO STIPULATED

2

JOINT STIPULATION RE CONTINUED STAY OF ENFORCEMENT
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

DATED: March 4, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/   Adam S. Sieff*
      Adam S. Sieff

*Attorneys for Plaintiff
NetChoice LLC, d/b/a NetChoice*

DATED: March 4, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: */s/ Kristin Liska*
      Kristin Liska
      Deputy Attorney General

*Attorneys for Defendant*

3

JOINT STIPULATION RE CONTINUED STAY OF ENFORCEMENT
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**CERTIFICATION OF SERVICE AND COMPLIANCE**

I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  March 4, 2025

>	Respectfully submitted,
>
>	DAVIS WRIGHT TREMAINE LLP
>
>	By:  /s/   *Adam S. Sieff*
>	         Adam S. Sieff
>
>	*Attorneys for Plaintiff*
>	*NetChoice, LLC d/b/a NetChoice*

4

JOINT STIPULATION RE CONTINUED STAY OF ENFORCEMENT
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899