IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice, | Case No. 5:22-cv-08861-BLF |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity, | |
| Defendant. | |

**[PROPOSED] ORDER**

In exchange for good consideration, the Parties have stipulated that Defendant shall stay enforcement of the currently unenjoined provisions of AB 2273 until April 5, 2025, and to never attempt to retroactively enforce any provision of AB 2273 allegedly violated before April 5, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____     _____
                                                                                    The Honorable Beth Labson Freeman
                                                                                    U.S. District Court Judge