IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>    Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**ORDER APPROVING STIPULATION REGARDING CONTINUED STAY OF ENFORCEMENT UNTIL APRIL 5, 2025** |

**[~~PROPOSED~~] ORDER**

In exchange for good consideration, the Parties have stipulated that Defendant shall stay enforcement of the currently unenjoined provisions of AB 2273 until April 5, 2025, and to never attempt to retroactively enforce any provision of AB 2273 allegedly violated before April 5, 2025.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 4, 2025

_____
The Honorable Beth Labson Freeman
U.S. District Court Judge

1

[~~PROPOSED~~] ORDER
Case No. 5:22-cv-08861-BLF