1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

**NetChoice, LLC,**

13

Plaintiff,

14

**v.**

15

16

**Rob Bonta, in his official capacity as**
**Attorney General of the State of California,**

17

Defendant.

18

Case No. 5:22-cv-08861-BLF

**[PROPOSED] ORDER GRANTING**
**JOINT STIPULATION REGARDING**
**CASE MANAGEMENT CONFERENCE**
**\*\*AS MODIFIED BY THE COURT\*\***

19

20

21

22

23

24

25

26

27

28

1

1

**[PROPOSED] ORDER**

2      The Court, having reviewed the Parties' Joint Stipulation Regarding Case Management

3   Conference, hereby GRANTS the Joint Stipulation and ORDERS as follows:

4      Since Defendant in this action intends to appeal to the United States Court of Appeals for the

5   Ninth Circuit from this Court's ruling granting Plaintiff's second motion for a preliminary

6   injunction by the April 14, 2025 deadline to appeal, good cause exists for this Court to postpone

7   the case management conference.    Accordingly, the case management conference currently

8   scheduled for April 10, 2025 is continued to December 4̶1̶1̶, 2025.

9

10      **IT IS SO ORDERED.**

11

12   Dated:  ___March 27, 2025_____      _____

13                                         The Honorable Beth Labson Freeman
                                            United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[P̶r̶o̶p̶o̶s̶e̶d̶] Order Granting Joint Stipulation Regarding Case Management Conference (5:22-cv-08861-BLF)