ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General
KRISTIN A. LISKA
Deputy Attorney General
State Bar No. 315994
455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 510-3916
 E-mail:  Kristin.Liska@doj.ca.gov
*Attorneys for Attorney General Rob Bonta*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **NETCHOICE, LLC, d/b/a NETCHOICE,**<br><br>                                      Plaintiff,<br><br>          v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                                      Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL**<br><br>Judge:  Hon. Beth Labson Freeman<br>Courtroom:  1<br>Action Filed:  December 14, 2022 |

1    **PLEASE TAKE NOTICE** that Defendant-Appellant Rob Bonta, in his official capacity as
2    Attorney General of the State of California, hereby appeals to the United States Court of Appeals
3    for the Ninth Circuit from this Court's Order Granting Plaintiff's Second Motion for a
4    Preliminary Injunction, issued on March 13, 2025 (Dkt. 143).

Dated:  April 11, 2025                              Respectfully submitted,

                                                    ROB BONTA
                                                    Attorney General of California
                                                    ANYA M. BINSACCA
                                                    Supervising Deputy Attorney General


                                                    */s/ Kristin Liska*


                                                    KRISTIN A. LISKA
                                                    Deputy Attorney General
                                                    *Attorneys for Attorney General Rob Bonta*

# CERTIFICATE OF SERVICE

Case Name: *NetChoice, LLC v. Rob Bonta*
Case No.: **5:22-cv-08861-BLF**

I hereby certify that on <u>April 11, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

1. **NOTICE OF PRELIMINARY INJUNCTION APPEAL**

2. **REPRESENTATION STATEMENT (Form 6)**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished electronically by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct.

Executed on <u>April 11, 2025</u>, at San Francisco, California.

| Vanessa Jordan | *Vanessa Jordan* |
|:---:|:---:|
| Declarant | Signature |