AMBIKA KUMAR (*pro hac vice*)
  ambikakumar@dwt.com
BIANCA CHAMUSCO (*pro hac vice*)
  biancachamusco@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
  adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
  davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (*pro hac vice*)
  bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

APPROVED
Judge Beth Labson Freeman

IN THE UNITED STATES DISTRICT COURT
THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| NETCHOICE, LLC d/b/a NetChoice,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,<br><br>　　　　Defendant. | Case No. 5:22-cv-08861-BLF<br><br>**JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE** |

1

JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

# JOINT STIPULATION

Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, jointly stipulate and agree as follows:

1. NetChoice filed a second motion for preliminary injunction (ECF No. 101) on November 1, 2024. This Court granted that motion on March 13, 2025.

2. The State appealed this Court's ruling to the United States Court of Appeals for the Ninth Circuit. That appeal remains pending, and the parties anticipate oral argument in mid-January 2026.

3. The parties agree that postponing the case management conference until the Ninth Circuit resolves the pending appeal would facilitate a more efficient resolution of this case. The parties therefore respectfully request that the Court continue the December 4, 2025, case management conference until July 9, 2026.

IT IS SO STIPULATED

DATED: November 25, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/   Adam S. Sieff*
       Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice LLC, d/b/a NetChoice*

DATED: November 25, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: */s/   Kristin Liska*
       Kristin Liska
       Deputy Attorney General

*Attorneys for Defendant*

2
JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

DAVIS WRIGHT TREMAINE LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

## CERTIFICATION OF SERVICE AND COMPLIANCE

I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content.  I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system.

Dated:  November 25, 2025

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/  *Adam S. Sieff*
         Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice, LLC d/b/a NetChoice*

3

JOINT STIPULATION RE CASE MANAGEMENT CONFERENCE
Case No. 5:22-cv-08861-BLF

**DAVIS WRIGHT TREMAINE** LLP
350 S. GRAND AVE., 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899