AMBIKA KUMAR (*pro hac vice*)
ambikakumar@dwt.com
BIANCA CHAMUSCO (*pro hac vice*)
biancachamusco@dwt.com
NICOLE SAAD-BEMBRIDGE (*pro hac vice*)
nicoleSaadBembridge@dwt.com
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Telephone: (206) 757-8030

ADAM S. SIEFF (CA Bar No. 302030)
adamsieff@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800

DAVID M. GOSSETT (*pro hac vice*)
davidgossett@dwt.com
MEENAKSHI KRISHNAN (*pro hac vice*)
meenakshikrishnan@dwt.com
DAVIS WRIGHT TREMAINE LLP
1301 K Street NW, Suite 500 East
Washington, D.C. 20005
Telephone: (202) 973-4200

ROBERT CORN-REVERE (p*ro hac vice)*
bob.corn-revere@thefire.org
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION
700 Pennsylvania Avenue SE, Suite 340
Washington, D.C. 20003
Telephone: (215) 717-3473

Attorneys for Plaintiff
NETCHOICE, LLC d/b/a NetChoice

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

NETCHOICE, LLC d/b/a NetChoice,

Plaintiff,

v.

ROB BONTA, ATTORNEY GENERAL OF THE STATE OF CALIFORNIA, in his official capacity,

Defendant.

Case No. 5:22-cv-08861-BLF

JOINT STIPULATION REGARDING CASE MANAGEMENT CONFERENCE

**JOINT STIPULATION**

Plaintiff NetChoice, LLC, and Defendant Rob Bonta, Attorney General of the State of California, jointly stipulate and agree as follows:

1. The California Legislature is currently considering legislation (AB 2246) that would substantially amend AB 2273.

2. To promote efficiency and judicial economy, the parties do not intend to litigate this matter until after the legislative session, which ends November 30, 2026. However, the parties agree that if the State attempts to enforce AB 2273 against NetChoice members, NetChoice may seek relief in this Court regarding the constitutional validity of enforcing AB 2273.

3. For that reason, the parties respectfully request that the Court continue the July 9, 2026 case management conference until January 21, 2027.

IT IS SO STIPULATED.

DATED July 2, 2026

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/ Adam S. Sieff*
Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice LLC, d/b/a NetChoice*

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: */s/ Kristin Liska*
Kristin Liska
Deputy Attorney General

*Attorneys for Defendant*

## CERTIFICATION OF CONCURRENCE

I, Adam Sieff, hereby certify that pursuant to N.D. Cal. Civil L.R. 5-1(i), I have obtained authorization from the above signatories to file the above-referenced document and that they have concurred in the filing's content. I further certify that I have served all parties with the foregoing by electronic service through the Court's ECF system..

DATED July 2, 2026

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: *<u>/s/ Adam S. Sieff</u>*
Adam S. Sieff

*Attorneys for Plaintiff*
*NetChoice LLC, d/b/a NetChoice*

Respectfully submitted,

ROB BONTA
Attorney General of California
ANYA M. BINSACCA
Supervising Deputy Attorney General

By: *<u>/s/ Kristin Liska</u>*
Kristin Liska
Deputy Attorney General

*Attorneys for Defendant*