# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

NETCHOICE, LLC,

      Plaintiff,

   v.

ROB BONTA, et al.,

      Defendants.

Case No.  22-cv-08861-BLF

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE FROM JULY 9, 2026 AT 11:00 A.M. TO JANUARY 21, 2027 AT 11:00 A.M.**

[Re:  ECF 153]

At the parties' request, the Initial Case Management Conference is CONTINUED from July 9, 2026 at 11:00 a.m. to January 21, 2027 at 11:00 a.m., to be conduced via Zoom Webinar. The parties shall file a Joint Case Management Statement by January 14, 2027.

    **IT IS SO ORDERED.**

Dated:  July 2, 2026

_____
BETH LABSON FREEMAN
United States District Judge